UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARRY M. COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI (Badge No. 13963), NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, and the COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. 05-11727-DPW |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the following defendants in the above-captioned matter:

   (1) The Newton Division of the District Court Department of the Trial Court;

   (2) Henry H. Schultz, Clerk Magistrate;

   (3) William A. McEvoy, Jr., Assistant Clerk Magistrate;

   (4) Middlesex District Attorney's Office; and

   (5) Commonwealth of Massachusetts.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                /s/ Scott A. Katz
                                                Scott A. Katz (BBO # 655681)
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts  02108
Dated:  October 18, 2005                   (617) 727-2200, ext. 2833


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on October 18, 2005.

                                                /s/ Scott A. Katz
                                                Scott A. Katz