## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| BARRY M. COHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11727-DPW |
| ) | |
| THE CITY OF NEWTON, THE NEWTON ) | |
| POLICE DEPARTMENT, POLICE CHIEF ) | |
| JOSE M. CORDERO, NEWTON POLICE ) | |
| OFFICER ROCKY MARINI (Badge No. 13963), ) | |
| NEWTON POLICE DETECTIVE ROBERT F. ) | |
| SAMPSON, NEWTON POLICE DETECTIVE ) | |
| SERGEANT GEORGE MCMAINS, NEWTON ) | |
| POLICE OFFICER ZACHARY RAYMOND, ) | |
| NEWTON POLICE OFFICER JOSEPH T. ) | |
| MCLAUGHLIN, THE NEWTON DIVISION OF ) | |
| THE DISTRICT COURT DEPARTMENT OF ) | |
| THE TRIAL COURT, HENRY H. SCHULTZ, ) | |
| CLERK MAGISTRATE, WILLIAM A. ) | |
| MCEVOY, Jr., ASSISTANT CLERK ) | |
| MAGISTRATE, MIDDLESEX DISTRICT ) | |
| ATTORNEY'S OFFICE, and the ) | |
| COMMONWEALTH OF MASSACHUSETTS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## COMMONWEALTH DEFENDANTS' ASSENTED-TO MOTION FOR
## ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

Defendants The Newton Division of the District Court Department of the Trial Court,

Clerk Magistrate Henry H. Schultz, Assistant Clerk Magistrate William A. McEvoy, Jr., the

Middlesex District Attorney's Office and the Commonwealth of Massachusetts (collectively, the

"Commonwealth Defendants") hereby respectfully move this Court to enlarge until November 2,

2005 the time within which they must answer or otherwise respond to plaintiff Barry M. Cohen's

Complaint in the above-captioned matter.  In support of this Motion, the Commonwealth Defendants state as follows:

1.      The Complaint was served on each of the Commonwealth Defendants on September 29, 2005.  Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Commonwealth Defendants' response is currently due by October 19, 2005.

2.      Allowance of this Motion will enable counsel for the Commonwealth Defendants to aid the Court most thoroughly and effectively and will not prejudice any party.

3.      No previous application for an enlargement of time to answer or otherwise respond to Mr. Cohen's Complaint has been made to the Court.

4.      Christopher W. McHallam, counsel for Mr. Cohen, assents to this Motion.

WHEREFORE, the Commonwealth Defendants respectfully request that the Court enlarge the time within which they must answer or otherwise respond to Mr. Cohen's Complaint until November 2, 2005.

Respectfully submitted,

THE NEWTON DIVISION OF THE
DISTRICT COURT DEPARTMENT OF
THE TRIAL COURT,

HENRY H. SCHULTZ,
CLERK MAGISTRATE,

WILLIAM A. MCEVOY, Jr.,
ASSISTANT CLERK MAGISTRATE

MIDDLESEX DISTRICT ATTORNEY'S
OFFICE, and

COMMONWEALTH OF
MASSACHUSETTS

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


 /s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833

Dated:  October 18, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with Christopher W. McHallam, counsel for plaintiff Barry M. Cohen, and he assents to this Motion.

/s/ Scott A. Katz
Scott A. Katz


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on October 18, 2005.

/s/ Scott A. Katz
Scott A. Katz