UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI (Badge No. 13963), NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, and the COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. 05-11727-DPW |

## COMMONWEALTH DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants the Commonwealth of Massachusetts, the Middlesex District Attorney's Office, the Newton Division of the District Court Department of the Trial Court, Clerk Magistrate Henry H. Schultz, and Assistant Clerk Magistrate William A. McEvoy, Jr. (collectively, the "Commonwealth Defendants") hereby move to dismiss Plaintiff's Complaint and Claim for Jury Trial (the "Complaint") in its entirety as to each of the Commonwealth Defendants.

In his Complaint, plaintiff Barry M. Cohen sets forth six counts against the Commonwealth Defendants, the City of Newton, and various Newton police officers arising from Cohen's arrest on September 25, 2003.[1] The Complaint must be dismissed as to each of the Commonwealth Defendants because:

(i) All of the Commonwealth Defendants are immune from suit under the Eleventh Amendment and the doctrine of sovereign immunity; and

(ii) Of the six counts Cohen asserts, only one is federal—Count I, a claim under 42 U.S.C. § 1983. That claim fails as a matter of law because none of the Commonwealth Defendants are "person[s]" under that statute. Because Cohen's remaining claims in Counts II-VI are state-law claims, the Court is without original subject-matter jurisdiction. It should decline to exercise supplemental jurisdiction over Cohen's remaining state-law claims.

In support of this motion, the Commonwealth Defendants submit the accompanying memorandum of law.

WHEREFORE, the Commonwealth Defendants respectfully request that the Court allow this motion and dismiss Cohen's Complaint as against each of the Commonwealth Defendants, namely:

(i)     the Commonwealth of Massachusetts;

(ii)    the Middlesex District Attorney's Office;

(iii)   the Newton Division of the District Court Department of the Trial Court;

(iv)    Henry H. Schultz, Clerk Magistrate; and

(v)     William A. McEvoy, Jr., Assistant Clerk Magistrate.

---

[1] Cohen's Complaint is ambiguous as to which counts are alleged against which defendants. For purposes of this motion, however, the Commonwealth Defendants will assume that all six counts in the Complaint are alleged against <u>all</u> defendants, and respond accordingly.

2

        Respectfully submitted,

        THE COMMONWEALTH OF
        MASSACHUSETTS

        THE MIDDLESEX DISTRICT
        ATTORNEY'S OFFICE,

        THE NEWTON DIVISION OF THE
        DISTRICT COURT DEPARTMENT OF
        THE TRIAL COURT,

        HENRY H. SCHULTZ,
        CLERK MAGISTRATE, and

        WILLIAM A. MCEVOY, Jr.,
        ASSISTANT CLERK MAGISTRATE

        By their attorney,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Scott A. Katz
        Scott A. Katz (BBO # 655681)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2833

Dated:  November 2, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I hereby certify that I have conferred in good faith with Christopher W. McHallam, counsel for plaintiff Barry M. Cohen in this matter, but that we have been unable to resolve or narrow the issues presented by this motion.

        /s/ Scott A. Katz
        Scott A. Katz

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on November 2, 2005.

                                              /s/ Scott A. Katz
                                              Scott A. Katz