AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Barry M. Cohen

V.

The City of Newton, et al.

**SUMMONS IN A CIVIL CASE**

## 05 - 11727 DPW

CASE NUMBER:

TO: (Name and address of Defendant)

The City of Newton
c/o The Honorable David Cohen, Mayor
City Hall
1000 Commonwealth Avenue
Newton, MA  02459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. McHallam, Esquire
500 Commercial Street
Suite 4R
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 44(

NAME O

Che<

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 3, 2005

I hereby certify and return that on 9/29/2005 at 12:22PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to EDWARD ENGLISH, agent, person in charge at the time of service for THE CITY OF NEWTON, at C/O THE HONORABLE DAVID COHEN, MAYOR CITY HALL, 1000 COMMONWEALTH AVE Newton, MA 02459. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.00), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.