AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Barry M. Cohen

**SUMMONS IN A CIVIL CASE**

V.

TheCity of Newton, et al.

CASE NUMBER:

## 05 - 11727 DPW

TO: (Name and address of Defendant)

> Newton Division of District Court Department
> 1309 Washington Street
> West Newton, MA   02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Christopher W. McHallam, Esquire
> 500 Commercial Street
> Suite 4R
> Boston, MA   02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 3, 2005

I hereby certify and return that on 9/29/2005 at 12:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to HENRY SCHWOTZ, agent, person in charge at the time of service for NEWTON DIVISION OF DISTRICT COURT DEPT., at, 1309 WASHINGTON STREET, WEST NEWTON, MA 02465. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.00), Postage and Handling ($1.00), Travel ($6.12) Total Charges $42.92

*John F. Kennedy*

Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 Signature of Server

            _____
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.