AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Barry M. Cohen

### SUMMONS IN A CIVIL CASE

V.

The City of Newton, et al.

CASE NUMBER:

# 05-11727DPW

TO: (Name and address of Defendant)

Commonwealth of Massachusetts
c/o Thomas F. Rielly, Attorney General
One Ashburton Place, 20th Floor
Boston, MA  02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. McHallam, Esquire
500 Commercial Street
Suite 4R
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

AUG 2 2 2005

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____

**Deputy Sheriff Ralph Kowalski**

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

**October 11, 2005**
**I hereby certify and return that on 10/6/2005 at  9:45AM I served a true and
attested copy of the Summons, Complaint and Cover Sheet in this action in the
following manner: To wit, by delivering in hand to Timothy Leblanc,Support
Services,agent  at the time of service for Commonwealth of Massachusetts,c/o
Attorney Gen Thomas Reilly,  1 Ashburton Place,  20th Fl Boston, MA 02108. U.S.
District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00),
Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00**

**Deputy Sheriff    Ralph Kowalski**

*Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.