AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Barry M. Cohen

V.

The City of Newton, et al

**SUMMONS IN A CIVIL CASE**

# 05 - 11727 DPW

CASE NUMBER:

TO: (Name and address of Defendant)

Newton Police Detective
Robert F. Sampson
1321 Washington Street
West Newton, MA  02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. McHallam, Esq.
500 Commercial Street, Suite 4R
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

AUG 2 2 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____

　　　　　　　　　　Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　*Address of Server*



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

**October 7, 2005**

**I hereby certify and return that on 10/3/2005 at 1:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MICHELE LARGEY, agent, person in charge at the time of service for ROBERT F. SAMPSON, at NEWTON POLICE DETECTIVE, 1321 WASHINGTON Street, WEST NEWTON, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92**

*John F. Kennedy*
　　　　　　　　　*Deputy Sheriff*

(1)