AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Barry M. Cohen

**SUMMONS IN A CIVIL CASE**

V.

The City of Newton, et al.

CASE NUMBER:

# 05 - 11727 DPW

TO: (Name and address of Defendant)

William A. McEvoy, Jr.,
Assistant Clerk Magistrate
Newton Division of the District Court Department
1309 Washington Street
West Newton, MA  02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. McHallam, Esquire
500 Commercial Street
Suite 4R
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 11, 2005

I hereby certify and return that on 10/6/2005 at 2:05PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to PATRICIA LEBLANC, agent, person in charge at the time of service for WILLIAM A. MCEVOY, JR.,, at ASSISTANT CLERK, NEWTON COURT, 1309 WASHINGTON STREET, Newton, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*
　　　　　　　　　　　　　Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.