AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Barry M. Cohen

V.

The City of Newton, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 11727 DPW**

TO: (Name and address of Defendant)

> Police Officer Joseph T. McLaughlin
> Newton Police Department
> 1321 Washington Street
> West Newton, MA  02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Christopher W. McHallam, Esquire
> 500 Commercial Street
> Suite 4R
> Boston, MA  02109

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 11, 2005

I hereby certify and return that on 10/6/2005 at 2:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to OFFICER TOM DESTEFANO, agent, person in charge at the time of service for POLICE OFFICER JOSEPH T. MCLAUGHLIN, at C/O NEWTON POLICE DEPARTMENT, 1321 WASHINGTON STREET, Newton, MA 02465. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.