AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Barry M. Cohen

**SUMMONS IN A CIVIL CASE**

V.

The City of Newton, et al.

CASE NUMBER: 05-11727 DPW

TO: (Name and address of Defendant)

> Police Officer Zacary Raymond
> Newton Police Department
> 1321 Washington Street
> West Newton, MA  02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Christopher W. McHallam, Esquire
> 500 Commercial Street
> Suite 4R
> Boston, MA  02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 22 2005

CLERK                                         DATE

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 11, 2005

I hereby certify and return that on 10/6/2005 at 2:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to OFFICER TOM DESTEFANO, agent, person in charge at the time of service for POLICE OFFICER ZACARY RAYMOND, at C/O NEWTON POLICE DEPARTMENT, 1321 WASHINGTIN STREET, Newton, MA 02465. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.