UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>     Plaintiff       )<br><br>v.          )<br><br>THE CITY OF NEWTON, THE NEWTON )<br>POLICE DEPARTMENT, POLICE CHIEF )<br>JOSE M. CORDERO, NEWTON POLICE )<br>OFFICER ROCCO MARINI, (BADGE NO. )<br>13963) NEWTON POLICE DETECTIVE )<br>ROBERT F. SAMPSON, NEWTON POLICE )<br>POLICE DETECTIVE, NEWTON POLICE )<br>DETECTIVE SERGEANT GEORGE )<br>MCMAINS, NEWTON POLICE OFFICER )<br>ZACHARY RAYMOND, NEWTON )<br>POLICE OFFICER JOSEPH T. MCLAUGHLIN, )<br>THE NEWTON DIVISION OF THE DISTRICT )<br>COURT DEPARTMENT OF THE TRIAL )<br>COURT, HENRY H. SCHULTZ, CLERK )<br>MAGISTRATE, WILLIAM A. MCEVOY, JR., )<br>ASSISTANT CLERK MAGISTRATE, )<br>MIDDLESEX DISTRICT ATTORNEY'S )<br>OFFICE, AND THE COMMONWEALTH )<br>OF MASSACHUSETTS, )<br>     Defendants     )| CIVIL ACTION<br>NO. 05-11727 DPW |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

      Defendants City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond, and Police Officer Joseph McLaughlin and their undersigned counsel hereby affirm that they have conferred:

      (a)     With a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b)   To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
The City of Newton

_____
Rocco Marini

_____
George McMains

_____
Joseph T. McLaughlin

_____
Robert F. Sampson

_____
Zachary Raymond

DEFENDANTS,

THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDER, NEWTON POLICE OFFICER ROCCO MARINI, NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,

By their attorneys,

_____
Donnalyn B. Lynch Kahn (BBO #556609)
Angela B. Smagula (BBO #643764)
Assistant City Solicitor
City of Newton Law Dept.
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: (617) 796-1240

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand.
_____
ANGELA B. SMAGULA

Dated: November 17, 2005