UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>　　　　Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>　　　　Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Defendants, City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond, Police Officer Joseph McLaughlin, the Newton Division of the District Court Department of The Trial Court, Henry H. Schultz, Clerk Magistrate, William A. McEvoy, Jr., Assistant Clerk Magistrate, Middlesex District Attorney's

Office, and The Commonwealth of Massachusetts (together the "Newton Defendants"), hereby provide their required initial disclosures.

A. <u>Individuals Likely To Have Discoverable Information</u>

    1. Barry M. Cohen

        Subject Matter: First-hand involvement in the incident leading up to his arrest and subsequent processing at the Newton Police Department.

    2. Former Chief of Police Jose M. Cordero
(Address Unknown)

        Subject Matter: Knowledge of practices and procedures of Newton Police Department.

    3. Police Officer Rocky Marini
Newton Police Department
1321 Washington Street
Newton, MA 02465

        Subject Matter: First-hand involvement in the incident and resulting arrest warrant; knowledge of practices and procedures of Newton Police Department.

    4. Detective Robert F. Sampson
Newton Police Department
1321 Washington Street
Newton, MA 02465

        Subject Matter: First-hand involvement in the arrest and subsequent processing of Plaintiff at the Newton Police Department.

    5. Detective Sergeant George McMains
Newton Police Department
1321 Washington Street
Newton, MA 02465

        Subject Matter: First-hand involvement in the arrest and subsequent processing of Plaintiff at the Newton Police Department.

6.     Police Officer Zachary Raymond
   Newton Police Department
   1321 Washington Street
   Newton, MA 02465

   Subject Matter:     First-hand involvement in the arrest and subsequent processing of Plaintiff at the Newton Police Department.

7.     Police Officer Joseph T. McLaughlin
   Newton Police Department
   1321 Washington Street
   Newton, MA 02465

   Subject Matter:     First-hand involvement in the arrest and subsequent processing of Plaintiff at the Newton Police Department.

8.     Various Members of the Cohen Family

   Subject Matter:     Personal knowledge regarding Plaintiff's medical and mental history.

9.     Mary Beth Long
   Middlesex District Attorney's Office
   25 Chestnut Street
   Newton, MA 02465

   Subject Matter:     Knowledge of criminal proceeding against Plaintiff.

10.     Henry H. Schultz
    Clerk Magistrate
    Newton District Court
    1309 Washington Street
    W. Newton, MA 02465

    Subject Matter:     Knowledge of criminal proceeding against Plaintiff.

11. William A. McEvoy, Jr.
    Assistant Clerk Magistrate
    Newton District Court
    1309 Washington Street
    W. Newton, MA  02465

    Subject Matter:     Knowledge of criminal proceeding
                        against Plaintiff.

B.  Relevant Documents

| Date | Document |
|---|---|
| 9/25/03 | Newton Police Department Incident Report # 359046 |
| 9/25/03 | Newton Police Department Incident Report Supplement # 359046-1 |
| 9/25/03 | Copy of Warrant for Arrest for Mr. Barry M. Cohen |
| 9/25/03 | Newton Police Department Booking Form for Mr. Barry M. Cohen |
| 9/25/03 | Copy of Fingerprint card of Mr. Barry M. Cohen |

1/18/05    Correspondence from City of Newton Law Department to
           Attorney for Mr. Barry M. Cohen regarding claims made by same.

                                        DEFENDANTS,

                                        THE CITY OF NEWTON, THE NEWTON
                                        POLICE DEPARTMENT, POLICE CHIEF
                                        JOSE M. CORDER, NEWTON POLICE
                                        OFFICER ROCKY MARINI, NEWTON
                                        POLICE DETECTIVE ROBERT F.
                                        SAMPSON, NEWTON POLICE
                                        DETECTIVE SERGEANT GEORGE
                                        MCMAINS, NEWTON POLICE
                                        OFFICER ZACHARY RAYMOND,
                                        NEWTON POLICE OFFICER JOSEPH T.
                                        MCLAUGHLIN,

                                        By their attorneys,

                                        /s/ Angela B. Smagula
                                        _____
                                        Donnalyn B. Lynch Kahn (BBO #556609)
                                        Angela B. Smagula (BBO #643764)
                                        Assistant City Solicitors
                                        City of Newton Law Department
                                        1000 Commonwealth Avenue
                                        Newton Centre, MA 02459
                                        Tel: (617) 796-1240

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on [date].
ANGELA B. SMAGULA

Dated:  November 17, 2005

5