UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
BARRY M. COHEN,                    )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   Civil Action No. 05-11727-DPW
                                   )
THE CITY OF NEWTON, THE NEWTON     )
POLICE DEPARTMENT, POLICE CHIEF    )
JOSE M. CORDERO, NEWTON POLICE     )
OFFICER ROCKY MARINI (Badge No. 13963), )
NEWTON POLICE DETECTIVE ROBERT F.  )
SAMPSON, NEWTON POLICE DETECTIVE   )
SERGEANT GEORGE MCMAINS, NEWTON    )
POLICE OFFICER ZACHARY RAYMOND,    )
NEWTON POLICE OFFICER JOSEPH T.    )
MCLAUGHLIN, THE NEWTON DIVISION OF )
THE DISTRICT COURT DEPARTMENT OF   )
THE TRIAL COURT, HENRY H. SCHULTZ, )
CLERK MAGISTRATE, WILLIAM A.       )
MCEVOY, Jr., ASSISTANT CLERK       )
MAGISTRATE, MIDDLESEX DISTRICT     )
ATTORNEY'S OFFICE, and the         )
COMMONWEALTH OF MASSACHUSETTS,     )
                                   )
    Defendants.                    )
_____)

**COMMONWEALTH DEFENDANTS' MOTION FOR TEMPORARY RELIEF
FROM COMPLIANCE WITH FEDERAL RULES 26(a)(1) AND 26(f)
AND LOCAL RULES 16.1 AND 26.2(A)**

    Defendants the Commonwealth of Massachusetts, the Middlesex District Attorney's Office, the Newton Division of the District Court Department of the Trial Court, Clerk Magistrate Henry H. Schultz, and Assistant Clerk Magistrate William A. McEvoy, Jr. (collectively, the "Commonwealth Defendants") hereby respectfully move this Court for temporary relief from compliance with Fed. R. Civ. P. 26(a)(1) and 26(f), and LR, D.Mass. 16.1

and 26.2(A), pending the resolution of the Commonwealth Defendant's Motion to Dismiss Complaint, filed November 2, 2005 (the "Motion to Dismiss"). In support of this Motion, the Commonwealth Defendants state as follows:

1. On November 2, 2005, the Commonwealth Defendants filed a motion to dismiss the plaintiff's complaint as against each of the Commonwealth Defendants with a supporting memorandum (Docket Entries nos. 5, 6).

2. On November 10, 2005, the undersigned counsel for the Commonwealth Defendants received from the Court a Notice of Scheduling Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing (the "Order"). The Order set an initial scheduling conference in this matter for December 20, 2005.

3. The Order, in combination with Fed. R. Civ. P. 26(a)(1) and 26(f) and LR, D.Mass. 16.1 and 26.2(A), triggers a number of obligations upon litigants, including:

    a. participation in the conference of parties mandated by Fed. R. Civ. P. 26(f);

    b. certification by counsel and an authorized representative of each party that each party and its counsel have conferred with respect to certain issues; and

    c. automatic disclosure of certain materials.

4. Notably, each of the obligations of litigants described above must be completed before the December 20, 2005 scheduling conference, and presumably, before the resolution of the Commonwealth Defendants' pending Motion to Dismiss.

5. As described more fully in their Motion to Dismiss, each of the Commonwealth Defendants enjoys sovereign immunity (and other defenses) against the claims brought by the plaintiff, requiring dismissal of the complaint as against the Commonwealth Defendants.

6.	In order to alleviate the administrative burdens on these sovereign entities and individuals, the Commonwealth Defendants respectfully request temporary relief from the above-cited obligations pending resolution of their Motion to Dismiss.

7.	Allowance of this Motion will serve the interests of economy, promote the values of State sovereignty, and will not prejudice any party.

8.	Counsel for the other defendants in this matter does not oppose this Motion, and counsel for the plaintiff has taken no position.[1]

WHEREFORE, the Commonwealth Defendants respectfully request that the Court allow this Motion, and grant them temporary relief from compliance with Fed. R. Civ. P. 26(a)(1) and 26(f), and LR, D.Mass. 16.1 and 26.2(A), pending the resolution of the Commonwealth Defendants' Motion to Dismiss.

Respectfully submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

THE MIDDLESEX DISTRICT
ATTORNEY'S OFFICE,

THE NEWTON DIVISION OF THE
DISTRICT COURT DEPARTMENT OF
THE TRIAL COURT,

HENRY H. SCHULTZ,
CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr.,
ASSISTANT CLERK MAGISTRATE

---

[1] In accordance with Local Rule 7.1(A)(2), the undersigned counsel for the Commonwealth Defendants attempted to confer with plaintiff's counsel on Monday, November 21, 2005, regarding this Motion. Plaintiff's counsel was unavailable. In any event, because of the nature of the relief sought by the Commonwealth Defendants, a pre-filing conference could not completely "resolve or narrow the issue" presented by this Motion.

3

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833

Dated:  November 22, 2005


### LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for all other defendants in this matter, and the other defendants do not oppose this Motion.  I further certify that I have attempted to confer in good faith with counsel for the plaintiff in this matter, but that plaintiff's counsel was unavailable.

/s/ Scott A. Katz
Scott A. Katz


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on November 22, 2005.

/s/ Scott A. Katz
Scott A. Katz