UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Barry M. Cohen, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 05-11727-DPW |
| ) | |
| v. ) | |
| ) | |
| The City of Newton, et al. ) | |
| ) | |
| Defendants. ) | |

### ASSENTED TO MOTION OF THE PLAINTIFF FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO OPPOSE THE DEFENDANTS' THE NEWTON DIVISION OF THE TRIAL COURT; HENRY H. SCHULTZ, CLERK MAGISTRATE; WILLIAM A. McEVOY, ASSISTANT CLERK MAGISTRATE; MIDDLESEX DISTRICT ATTORNEY'S OFFICE; AND COMMONWEALTH OF MASSACHUSETTS' MOTION TO DISMISS

The Plaintiff, Barry M. Cohen, by and through his counsel hereby respectfully moves for an order of this Court enlarging Plaintiff's time within which he must oppose the Motion to Dismiss of the Defendants NEWTON DIVISION OF THE TRIAL COURT; HENRY H. SCHULTZ, CLERK MAGISTRATE; WILLIAM A. McEVOY, ASSISTANT CLERK MAGISTRATE; MIDDLESEX DISTRICT ATTORNEY'S OFFICE; AND COMMONWEALTH OF MASSACHUSETTS (hereinafter "the Commonwealth Defendants") until November 30, 2005.

In support of the within motion, the Plaintiff states as follows:

1. The Commonwealth Defendants' Motion to Dismiss was served upon Plaintiff on November 3, 2005 and thus the current deadline for the Plaintiff's opposition is November 17, 2005;

2. Allowance of this Motion will allow counsel, who had an appeal brief and a post-arbitration submission due on November 14,

2005, to most effectively and thoroughly represent Plaintiff and will not prejudice any party.

3. No previous motion for enlargement of time has been filed with respect to Plaintiff's opposition to the Commonwealth Defendants' Motion to Dismiss.

4. Counsel for the Commonwealth Defendants, Scott Katz, has assented to this Motion.

WHEREFORE, the Plaintiff, Barry M. Cohen, respectfully requests that this Honorable Court enlarge his time to file an opposition to the Commonwealth Defendants' Motion to Dismiss until November 30, 2005.

Respectfully submitted,
Plaintiff,
Barry M. Cohen
By his attorney,

_____
Christopher W. McHallam
BBO # 637464
500 Commercial Street
Suite 4R
Boston, Massachusetts 02109
(617) 523-4552

Dated:   November 15, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with Scott Katz, Esq., counsel for the Commonwealth Defendants, and he assents to this Motion.

_____
Christopher W. McHallam

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for all parties in the above-captioned matter by first-class mail, postage prepaid, on November 15, 2005.

_____
Christopher W. McHallam