UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2 P 3:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
------------------------------------
                                    )
Barry M. Cohen,                     )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )   Civil Action No.:
                                    )   05- 11727-DPW
The City of Newton, The Newton      )
Police Department,                  )
Police Chief Jose M. Cordero,       )
Newton Police Officer Rocky Marini  )
(Badge No. 13963),                  )
Newton Police Detective Robert F.   )
Sampson, Newton Police Detective    )
Sergeant George McMains,            )
Newton Police Officer Zachary       )
Raymond, Newton Police Officer      )
Joseph T. McLaughlin,               )
The Newton Division of the          )
District Court Department of        )
The Trial Court,                    )
Henry H. Schultz, Clerk             )
Magistrate,                         )
William A. McEvoy, Jr., Assistant   )
Clerk Magistrate,                   )
Middlesex District Attorney's       )
Office, and The Commonwealth        )
of Massachusetts,                   )
                                    )
      Defendants.                   )
------------------------------------
```

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO
MOTION TO DISMISS IN PAPER FORM**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby moves this Honorable Court for its leave to file its opposition to the Commonwealth Defendants' Motion to Dismiss in paper form.

Plaintiff's counsel has registered for electronic filing privileges but has not yet received the requisite password. Plaintiff's counsel anticipates that all issues related to his ability to file pleadings electronically will be resolved within the next few days and will thereupon re-submit the within pleadings electronically.

WHEREFORE, it is respectfully requested that this Honorable Court accept the Plaintiff's paper filing until Plaintiff's counsel is able to re-submit same electronically

Respectfully submitted,
Plaintiff,
Barry M. Cohen,
By his attorney,

_____
Christopher W. McHallam
BBO #637464
500 Commercial Street
Suite 4R
Boston, Massachusetts
(617) 523-4552

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that I have conferred in good faith with Scott Katz, Esq. counsel for the Commonwealth Defendants in this matter, and he has represented that he has no objection to the within motion.

_____
Christopher W. McHallam

## CERTIFICATE OF SERVICE

I hereby certify that true copy of the above document and the attached memorandum of law was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on December 2, 2005.

_____
Christopher W. McHallam