```
                    UNITED STATES OF AMERICA
                    DISTRICT OF MASSACHUSETTS
```

```
-----------------------------------
                                   )
Barry M. Cohen,                    )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )    Civil Action No.:
                                   )    05-11727-DPW
The City of Newton, The Newton     )
Police Department,                 )
Police Chief Jose M. Cordero,      )
Newton Police Officer Rocky Marini )
(Badge No. 13963),                 )
Newton Police Detective Robert F.  )
Sampson, Newton Police Detective   )
Sergeant George McMains,           )
Newton Police Officer Zachary      )
Raymond, Newton Police Officer     )
Joseph T. McLaughlin,              )
The Newton Division of the         )
District Court Department of       )
The Trial Court,                   )
Henry H. Schultz, Clerk            )
Magistrate,                        )
William A. McEvoy, Jr., Assistant  )
Clerk Magistrate,                  )
Middlesex District Attorney's      )
Office, and The Commonwealth       )
of Massachusetts,                  )
                                   )
        Defendants.                )
-----------------------------------
```

**PLAINTIFF'S OPPOSITION TO THE COMMONWEALTH DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby opposes the Motion to Dismiss of the Defendants referred to collectively as the Commonwealth Defendants, to wit:  the Commonwealth of Massachusetts

(hereinafter "the Commonwealth"); the Newton Division of the District Court Department of The Trial Court (hereinafter "Newton District Court"); Henry H. Schultz, Clerk Magistrate (hereinafter "Mr. Schultz); William A. McEvoy, Jr., Assistant Clerk Magistrate (hereinafter "Mr. McEvoy"); and the Middlesex District Attorney's Office (hereinafter "Middlesex D.A."). In opposition to the Commonwealth Defendants' Motion to Dismiss, Mr. Cohen submit the within Memorandum of Law.

## SUMMARY

The Commonwealth Defendants have failed to demonstrate that Mr. Cohen's claims should be dismissed as a matter of law as to the Commonwealth Defendants. First, the Commonwealth Defendants are not immune to suit for damages as Mr. Cohen has brought his claims pursuant to the Massachusetts Tort Claims Act, M.G.L. c. 258, after proper and timely statutory notice. Second, some of the Commonwealth Defendants are amenable to suit pursuant to 42 U.S.C. Section 1983 and all of Mr. Cohen's federal and state law claims involve the same legal and factual issues.

Thus, this Honorable Court should exercise the original and supplemental jurisdiction over all of Mr. Cohen's claims and deny the Commonwealth Defendants' Motion to Dismiss in its entirety.

The Plaintiff has submitted the attached Memorandum of Law in support of this opposition and incorporates same herein by reference.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny the Commonwealth Defendants' Motion to Dismiss in its entirety.

> Respectfully submitted,
> Plaintiff,
> Barry M. Cohen,
> By his attorney,
>
> _____
> Christopher W. McHallam
> BBO #637464
> 500 Commercial Street
> Suite 4R
> Boston, Massachusetts
> (617) 523-4552

## CERTIFICATE OF SERVICE

I hereby certify that true copy of the above document and the attached memorandum of law was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on December 2, 2005.

_____
Christopher W. McHallam