UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

Barry M. Cohen,

    Plaintiff,

v.

The City of Newton, The Newton
Police Department,
Police Chief Jose M. Cordero,
Newton Police Officer Rocky Marini
(Badge No. 13963),
Newton Police Detective Robert F.
Sampson, Newton Police Detective
Sergeant George McMains,
Newton Police Officer Zachary
Raymond, Newton Police Officer
Joseph T. McLaughlin,
The Newton Division of the
District Court Department of
The Trial Court,
Henry H. Schultz, Clerk
Magistrate,
William A. McEvoy, Jr., Assistant
Clerk Magistrate,
Middlesex District Attorney's
Office, and The Commonwealth
of Massachusetts,

    Defendants.

Civil Action No.:
05-11727-DPW

---

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO OPPOSE THE COMMONWEALTH DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby moves this Honorable Court to extend Plaintiff's time to oppose the Motion to Dismiss of the Defendants referred to collectively as the Commonwealth

Defendants from Wednesday, November 30, 2005 to Friday, December 1, 2005.

As reasons for the within motion, the Plaintiff's counsel requires a brief additional time in order to properly address the issues raised in the Commonwealth Defendants' Motion to Dismiss.

The Commonwealth Defendants do not object to the Plaintiff's request for a brief extension and will not be prejudiced thereby as this matter has not yet been set for hearing and the parties' scheduling conference is not set to occur until December 20, 2005.

WHEREFORE, it is respectfully requested that Plaintiff's Motion to an Extension of Time to file an Opposition to the Commonwealth Defendants' Motion to Dismiss.

> Respectfully submitted,
> Plaintiff,
> Barry M. Cohen
> By his attorney,
>
> _____
> Christopher W. McHallam
> BBO # 637464
> 500 Commercial Street
> Suite 4R
> Boston, Massachusetts 02109
> (617) 523-4552

ASSENTED TO:

Commonwealth Defendants
By their attorney,

/s/ Scott Katz

Scott Katz, Esq.
Assistant Attorney General
ATTORNEY GENERAL OF THE
COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place
Boston, Massachusetts 02108