UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI (Badge No. 13963), NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, and the COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. 05-11727-DPW |

## COMMONWEALTH DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATIONS

Pursuant to Local Rule 16.1(D)(3) and the Court's Orders dated November 10 and November 29, 2005, defendants the Commonwealth of Massachusetts, the Middlesex District Attorney's Office, the Newton Division of the District Court Department of the Trial Court, Clerk Magistrate Henry H. Schultz, and Assistant Clerk Magistrate William A. McEvoy, Jr. hereby certify that each party has conferred with the undersigned counsel:

(a)  with a view to establishing a budget for the costs of conducting the full course—and various courses—of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
The Commonwealth of Massachusetts

_____
Sheila M. Calkins
Deputy Second Assistant
Middlesex District Attorney's Office

_____
The Newton Division of the District Court Department of the Trial Court

_____
Henry H. Schultz, Clerk Magistrate

_____
William A. McEvoy, Jr., Assistant Clerk Magistrate

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE,

THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT,

HENRY H. SCHULTZ, CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE

(a) with a view to establishing a budget for the costs of conducting the full course—and various courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| _____<br>The Commonwealth of Massachusetts | /s/ Sheila M. Calkins<br>_____<br>Sheila M. Calkins<br>Deputy Second Assistant<br>Middlesex District Attorney's Office |
| _____<br>The Newton Division of the District Court Department of the Trial Court | _____<br>Henry H. Schultz, Clerk Magistrate |
| _____<br>William A. McEvoy, Jr., Assistant Clerk Magistrate | |

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE,

THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT,

HENRY H. SCHULTZ, CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE

(a) with a view to establishing a budget for the costs of conducting the full course—and various courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
The Commonwealth of Massachusetts

_____
The Middlesex District Attorney's Office

_____
The Newton Division of the District
Court Department of the Trial Court

_____
Henry H. Schultz, Clerk Magistrate

_____
William A. McEvoy, Jr., Assistant
Clerk Magistrate

Respectfully submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

THE MIDDLESEX DISTRICT
ATTORNEY'S OFFICE,

THE NEWTON DIVISION OF THE
DISTRICT COURT DEPARTMENT OF
THE TRIAL COURT,

HENRY H. SCHULTZ,
CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr.,
ASSISTANT CLERK MAGISTRATE

(a) with a view to establishing a budget for the costs of conducting the full course—and various courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

---
The Commonwealth of Massachusetts

---
The Newton Division of the District Court Department of the Trial Court

*[signature]*
William A. McEvoy, Jr., Assistant Clerk Magistrate

---
The Middlesex District Attorney's Office

*[signature]*
Henry H. Schultz, Clerk Magistrate

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

THE MIDDLESEX DISTRICT ATTORNEY'S OFFICE,

THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT,

HENRY H. SCHULTZ, CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr., ASSISTANT CLERK MAGISTRATE

2

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833

Dated:  December 13, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon counsel for all parties in this matter by first-class mail, postage prepaid, on December 13, 2005.

/s/ Scott A. Katz
Scott A. Katz