```
                 UNITED STATES OF AMERICA
                  DISTRICT OF MASSACHUSETTS

------------------------------------
                                    )
Barry M. Cohen,                     )
                                    )
     Plaintiff,                     )
                                    )
     v.                             )    Civil Action No.:
                                    )    05-11727-DPW
The City of Newton, The Newton      )
Police Department,                  )
Police Chief Jose M. Cordero,       )
Newton Police Officer Rocky Marini  )
(Badge No. 13963),                  )
Newton Police Detective Robert F.   )
Sampson, Newton Police Detective    )
Sergeant George McMains,            )
Newton Police Officer Zachary       )
Raymond, Newton Police Officer      )
Joseph T. McLaughlin,               )
The Newton Division of the          )
District Court Department of        )
The Trial Court,                    )
Henry H. Schultz, Clerk             )
Magistrate,                         )
William A. McEvoy, Jr., Assistant   )
Clerk Magistrate,                   )
Middlesex District Attorney's       )
Office, and The Commonwealth        )
of Massachusetts,                   )
                                    )
     Defendants.                    )
------------------------------------
```

**JOINT SCHEDULING CONFERENCE STATEMENT**

NOW COMES the parties to the above-captioned matter by and through their respective counsel, and submit the within Joint Scheduling Statement pursuant to Fed.R.Civ.P. Rule 26(f) and Local Rule 16.1 relative to agenda of matters to be discussed at the scheduling conference; preparing a

proposed pretrial schedule; considering whether the parties will consent to a trial by a magistrate judge; and certifications relating to establishing a budget for the conduct of the litigation and as to possible resolution of the litigation through alternative dispute resolution.

With respect to those matters, after conferring in compliance with this Court's order of November 10, 2005, the parties state as follows:

1. Agenda at Scheduling Conference

The parties propose that the agenda at the scheduling conference consist primarily of setting a detailed pre-trial schedule relating to paper discovery, taking of depositions, exchanging expert reports, moving for summary judgment, establishing a final pre-trial conference, and setting a trial date.

Moreover, the parties propose discussing the possibility of referring the matter to the Court's mediation program and the Commonwealth Defendants would request that the Court hear oral arguments at the scheduling conference relative to its Motion to Dismiss.

2. Proposed Pre-Trial Schedule

The parties would make the following general proposed pre-trial schedule and would suggest that the pre-trial calendar begin as of January 1, 2006, due to the proximity

of the scheduling conference to the year's end.

PROPOSED SCHEDULE

| | |
|---|---|
| Completion of Paper Discovery | November, 2006 |
| Completion of Depositions | November, 2006 |
| Filing of Discovery Motions/ Requests for further discovery | January, 2007 |
| Exchange of Expert Reports | March, 2007 |
| Filing of Motions for Summary Judgment | June, 2007 |
| Final Pre-Trial Conference | September, 2007 |
| Trial | November, 2007 |

It should be noted that the parties are in agreement with respect to the proposed schedule set forth herein.

3.  Consent to Trial By Magistrate Judge

The Plaintiff is unwilling to consent to trial by magistrate judge. It is suggested, however, that the parties explore the possibility of a magistrate judge hearing pre-trial and discovery matters to expedite and maintain the pre-trial schedule.

4.  Certifications

A.  Plaintiff's Certification

The Plaintiff in the above-captioned matter, Barry M. Cohen and his counsel, Christopher W. McHallam, Esq., have conferred with a view to establishing a budget for the costs of conducting the litigation, including the

effect of alternative dispute resolution and phased litigation on the overall budget and have conferred with respect to the possibility of resolving the litigation through the use of alternative dispute resolution.

| /s/ Barry M.Cohen | /s/ Christopher W. McHallam |
|---|---|
| Barry M. Cohen | Christopher W. McHallam |

B.  Defendants' Certifications

The Defendants will file their certifications separately.

Respectfully submitted,
Plaintiff,
Barry M. Cohen
By his attorney,


/s/ Christopher W. McHallam
Christopher W. McHallam
BBO # 637464
500 Commercial Street
Suite 4R
Boston, Massachusetts 02109
(617) 523-4552

Commonwealth Defendants,
By their attorney,


/s/ Scott Katz
Scott Katz, Esq.
Assistant Attorney General
ATTORNEY GENERAL OF THE
COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place
Boston, Massachusetts 02108

Defendants,
The City of Newton,
The Newton Police Department,
Police Chief Jose M. Cordero,
Newton Police Officer Rocky Marini,
Newton Police Detective Robert F. Sampson,
Newton Police Detective Sergeant George McMains,
Newton Police Officer Zachary Raymond,
Newton Police Officer Joseph T. McLaughlin,
By their attorney,


<u>/s/ Angela Buchanan Smagula</u>
Donnalyn B. Lynch Kahn, Esq.
Angela Buchanan Smagula, Esq.
City Solicitor's Office
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459