UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,               )<br>      Plaintiff          )<br>                      )<br>v.                      )<br>                      )<br>THE CITY OF NEWTON, THE NEWTON   )<br>POLICE DEPARTMENT, POLICE CHIEF   )<br>JOSE M. CORDERO, NEWTON POLICE   )<br>OFFICER ROCKY MARINI, (BADGE NO.   )<br>13963) NEWTON POLICE DETECTIVE   )<br>ROBERT F. SAMPSON, NEWTON POLICE   )<br>POLICE DETECTIVE, NEWTON POLICE   )<br>DETECTIVE SERGEANT GEORGE   )<br>MCMAINS, NEWTON POLICE OFFICER   )<br>ZACHARY RAYMOND, AND NEWTON   )<br>POLICE OFFICER JOSEPH T. MCLAUGHLIN,)<br>      Defendants        )| CIVIL ACTION<br>NO. 05-11727 DPW |

**ASSENTED TO MOTION TO AMEND SCHEDULING ORDER**

      Defendants, City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond, and Police Officer Joseph McLaughlin, (the "Newton Defendants") hereby respectfully move this Court, with the assent of Plaintiff, to amend the Scheduling Order in this case so that the parties have sufficient time to complete the necessary discovery. In support of this motion, the Newton Defendants state as follows:

      1.      There has been a delay in the production of documents due to a fundamental disagreement with regard to the relevance of Plaintiff's medical records. Defendants are filing a motion to compel the production of these medical records.

2. There has been difficulty in scheduling the multiple depositions within the original time period.

3. Under the current Scheduling Order, fact discovery is due to be completed by April 28, 2006.

4. The parties do not believe that they can complete all fact discovery, including a number of depositions, by April 28, 2006.

5. The parties have agreed to seek a short extension of the fact discovery deadline until June 30, 2006, with the subsequent deadline for dispositive motions to also be so extended.

6. This requested discovery extension does not impact the November, 2006 trial date, or otherwise prejudice either party.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Defendants' Assented to Motion to Amend Scheduling Order.

        Respectfully submitted,
        DEFENDANTS,
        By its Attorneys,

/s/ Angela B. Smagula

_____
Donnalyn B. Lynch Kahn (BBO #556609)
Angela B. Smagula (BBO #643764)
Assistant City Solicitors
City of Newton
Law Department
1000 Commonwealth Avenue
Newton Centre, MA  02459
Tel: 617-796-1240

ASSENTED TO:

Respectfully submitted,
PLAINTIFF,
By his Attorney,

/s/ Christopher W. McHallam

_____
Christopher W. McHallam, Esq.
BBO #637464
500 Commercial Street – Suite 4R
Boston, MA  02109
Tel:  617-523-4552

Dated:  March 21, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     Pursuant to Local Rule 7.1(A)(2), counsel for the Newton Defendants conferred with Plaintiff's counsel in a good faith effort to determine whether Plaintiff would assent to this Motion.  Counsel for Plaintiff has so assented.

Dated:  March 21, 2006        /s/ Angela B. Smagula

        Angela B. Smagula
        Assistant City Solicitor
        City of Newton