UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## **DEFENDANTS' COUNTER DESIGNATION OF EXPERT WITNESS**

The Defendants, City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond, and Police Officer Joseph McLaughlin, (hereinafter the "Newton Defendants") hereby counter-designate the following individual as an expert witness:

    Dr. Martin J. Kelly
    Brigham and Women's Hospital
    Department of Psychiatry
    75 Frances Street
    Boston, MA  02118

Based upon Plaintiff's Designation, Dr. Kelly will provide expert testimony under Rules 702, 703 and/or 705 with respect to Plaintiff's medical condition, the allegations of injuries

suffered by Plaintiff, any alleged causal relationship between Plaintiff's purported injuries and the Defendants' conduct, and allegations of Plaintiff's future medical condition. Dr. Kelly will base his expert opinion on Plaintiff's medical records and an examination(s) of the Plaintiff.

Attached as Exhibit A hereto, is a copy of Dr. Kelly's Curriculum Vitae indicating his qualifications.

>Respectfully submitted,
>DEFENDANTS,
>By its Attorneys,
>
>/s/ Angela B. Smagula
>_____
>Donnalyn B. Lynch Kahn (BBO #556609)
>Angela B. Smagula (BBO #643764)
>Assistant City Solicitors
>City of Newton
>Law Department
>1000 Commonwealth Avenue
>Newton Centre, MA  02459
>Tel: 617-796-1240

Dated:  March 21, 2006

## CERTIFICATE OF SERVICE

I hereby cetify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail and electronic mail on March 21, 2006.

>/s/ Angela B. Smagula
>_____
>
>Angela B. Smagula

Dated:  March 21, 2006

# EXHIBIT A

0106REG

# MARTIN J. KELLY, M.D.

**Boylston Consultation Center**  **Brigham and Women's Hospital**
850 Boylston Street  Department of Psychiatry
Suite #303  75 Francis Street
Chestnut Hill, MA 02467  Boston, MA 02115

|  |  |
|---|---|
| Home Address: | 193 Ward Street, Newton, MA  02459 |
| Date of Birth: | December 23, 1939 |
| Place of Birth: | Boston, Massachusetts |

## EDUCATION AND TRAINING

**Education:**

| 1961 | B.S. Biology | Boston College |
|---|---|---|
| 1965 | M.D. | Tufts University School of Medicine |

## POSTDOCTORAL TRAINING:

**Internships and Residencies:**

| 1965-66 | Intern | St. Elizabeth's Hospital, Boston |
|---|---|---|
| 1966-68 | Resident in Psychiatry | Massachusetts Mental Health Center, Boston |
| 1968-69 | Chief Resident in Psychiatry | Massachusetts Mental Health Center, Boston |

## LICENSURE AND CERTIFICATION:

| 1966 | Massachusetts Medical Licensure    Registration No. 29423 |
|---|---|
| 1972 | American Board of Psychiatry and Neurology, in Psychiatry |
| 1974 | Qualified Forensic Psychiatrist,  Commonwealth of Massachusetts |
| 1994 | American Board of Psychiatry and Neurology, Added Qualifications in Forensic Psychiatry |

## PROFESSIONAL APPOINTMENTS

**Academic Appointments:**

| | | |
|---|---|---|
| **1966-69** | **Teaching Fellow in Psychiatry** | **Harvard Medical School** |
| **1969-70** | **Instructor in Psychiatry** | **Tufts University School of Medicine** |
| **1970** | **Clinical Instructor in Psychiatry** | **Harvard Medical School** |
| **1970-73** | **Instructor in Psychiatry** | **Peter Bent Brigham Hospital, Harvard Medical School** |
| **1973-80** | **Assistant Professor of Psychiatry** | **Peter Bent Brigham Hospital, Harvard Medical School** |
| **1980-82** | **Assistant Professor of Psychiatry** | **Brigham & Women's Hospital, Harvard Medical School** |
| **1982-** | **Associate Professor of Psychiatry** | **Harvard Medical School** |

**Hospital Appointments:**

| | | |
|---|---|---|
| **1969-70** | **Senior Psychiatrist** | **Adolescent Unit, Boston State Hospital** |
| **1970-73** | **Senior Associate in Medicine (Psychiatry)** | **Peter Bent Brigham Hospital** |
| **1973-80** | **Physician, Department of Medicine** | **Peter Bent Brigham Hospital** |
| **1980-1999** | **Senior Physician, Department of Medicine** | **Brigham and Women's Hospital** |
| **1999-** | **Psychiatrist, Department of Psychiatry** | **Brigham and Women's Hospital** |

## OTHER PROFESSIONAL POSITIONS, MAJOR VISITING APPOINTMENTS AND RELEVANT COMMUNITY SERVICE:

| | | |
|---|---|---|
| **1972-82** | **Lecturer, Graduate School of Social Work** | **Boston College** |
| **1975-85** | **Lecturer in Psychiatry** | **Boston University School of Medicine** |
| **1978** | **Visiting Lecturer, Consultation-Liaison Psychiatry** | **George Washington University School of Medicine** |

**CONSULTANT TO:**

Board of Registration in Medicine, Division of Youth Services, Department of Public Welfare, Commonwealth of Massachusetts

Massachusetts Board of Bar Overseers

District Attorneys' Offices in Barnstable, Berkshire, Bristol, Essex, Franklin Hampden, Hampshire, Middlesex, Norfolk, Plymouth, and Suffolk Counties

Massachusetts Defenders Committee and Committee for Public Counsel Services

Boston Adoption Bureau

Federal and Superior Courts in Massachusetts

U.S. Attorney Offices in Massachusetts, New Hampshire, Virginia, New York and Rhode Island

Massachusetts Federal Defenders Committee

Joint Underwriters Association/Promutual Medical Malpractice Group

Risk Management Foundation of the Harvard Medical Institutions

Attorney General, Commonwealth of Massachusetts

**AWARDS AND HONORS:**

1986    Fellow, American Psychiatric Association

1995    Nominee, Mentorship Award, Harvard Medical School

2001    Life Fellow, American Psychiatric Association

2003    Distinguished Life Fellow, American Psychiatric Association

## SERVICE ASSIGNMENTS

**Principal Hospital/Health Care System Service Responsibilities:**

| | | |
|---|---|---|
| **1970-73** | **Assistant Director, Division of Psychiatry** | **Peter Bent Brigham Hospital** |
| **1971-72** | **Director, Drug Abuse Consultation Unit, Division of Psychiatry** | **Peter Bent Brigham Hospital** |
| **1973-80** | **Associate Director, Division of Psychiatry** | **Peter Bent Brigham Hospital** |
| **1980-89** | **Associate Director, Division of Psychiatry** | **Brigham and Women's Hospital** |
| **1980-87** | **Psychiatrist, Acute Rehabilitation Service** | **Brigham and Women's Hospital** |
| **1989-90** | **Acting Director, Division of Psychiatry** | **Brigham and Women's Hospital** |

## MAJOR COMMITTEE ASSIGNMENTS:

**National and Regional**

| | | |
|---|---|---|
| **1971-73** | **Coordinating Committee on Drug Abuse** | **City of Boston** |
| **1980-82** | **Governor's Special Commission on Probate and Family Court Procedures Relating to Divorce, Child Custody, and Family Violence - Subcommittee on Mediation** | **Commonwealth of Massachusetts** |
| **1983-86** | **Homelessness Project, Advisory Committee** | **Massachusetts Association for Mental Health** |
| **1991-1999** | **Task Force on Medicaid Fraud and Abuse** | **Attorney General's Office Commonwealth of Massachusetts** |

**Harvard Medical School**

| | | |
|---|---|---|
| **1977-92** | **Committee on Core Clinical Clerkships and Electives** | **Department of Psychiatry** |
| **1977-79** | **Subcommittee of the Committee on Admissions, Member** | |
| **1979-85** | **Subcommittee of the Committee on Admissions, Chairman** | |

**MAJOR COMMITTEE ASSIGNMENTS:**

    **Harvard Medical School (continued)**

| | | |
|---|---|---|
| 1979-85 | Committee on Admissions, Member | |
| 1985-87 | Psychiatry Clerkship Committee, Chairman | New Pathway Project |
| 1985-87 | Experiences in Patient Care Committee, Member | New Pathway Project |
| 1986-92 | Planning Committee, Member | Psychopathology & Introduction to Clinical Psychiatry |
| 1991-94 | Committee on Planning, Member | Harvard Longwood Residency Training Program |
| 1992-94 | Training Committee, Member | Harvard Longwood Residency Training Program |
| 1992-2003 | Curriculum Committee, Member | Harvard Longwood Residency Training Program |
| 1993- | Social Systems in Psychiatry and Research Committees, Member | Harvard Longwood Residency Training Program |

    **Brigham and Women's Hospital**

| | |
|---|---|
| 1974-80 | Human Subjects Committee |
| 1980-92 | Employee Assistance Committee |
| 1980-92 | Major Trauma Committee |
| 1980-87 | Acute Rehabilitation Unit Steering Committee |
| 1989- | Heart Transplant Program |
| 1990-1996 | Lung Transplantation Program |
| 1995-2002 | Ventures Committee, Division of Psychiatry |

**MAJOR ADMINISTRATIVE RESPONSIBITIES:**

| | | |
|---|---|---|
| **1970-73** | **Assistant Director in the Division of Psychiatry, Department of Medicine** | Peter Bent Brigham Hospital |
| **1973-80** | **Associate Director in the Division of Psychiatry, Department of Medicine** | Peter Bent Brigham Hospital |
| **1980-89** | **Associate Director of Division of Psychiatry, Department of Medicine** | Brigham and Women's Hospital |
| **1989-90** | **Acting Director in the Division of Psychiatry, Department of Medicine** | Brigham and Women's Hospital |
| **1992-** | **Principal, Boylston Consultation Center** | Chestnut Hill, Massachusetts |

**PROFESSIONAL SOCIETY INVOLVEMENT:**

**Memberships, Offices and Committee Assignments in Professional Societies:**

American Psychiatric Association

| | |
|---|---|
| **1968-** | **Member** |
| **1986** | **Fellow** |
| **2001** | **Life Fellow** |
| **2003** | **Distinguished Life Fellow** |

Massachusetts Psychiatric Society

| | |
|---|---|
| **1968-** | **Member** |
| **1974-77** | **Private Practice Committee, Chairman** |
| **1975-92** | **Committee of Psychiatric Residency Training Directors** |
| **1975-78** | **Insurance Committee** |
| **1979-92** | **Legislative Committee** |
| **1979-85** | **Councilor** |
| **1990-2000** | **Society Representative to Massachusetts Medical Society** |
| **1994-2003** | **Ethics Committee** |
| **1997-2003** | **Ethics Committee, Chairman** |

**Memberships, Offices and Committee Assignments in Professional Societies (continued):**

### Massachusetts Medical Society

| | |
|---|---|
| 1969- | Member |
| 1976-77 | Section of Psychiatry and Neurology, Secretary |
| 1977-79 | Section of Psychiatry and Neurology, Vice Chairman |
| 1978-85 | Legislative Committee |
| 1979-92 | Blue Cross Blue Shield Liaison Committee |
| 1980-84 | Section of Psychiatry, Chairman |
| 1980-90 | Interspecialty Committee, Representative for Psychiatry |
| 1984-90 | Councilor for Psychiatry |
| 1990-1991 | Consultant in Psychiatry Interspecialty Committee |
| 1991-2000 | Interspecialty Committee, Psychiatry, Member-at-large, |
| 1991-1995 | Councilor Representing Psychiatry |
| 1995-2000 | Delegate Representing Psychiatry |
| 1997-2000 | Compassionate Care Committee |

### Massachusetts Association for Mental Health

| | |
|---|---|
| 1976- | Member |
| 1976-85 | Professional Advisory Committee |
| 1980-85 | Professional Advisory Committee, Chairman |
| 1983-86 | Advisory Committee for Homeless Project, Member |
| 1980- | Board of Directors and Executive Committee |

### American Psychosomatic Society

| | |
|---|---|
| 1972- | Member |

**Memberships, Offices and Committee Assignments in Professional Societies (continued):**

**American Association of General Hospital Psychiatrists**

    1979-1990    Member

**Association of General Psychiatrists**

    1987-1995    Member

**Royal Society of Medicine, London**

    1988-92    Associate

**American Academy of Psychiatry and the Law**

    1989-    Member

**Boston Society of Neurology and Psychiatry**

    1989-2003    Member

## Bibliography

### Original Reports

1. Kelly MJ. Comprehensive long term treatment of a schizophrenic adolescent. Psychiatric Opinion 1970;7:36-41.

2. Schiff LF, Kelly MJ, Kris AO. Participatory consultation: enhancing a comprehensive treatment service for adolescents. Mass J Mental Health 1971;11:36-42.

3. Reich, P, Kelly MJ. Suicide attempts by hospitalized medical and surgical patients. N Engl J Med 1976;294:298-301.

4. Brown HN, Kelly MJ. Stages of bone marrow transplantation: a psychiatric perspective. Psychosom Med 1976;38:439-46.

5. Reich P, Lazarus JM, Kelly MJ, Rogers MP. Factitious feculent urine in an adolescent boy. JAMA 1977;238:420-21.

6. Weinberger DR, Kelly MJ. Catatonia and malignant syndrome: a possible complication of neuroleptic administration. J. Nerv Ment Dis 1977;165:263-68.

7. Schlauch RW, Reich P, Kelly MJ. Leaving the hospital against medical advice. N Eng J Med 1980;300:22-24.

8. Altman JH, Reich P, Kelly MJ, Rogers MP. Patients who read their hospital charts. N Engl J Med 1980;302:169-71.

9. Rogers MP. Reich P, Kelly MJ, Liang MH. Psychiatric consultation among hospitalized arthritis patients. Gen Hosp Psychiat 1980;2:89-94.

10. Chinman, C, Kelly, MJ, Borus, J. Teaching Residents the Reality of Current Mental Health Care. Harvard Rev Psychiatry 2002;10:56-58

### Reviews

1. Kelly MJ. Who me--a sexist? Editorial. N Engl J Med 1973;288:317-18.

2. Kelly MJ. Book Review. Croog SH, Levine S. The heart patient recovers (social and psychological factors). New York: Human Sciences Press, 1977. Psychosom Med 1978; 40:641-42.

3. Kelly MJ. Antianxiety drugs: benzodiazepines. Hospital Formulary 979;14:227-28.

4. Kelly MJ. Book Review. Schneider J. Stress, loss and grief: understanding their origins and growth potential. Baltimore: University Park Press, 1984. N Engl J Med 1984;311:545.

5. Kelly MJ. Book Review. Greben S. Loves labor: twenty-five years of experience in the practice of psychotherapy. New York: Schocken Books, 1984. N Engl J Med 311:1645-46.

6. Kelly MJ. Book Review. Derogatis LR, Wise TV. Anxiety and depressive disorders in the medical patient. Washington, D.C. American Psychiatric Press, 1989. N Engl J Med 320:1089-90.

7. Kelly MJ. Book Review. Brown GW, Harris TO. Life events and illness. New York:Guilford Press, 1989. N Engl J Med 1990;322:276.

8. Kelly MJ. Book Review. Andersen AE. Males with eating disorders. New York:Brunner/Mazel, 1990. N Engl J Med 1991;324:202.

9. Kelly MJ. Strategies for Diagnosing and Treating Depression. Boston:Brigham and Women's Hospital, 1991; Medical Update 3:8:1-5.

10. Kelly MJ. Suicide assessment in the emergency department. Boston: Risk Management Foundation of the Harvard Medical Institutions, 1993; Forum 14:6:5-6.

11. Kelly, MJ. Book Review. Toward an Integrated Medicine: Classics from Psychosomatic Medicine 1959-1979. Washington, D. C. American Psychiatric Press, Inc. 1995.

## Books

1. Reich P, Kelly MJ. Introduction to the mental disorders. In: Wintrobe MM, et al, eds. Harrison's principles of internal medicine, 7th ed. New York: McGraw-Hill, 1974:1871-75.

2. Reich P, Kelly MJ. The neuroses. In: Wintrobe MM, et al, eds. Harrison's principles of internal medicine, 7th ed. New York: McGraw-Hill, 1974:1875-85.

3. Reich P, Kelly MJ. Introduction to the mental disorders. In: Thorn GW, et al, eds. Harrison's principles of internal medicine, 8th Edition. New York: McGraw-Hill, 1977: 1944-48.

4. Reich P, Kelly MJ. The neuroses. In: Thorn GW, et al, eds. Harrison's principles of internal medicine, 8th ed. New York: McGraw-Hill, 1977:1948-55.

5. Kelly MJ, Reich P. Psychiatric preparation of the surgical patient. In: Vandam LD, ed. To make the patient ready for anesthesia: medical care of the surgical patient. Reading, Mass: Addison-Wesley, 1980:218-35.

6. Kelly MJ, Reich P. Psychiatric preparation of the surgical patient. In: Vandam LD, ed. To make the patient ready for anesthesia: medical care of the surgical patient. Reading, Mass: Addison-Wesley, 1984:224-41.

7. Kelly, MJ. Psychosis and depression. In: Braunwald E and Rose BD. Intensive review of internal medicine. Boston, Mass: Harvard Medical School, 1993:470-75.

8. Kelly MJ, Rogers MP. Neuropsychiatric aspects of systemic lupus erythematosus. In: Stoudemire A and Fogel BS. Medical- Psychiatric Practice. Washington, D.C.: American Psychiatric Press, 1995:183-214.

9. Rogers MP, Kelly MJ. Psychiatric aspects of systemic lupus. In: Schur PH ed. The clinical management of systemic lupus erythematosus, 2nd ed. Philadelphia: Lippincott-Raven Publishers, 1996:155-73.

10. Kelly MJ, Mufson MJ, Rogers MP. Medical settings and suicide. In: Jacobs DG ed. Guide to suicide assessment and intervention, 1st ed. San Francisco: Jossey-Blass Publishers, 1999:491-519.