UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS

Defendants, City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond, and Police Officer Joseph McLaughlin, (together the "Newton Defendants") hereby move, pursuant to Fed. R. Civ. P. 37(a), to compel the production of critical medical records from Plaintiff. Plaintiff has asserted that he suffers from a variety of medical conditions and disorders concerning his emotional and mental state, and alleges these same conditions and disorders have been exacerbated by the purported illegal actions of the Newton Defendants. Consequently, Plaintiff's medical records are relevant and go to the very heart of both his claims and his alleged damages.

In support of this Motion, the Newton Defendants submit herewith a Memorandum of Law as well as a Local Rule 7.1(A)(2) certification that the Newton Defendants have in good faith conferred with the Plaintiff in an effort to avoid the requested Court action.

WHEREFORE, the Newton Defendants respectfully request that this Motion be allowed, and that Plaintiff be ordered to produce forthwith the documents requested.

                Respectfully submitted,
                NEWTON DEFENDANTS,
                By their attorneys,

                /s/ Angela B. Smagula
                _____
                Donnalyn B. Lynch Kahn (BBO #556609)
                Angela B. Smagula (BBO #643764)
                Assistant City Solicitors
                City of Newton Law Department
                1000 Commonwealth Avenue
                Newton Centre, MA 02459
                Tel: 617-796-1240

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail and electronic mail on March 27, 2006.

Signed under the pains and penalties of perjury this 27th day of March, 2006.

                /s/ Angela B. Smagula
                _____
                Angela B. Smagula

Dated: March 27, 2006