## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), counsel for the Newton Defendants conferred with Plaintiff's counsel in a good faith effort to determine whether Plaintiff would produce the documents that the Newton Defendants are moving to compel. Counsel was unable to resolve this issue.

Dated:  March 27, 2006                      /s/ Angela B. Smagula
                                                       Angela B. Smagula
                                                       Assistant City Solicitor
                                                       City of Newton