UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

Barry M. Cohen,

    Plaintiff,

v.

The City of Newton, The Newton
Police Department,
Police Chief Jose M. Cordero,
Newton Police Officer Rocky Marini
(Badge No. 13963),
Newton Police Detective Robert F.
Sampson, Newton Police Detective
Sergeant George McMains,
Newton Police Officer Zachary
Raymond, and Newton Police Officer
Joseph T. McLaughlin,

    Defendants.

Civil Action No.:
05-11727-DPW

---

## PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF MEDICAL RECORDS

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby opposes the Motion to Compel Medical Records of the Defendants referred to collectively as the Newton Defendants, to wit: The City of Newton, The Newton Police Department, Police Chief Jose M. Cordero, Newton Police Officer Rocky Marini (Badge No. 13963), Newton Police Detective Robert F. Sampson, Newton Police Detective Sergeant George McMains, Newton Police Officer Zachary Raymond, and Newton Police Officer Joseph T.

McLaughlin. In support of this opposition to the Newton Defendants' Motion to Compel Medical Records, Mr. Cohen incorporates the Memorandum of Law submitted herewith.

The Newton Defendants have failed to demonstrate that a substantial and compelling reason exists to require Mr. Cohen's to waive his privilege of non-disclosure pursuant to M.G.L. c. 233, § 20B and produce evidence of his psychotherapist communications (which constitutes the entirety of the medical records sought herein).

There is no effort by Mr. Cohen to circumvent or otherwise prevent Defendants from accessing his psychotherapist records in order to prejudice Defendants or gain tactical advantage. Rather, Mr. Cohen has expressed a willingness to forego pursuit of any claims for special medical damages in order to preserve the sanctity of his patient-psychotherapist relationships.

Therefore, the Court should deny the Newton Defendants' Motion to Compel. In the event, however, that this Honorable Court is inclined to grant the Defendants' requested relief, it is hereby requested that the Court impose substantial restrictions upon the use of Mr. Cohen's medical records to preserve and protect the confidentiality thereof to the greatest possible extent and to order same impounded during the course of this matter.

Respectfully submitted,
Plaintiff,
Barry M. Cohen,
By his attorney,


/s/ Christopher W. McHallam
Christopher W. McHallam
BBO #637464
500 Commercial Street
Suite 4R
Boston, Massachusetts
(617) 523-4552

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the Defendant, by hand, on March 28, 2006.

/s/ Christopher W. McHallam
Christopher W. McHallam
Counsel for Plaintiff