UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

------------------------------------

| | |
|---|---|
| Barry M. Cohen, )<br><br>　　Plaintiff, )<br><br>　　v. )<br><br>The City of Newton, The Newton )<br>Police Department, )<br>Police Chief Jose M. Cordero, )<br>Newton Police Officer Rocky Marini )<br>(Badge No. 13963), )<br>Newton Police Detective Robert F. )<br>Sampson, Newton Police Detective )<br>Sergeant George McMains, )<br>Newton Police Officer Zachary )<br>Raymond, and Newton Police Officer )<br>Joseph T. McLaughlin, )<br><br>　　Defendants. ) | Civil Action No.:<br>05-11727-DPW |

------------------------------------

### AFFIDAVIT OF CHRISTOPHER W. McHALLAM

I, Christopher W. McHallam, Esq., under oath, depose and state as follows:

1.　I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and am counsel for the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen").

2.　I submit this affidavit in response to the Affidavit of Angela B. Smagula, counsel for the Defendants herein.

3.　The assertions contained in paragraph 3, 4, 5, 7, 8, and 9 of Attorney Smagula's affidavit are accurate.

4.    It is accurate that Defendants granted requests for extensions of time to answer Defendants' Interrogatories and that the final production of same were delayed.

5.    I informed Defendants' counsel on different occasions that assembling the Plaintiff's medical records was proving to be a time consuming matter.  During the end of February, 2006, the process was also delayed due to the illness of Mr. Cohen's psychiatrist.

6.    On or about March 7, 2006, I informed Attorney Smagula by telephone and email of Mr. Cohen's intention to withdraw his claims for special medical damages in order to preserve the sanctity of his patient-psychotherapist relationships.  There was no effort to surprise or prejudice the Defendants with the timing of that disclosure.

7.    The Defendants informed me of their intention to compel Mr. Cohen to produce his medical records despite his willingness to waive his special medical damage claims and I advised Defendants that if Mr. Cohen was compelled to produce said records, Mr. Cohen would go forward with said claims.

Respectfully submitted,


/s/ Christopher W. McHallam
Christopher W. McHallam
BBO #637464
500 Commercial Street
Suite 4R
Boston, Massachusetts
(617) 523-4552

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the Defendant, by hand, on March 28, 2006.

/s/ Christopher W. McHallam
Christopher W. McHallam
Counsel for Plaintiff