UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| Barry M. Cohen, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The City of Newton, The Newton )<br>Police Department, )<br>Police Chief Jose M. Cordero, )<br>Newton Police Officer Rocky Marini )<br>(Badge No. 13963), )<br>Newton Police Detective Robert F. )<br>Sampson, Newton Police Detective )<br>Sergeant George McMains, )<br>Newton Police Officer Zachary )<br>Raymond, and Newton Police Officer )<br>Joseph T. McLaughlin, )<br>)<br>Defendants. ) | Civil Action No.:<br>05-11727-DPW |

---

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM THE DEFENDANT, CHIEF JOSE M. CORDERO

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby submits the within Memorandum in Support of his Motion to Compel Discovery Responses from the Defendant, Jose M. Cordero (hereinafter "Cordero").

### DISCOVERY ISSUES

On or about March 10, 2006, Mr. Cohen served Interrogatories, Requests for the Production of Documents, and a Notice of Taking of Deposition upon the Defendant

Cordero by and through his counsel of record. See copy of said discovery requests hereto attached as Exhibit 1.

Defendant's Counsel advised that Cordero would not respond to said discovery requests and would not be produced for deposition.

On or about April 27, 2006, Plaintiff's counsel sent a letter via facsimile and first-class mail to Defendant's counsel conferencing the issues related to Defendant Cordero's lack of response and/or cooperation. A copy of said letter is hereto attached as Exhibit 2. Defendant's counsel responded on or about May 4, 2006, with an affirmation that the Defendant Cordero would not respond to any of Plaintiff's discovery requests. A copy of which is hereto attached as Exhibit 3.

## LEGAL STANDARD

Civil litigants have a legal obligation to produce all information "which is relevant to the subject matter involved in the pending action," Fed. R. Civ. P. 26(b)(1). The Defendant Cordero is a party to this case and thus has an obligation to produce information relevant and/or which may lead to relevant information. See Id.

## ARGUMENT

The Defendant Cordero has an obligation to respond to Mr. Cohen's discovery requests and appear for a duly

2

noticed deposition. The Defendant Cordero is a party to this case and is represented by counsel, who has filed an answer and motions on his behalf. Defendant Cordero's appearance in this matter was not in any way limited or specialized.

It is clear that the Defendant Cordero is attempting to avoid a clearly established legal duty to respond to discovery as a part to a civil matter in the hopes of maintaining his silence about this matter. Such bad faith avoidance of discovery should not be permitted as it is prejudicial to both the Plaintiff and the Court.

## CONCLUSION

Based on the foregoing, the Court should allow the Plaintiff's Motion to Compel in its entirety and for such other and further relief as it deems just and proper.

Respectfully submitted,
Plaintiff,
Barry M. Cohen,
By his attorney,

/s/ Christopher W. McHallam
Christopher W. McHallam
BBO #637464
500 Commercial Street
Suite 4R
Boston, Massachusetts
(617) 523-4552