UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>      Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>      Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

**ASSENTED-TO-MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL
<u>DISCOVERY RESPONSES FROM THE DEFENDANT, CHIEF JOSE M. CORDERO</u>**

On or about May 22, 2006, Plaintiff filed a motion to compel discovery responses from the defendant, Chief Jose M. Cordero. Defendants opposition is due June 5, 2006. Defendants require additional time to respond to the motion.

Defendants respectfully request an enlargement of time of one week, until June 12, 2006, to file their opposition. Plaintiff has assented to this enlargement of time.

        Respectfully submitted,
        DEFENDANTS,
        By its attorneys,

        /s/ Angela B. Smagula
        _____
        Donnalyn B. Lynch Kahn (BBO #556609)
        Angela B. Smagula (BBO #643764)
        Assistant City Solicitors
        City of Newton
        Law Department
        1000 Commonwealth Avenue
        Newton Centre, MA  02459
        Tel: 617-796-1240

ASSENTED TO:

PLAINTIFF,
By his attorney,

/s/ Christopher W. McHallam
_____
Christopher W. McHallam, Esq.
BBO #637464
500 Commercial Street – Suite 4R
Boston, MA  02109
Tel:  617-523-4552

Dated:  June 1, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), counsel for the Newton Defendants conferred with Plaintiff's counsel in a good faith effort to determine whether Plaintiff would assent to this Motion.  Counsel for Plaintiff has so assented.

Dated:  June 1, 2006                          /s/ Angela B. Smagula
                                            Angela B. Smagula
                                            Assistant City Solicitor
                                            City of Newton