**CHRISTOPHER W. McHALLAM**
ATTORNEY AT LAW
500 COMMERCIAL STREET
BOSTON, MASSACHUSETTS 02109

Telephone:  (617) 523-4552                                         Facsimile (617) 723-9211

June 9, 2006

The Honorable Robert B. Collings
United States Magistrate Judge
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:  Barry M. Cohen v. City of Newton, et al.
           United States District Court
           District of Massachusetts
           <u>Civil Action No. 05-11727-DPW</u>

Dear Magistrate Judge Collings:

    As requested at a hearing in the above-referenced matter on Thursday, June 1, 2006, this letter serves to respond to the Court's questions relative to the Plaintiff's pending Motion to Compel Discovery Responses of the Defendant, former Chief Jose M. Cordero.

    Upon review of our files, it does not appear that personal service has been effectuated upon the Defendant Jose M. Cordero. Counsel for the Defendants entered a general appearance in this matter in November, 2005, on behalf of the Defendant Cordero which did not qualify the capacity in which it represented any of the particular Defendants.

    Plaintiff believes that any of the individual Defendants may be found to be personally responsible for damages arising from civil rights and other legal violations.

The Plaintiff thus will re-visit the issue of compelling Defendant Cordero's discovery after personal service upon Defendant Cordero has been completed and after his opportunity to answer the Complaint has passed as same will be determinative as to how to proceed.

In light of the Court's observations at the hearing, the Plaintiff requests that the said motion be held in abeyance; Plaintiff will endeavor to effectuate personal service at once; will seek leave to file a late return of service; and further requests that the Court concomitantly extend the June 30, 2006, discovery deadline for a reasonable time to permit any additional discovery to be had from the Defendant Cordero.

Please advise should the Court require any further information from Plaintiff with respect to this matter.

                                        Respectfully submitted,


                                        Christopher W. McHallam


Cc:   Angela M. Smagula, Esq.
       Barry M. Cohen