UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
BARRY M. COHEN,                             )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )   Civil Action No. 05-11727-DPW
                                            )
THE CITY OF NEWTON, THE NEWTON              )
POLICE DEPARTMENT, POLICE CHIEF             )
JOSE M. CORDERO, NEWTON POLICE              )
OFFICER ROCKY MARINI (Badge No. 13963),     )
NEWTON POLICE DETECTIVE ROBERT F.           )
SAMPSON, NEWTON POLICE DETECTIVE            )
SERGEANT GEORGE MCMAINS, NEWTON             )
POLICE OFFICER ZACHARY RAYMOND, and         )
NEWTON POLICE OFFICER JOSEPH T.             )
MCLAUGHLIN,                                 )
                                            )
    Defendants.                             )
_____)

**CLERK MAGISTRATES' MOTION TO QUASH SUBPOENAS,
OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

Barry M. Cohen, the plaintiff in this case, has served deposition subpoenas on Clerk Magistrate Henry H. Schultz and Assistant Clerk Magistrate William A. McEvoy, Jr. (the "Clerk Magistrates"), who serve as clerk magistrates at the Newton District Court.[1]  Cohen seeks testimony from the Clerk Magistrates regarding an arrest warrant for Cohen issued by the Newton District Court on September 25, 2003.  The Court should quash the subpoenas because, as the federal courts have recognized, judges and quasi-judicial officers may not be compelled to testify concerning the mental processes used in formulating their official judgments.  Moreover, to the extent Cohen seeks factual information about the circumstances which led to issuance of

---

[1]     The official name of the Newton District Court is the Newton Division of the District Court Department of the Massachusetts Trial Court.

the warrant, such information is available from other sources—namely, parties to the litigation who Cohen has not deposed. Alternatively, if the Court allows Cohen to depose the Clerk Magistrates, it should enter a protective order limiting the scope of their depositions to strictly factual matters, and not the mental processes used in formulating their judgments. In support of this Motion, the Clerk Magistrates submit the accompanying Memorandum of Law.

WHEREFORE, the Clerk Magistrates respectfully request that the Court allow this Motion and quash the deposition subpoenas served on the Clerk Magistrates, or alternatively, that the Court enter an appropriate protective order limiting their deposition testimony to strictly factual matters.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Clerk Magistrates submit that the Court's ruling on this Motion will be aided by oral argument, and accordingly request an opportunity to present such argument to the Court.

Respectfully submitted,

HENRY H. SCHULTZ,
CLERK MAGISTRATE, and

WILLIAM A. MCEVOY, Jr.,
ASSISTANT CLERK MAGISTRATE

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2833

Dated:  June 27, 2006

2

## LOCAL RULES 7.1(A)(2) AND 37.1 CERTIFICATION

I hereby certify that I have conferred in good faith with Christopher W. McHallam, counsel for plaintiff Barry M. Cohen in this matter, but that we have been unable to resolve or narrow the issues presented by this Motion.

/s/ Scott A. Katz
Scott A. Katz

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes counsel for all parties in this matter.

/s/ Scott A. Katz
Scott A. Katz