UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

Barry M. Cohen,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)　Civil Action No.:
　　　　　　　　　　　　　　　　　　　　)　05-11727-DPW
The City of Newton, The Newton　　　　　)
Police Department,　　　　　　　　　　　)
Police Chief Jose M. Cordero,　　　　　　)
Newton Police Officer Rocky Marini　　　)
(Badge No. 13963),　　　　　　　　　　　)
Newton Police Detective Robert F.　　　　)
Sampson, Newton Police Detective　　　　)
Sergeant George McMains,　　　　　　　　)
Newton Police Officer Zachary　　　　　　)
Raymond, and Newton Police Officer　　　)
Joseph T. McLaughlin,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　　)

---

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO OPPOSE MOTION TO QUASH SUBPOENAS**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby moves this Honorable Court to extend his time to oppose a Motion to Quash Subpoenas filed by the Office of the Attorney General of the Commonwealth of Massachusetts on behalf of two third-party witnesses. As reasons for the within motion, Plaintiff's counsel has been out of the office on vacation over the course of the last week and thus requires additional time to prepare an opposition to said motion.

The Plaintiff seeks to extend his time to oppose said Motion to Quash to Wednesday, July 19, 2006.

    Respectfully submitted,
Plaintiff,
Barry M. Cohen
By his attorney,

/s/ Christopher W. McHallam
Christopher W. McHallam
BBO # 637464
500 Commercial Street
Suite 4R
Boston, Massachusetts 02109
(617) 523-4552

ASSENTED TO:

Moving Party,

Office of the Attorney General of the
Commonwealth of Massachusetts
By its attorney,

/s/ Scott Katz
Scott Katz, Esq.
Assistant Attorney General
ATTORNEY GENERAL OF THE
COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place
Boston, Massachusetts 02108