## UNITED STATES DISTRICT COURT

EASTERN  District of  Massachusetts

BARRY M. COHEN

V.

CITY OF NEWTON, ET. AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11727

TO: (Name and address of Defendant)

CHIEF JOSE M. CORDERO
c/o EAST ORANGE POLICE DEPARTMENT
61 NORTH MUNN AVENUE
EAST ORANGE, NJ 07017

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER W. McHALLUM, ESQ.
500 COMMERCIAL STREET
SUITE 4R
BOSTON, MA 02109

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE 6/28/06

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
****** A                                                                ******
================================================================================
CHANCERY DOCKET....06-006888  DEFENDANT SEQUENCE 001 OF 001
OFFICER.........89013  ~~TASHA CREWS~~  H.J. RIVERA              CONTROL# 232582
TYPE OF EXECUTION..........  SUMMONS AND COMPLAINT
================================================================================


*============== ATTORNEY =====================*
|                                             |             CHECK #        AMOUNT
|    CHRISTOPHER W. MCHALLAN                  |              1924           31.60
|                                             |
|    500 COMMERCIAL STREET                    |
|                                             |
|    BOSTON             MA  02109             |
========================= COURT DATA ===========================JOYCE
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT - CH     FOLD
  RETURNABLE DATE...                    TIME...
  DOCKET..0511727DPW       STATE....MA        COUNTY OF VENUE....EASTERN DIST
========================= CAPTION OF CASE ======================================
INDIVIDUAL NAME..........  BARRY         M COHEN
   VS... CITY OF NEWTON, ET AL
==================DEFENDANT OR NAMED WITHIN TO BE SERVED========================
GOVERNMENT NAME..........  CHIEF JOSE M. CORDERO
                         *==========================================*
  ADDRESS 1..............  | 0000000061 N  MUNN                  AVE |
  ADDRESS 2..............  | EAST ORANGE POLICE DEPARTMENT            |
  TOWN/STATE/ZIP.........  | EAST ORANGE                  NJ  07017   |
========================= PAPERS SERVED ========================================
NOTARY
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D =====================
SERVED SUCCESSFULLY......|X|  UNABLE TO SERVE.......| |  DATE..07-07-06
REMARKS: |_____|
         |_____|
                CLERK............................| |
                SECRETARY........................| |
                AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY....| |
                OTHER............................         X
PERSON SERVED..........   Director Jose M. Cordero

SEX    : | | MALE    | | FEMALE
SKIN   : | | WHITE   | | BLACK    | | YELLOW  | | BROWN  | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK   | | BROWN    | | BLOND   | | GRAY   | | RED  | | WHITE | | BALDING
AGE    : | | 14-20   | | 21-35    | | 36-50   | | 51-65  | | OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME         ARMANDO B. FONTOURA
ON ___July 25, 2006___                    ESSEX COUNTY SHERIFF
   ___Margaux A. Cirone___                BY: _____

                                          SHERIFFS: | |OFFICER| |INVESTIGATOR
                                          STATE OF NEW JERSEY
```

MARGARET A. CIRONE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 22, 2010

# AFFIDAVIT OF SERVICE

```
CHANCERY DOCKET...... 06-00498    DEFENDANT SEQUENCE 001 OF 001
OFFICER.............. 89013                                              CONTROL# 23252
TYPE OF EXECUTION....             SUMMONS AND COMPLAINT
```

──────────── ATTORNEY ────────────

```
    CHRISTOPHER M. MCHALLAM                          CHECK #        AMOUNT
                                                       1974          31.40
    500 COMMERCIAL STREET

    BOSTON              MA   02109
```

──────────── COURT DATA ────────────

```
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT - CH       FOLD
RETURNABLE DATE..                    TIME..
DOCKET. 0511727DPW             STATE... MA      COUNTY OF VENUE... EASTERN DIST
```

──────────── CAPTION OF CASE ────────────

```
INDIVIDUAL NAME.........      BAPPY          M COHEN
   VS...  CITY OF NEWTON, ET AL
```

──────────── DEFENDANT OR NAMED WITHIN TO BE SERVED ────────────

```
GOVERNMENT NAME.........    CHIEF JOSE M. CORDERO
    ADDRESS 1...........    (000000061) N MUNN                    AVE
    ADDRESS 2...........    EAST ORANGE POLICE DEPARTMENT
    TOWN/STATE/ZIP......    EAST ORANGE              NJ    07017
```

──────────── PAPERS SERVED ────────────

NOTARY
SUMMONS AND COMPLAINT

──────────── SERVICE DATA RECORDED ────────────

```
SERVED SUCCESSFULLY...  [X]   UNABLE TO SERVE........       DATE.
REMARKS:

         CLERK.................................
         SECRETARY.............................
         AUTH TO ACCEPT ON BEHALF OF U.S. ATTORNEY...
         OTHER................................. [X]

PERSON SERVED..........

SEX    : [ ] MALE    [ ] FEMALE
SKIN   : [ ] WHITE   [ ] BLACK   [ ] YELLOW   [ ] BROWN   [ ] RED
HEIGHT : [ ] UNDER 5 FEET  [ ] 5.0-5 FT  [ ] 5.7-5.9  [ ] OVER 6FT
WEIGHT : [ ] UNDER 100LBS  [ ] 100-150LBS  [ ] 151-200LBS  [ ] OVER 200LBS
HAIR   : [ ] BLACK   [ ] BROWN   [ ] BLOND   [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE    : [ ] 14-20   [ ] 21-35   [ ] 36-49   [ ] 51-65   [ ] OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME        ARMANDO B. FONTOURA
ON _____, 2006                ESSEX COUNTY SHERIFF
                                         BY:
                                         SHERIFF: [ ] OFFICER [ ] INVESTIGATOR
                                         STATE OF NEW JERSEY
```