UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>   Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON,  NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>   Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## THE NEWTON DEFENDANTS' MOTION FOR AN INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF

  Defendants City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocky Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Raymond and Police Officer Joseph McLaughlin (together the "Newton Defendants"), hereby move, pursuant to Fed. R. Civ. P. 35, for this Court to order Plaintiff Barry M. Cohen ("Plaintiff") to undergo an independent mental examination in connection with the above captioned matter.

In support of this Motion, the Newton Defendants have filed herewith the Affidavit of Counsel for the City (Aff. Kahn) and a Memorandum of Law illustrating that Plaintiff has intentionally put his mental condition in issue and good cause exists for an independent mental examination to evaluate Plaintiff's emotional and mental condition, as well as the origin, starting dates and details of any conditions.

WHEREFORE, the Newton Defendants respectfully request that this Court order Plaintiff to undergo an independent mental examination by Dr. Martin Kelly who is a licensed medical doctor and a psychiatrist, consisting of two separate sessions of approximately two hours, each to be conducted at the mutual convenience of Plaintiff and Dr. Kelly. Defendants further request that to maintain the integrity of the examination, this Court order that the sessions be conducted only in the presence of Plaintiff and Dr. Kelly.

DEFENDANTS,
THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDER, NEWTON POLICE OFFICER ROCCO MARINI, NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,
By their attorneys,

/s/  Donnalyn B. Lynch Kahn
Donnalyn B. Lynch Kahn (BBO #556609)
Angela Buchanan Smagula (BBO #643764)
Assistant City Solicitors
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: (617) 796-1240

Dated:   January 24, 2007