UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

**CERTIFICATE OF SERVICE**

    I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed via first class postage prepaid a copy of the within documents to Christopher W. McHallam, Esq., 500 Commercial Street, Suite 4R, Boston, MA 02109.

    Signed under the pains and penalties of perjury this 24th day of January, 2007.

    /s/ Donnalyn B. Lynch Kahn
    Donnalyn B. Lynch Kahn
    Assistant City Solicitor