UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

------------------------------------

Barry M. Cohen,              )
                             )
     Plaintiff,              )
                             )
     v.                      )    Civil Action No.:
                             )    05-11727-DPW
The City of Newton, The Newton )
Police Department,           )
Police Chief Jose M. Cordero, )
Newton Police Officer Rocky Marini )
(Badge No. 13963),           )
Newton Police Detective Robert F. )
Sampson, Newton Police Detective )
Sergeant George McMains,     )
Newton Police Officer Zachary )
Raymond, and Newton Police Officer )
Joseph T. McLaughlin,        )
                             )
     Defendants.             )
------------------------------------

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTION FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and hereby moves this Honorable Court to extend his time to oppose Defendants' Motion For Independent Medical Examination of Plaintiff.  As reasons for the within motion, Plaintiff's counsel has been delayed due to illness and thus requires a brief additional time to prepare an opposition to said motion.

The Plaintiff seeks to extend his time to oppose said Motion to Monday, February 12, 2007.

Respectfully submitted,
Plaintiff,
Barry M. Cohen
By his attorney,


 /s/ Christopher W. McHallam
Christopher W. McHallam
BBO # 637464
500 Commercial Street
Suite 4R
Boston, Massachusetts 02109
(617) 523-4552

ASSENTED TO:


City of Newton Defendants,
By their Attorney


/s/ Angela Buchanan Smagula
Angela Buchanan Smagula, Esq.
City Solicitor's Office
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459