UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

**CERTIFICATION OF RETURNS OF SERVICE**

    I, Angela Buchanan Smagula, hereby certify that on February 7, 2007, I caused service to be made upon David Cohen, Saul Cohen, Naomi Cohen, Ann Cohen, Dr. Steven Flier, and Dr. Jay Press, via in-hand service and first class mail, deposition subpoenae regarding the captioned matter. Attached hereto are copies of the respective returns of service.

                                      DEFENDANTS,

                                      THE CITY OF NEWTON, THE
                                      NEWTON POLICE DEPARTMENT,
                                      POLICE CHIEF JOSE M. CORDERO,

NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT E. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN

By their attorneys,

/s/ Angela Buchanan Smagula
Angela Buchanan Smagula (BBO #643764)
Donnalyn B. Lynch Kahn (BBO #556609)
Assistant City Solicitors
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA  02459
Tel: 617-796-1240

Dated:  March 7, 2007

## MIDDLESEX SS

I HEREBY CERTIFY AND RETURN THAT ON __FEB 7,__ 2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING "IN HAND" TO __NAOMI COHEN__ PERSON AT __87 HAMMOND STREET__ IN THE __CITY__ OF __NEWTON__ @ 8:20 PM HOURS.

2/07/07 COPY MAIL VIA FIRST CLASS U.S. MAIL CERTIFICATE OF MAILING ATTACHED.

| | |
|---|---|
| SERVICE AND TRAVEL | $40.00 |
| COPIES | — |
| MOTOR VEHICLE | — |
| ~~U.S. MAIL~~ | $1.34 |
| TOTAL: | 41.34 |

*Jeffrey D. Silton*

CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON _FEB 7_ 2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING "LAST + USUAL" TO _ANN COHEN_ PERSON AT _87 HAMMOND STREET_ IN THE _CITY_ OF _NEWTON_.

2/07/07 COPY MAILED VIA FIRST CLASS U.S. MAIL "CERTIFICATE OF MAILING" ATTACHED.

SERVICE AND TRAVEL     $20.00
COPIES                 _____
MOTOR VEHICLE          _____
US MAIL                $1.34

TOTAL:                 $21.34

*Jeffrey D. Silton*
CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON  FEB 7  2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING "LAST TUSUAL" TO SAUL COHEN PERSON AT 87 HAMMOND STREET IN THE CITY OF NEWTON.

2/09/07 COPY MAILED VIA FIRST CLASS U.S. MAIL CERTIFICATE OF MAILING ATTACHED.

SERVICE AND TRAVEL   $20.00
COPIES               —
MOTOR VEHICLE        —
US mail              $1.34

TOTAL:   $21.34

*Jeffrey D. Silton* (signature)
CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658

## MIDDLESEX SS

I HEREBY CERTIFY AND RETURN THAT ON **FEB 7**, 2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING **"LAST + USUAL"** TO **DAVID COHEN** PERSON AT **87 HAMMOND STREET** IN THE **CITY** OF **NEWTON**.

2/07/07 COPY MAILED VIA FIRST CLASS US MAIL CERTIFICATE OF MAILING ATTACHED.

SERVICE AND TRAVEL  $20.00
COPIES               —
MOTOR VEHICLE        —
US MAIL              $1.34

TOTAL:               $21.34

_Jeffrey D. Silton_
CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON __FEB 7,__ 2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING __IN HAND__ TO __FOR DR STEVEN FLIER~~ JULIA PIVOR EXECUTIVE DIRECTOR__ PERSON AT __1244 BOYLSTON ST, 3rd FLR ROOM 306__ IN THE __CITY__ OF __NEWTON__.

2/07/07 COPY MAILED VIA FIRST CLASS U.S. MAIL "CERTIFICATE OF MAILING" ATTACHED.

* BIZ NAME - PERSONAL PHYSICIANS HEALTHCARE PC.

SERVICE AND TRAVEL  $40.00

COPIES  ———

MOTOR VEHICLE  ———
US MAIL  $1.34

TOTAL:  $41.34

*Jeffrey D. Silton* (signature)

CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA  02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON **FEB 7,** 2007, I SERVED AN "ORIGINAL" COPY OF THE WITHIN SUBPOENA FOR APPEARANCE AT DEPOSITION UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING **"LAST + USUAL"** TO **DR JAY PRESS** PERSON AT **1197 BEACON ST, 7 EAST** IN THE **TOWN** OF **BROOKLINE**.

2/07/07 COPY MAILED VIA FIRST CLASS US MAIL CERTIFICATE OF MAILING ATTACHED.

SERVICE AND TRAVEL    $40.00
COPIES                —
MOTOR VEHICLE         —
US MAIL               $1.34

TOTAL:                $41.34

_Jeffrey D. Silton_
CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658





**Certificate of Mailing #1**

Received From:
Newton Constable Service
PO Box 600254
Newton, MA 02460

One piece of ordinary mail addressed to:
Dr Jay Press
1101 Beacon St
Brookline, MA 02446

Postmark: NEWTONVILLE, MA, FEB 07, 2460
Postage: $0.95

---

**Certificate of Mailing #2**

Received From:
Newton Constable Service
PO Box 600254
Newton, MA 02460

One piece of ordinary mail addressed to:
Naomi Cohen
87 Hammond S
Chestnut Hill, MA 02462

Postmark: NEWTONVILLE, MA, FEB 07, 2460
Postage: $0.95

---

**Certificate of Mailing #3**

Received From:
Newton Constable Service
P.O. Box 600254
Newton, MA 02460

One piece of ordinary mail addressed to:
Dr Stephen Flier
1244 Boylston St
Chestnut Hill, MA 02467

Postmark: NEWTONVILLE, MA, FEB 07, 2460
Postage: $0.95

PS Form 3817, Mar. 1989