UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

Barry M. Cohen, )
)
    Plaintiff, )
)
    v. )  Civil Action No.:
)  05-11727-DPW
The City of Newton, The Newton )
Police Department, )
Police Chief Jose M. Cordero, )
Newton Police Officer Rocky Marini )
(Badge No. 13963), )
Newton Police Detective Robert F. )
Sampson, Newton Police Detective )
Sergeant George McMains, )
Newton Police Officer Zachary )
Raymond, and Newton Police Officer )
Joseph T. McLaughlin, )
)
    Defendants. )

---

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and the Defendants, who hereby move this Honorable Court to extend the deadline for the completion of fact discovery until June 1, 2007.

As reason for the within motion, the parties state as follows: the Plaintiff's deposition has not been completed due to delays associated with obtaining medical records from various health providers; there have been scheduling conflicts with respect to certain third-party depositions;

and the Defendants have indicated a desire to conduct further third-party depositions based upon the testimony.

Therefore, it is requested that the deadline for the completion of fact discovery be extended by thirty (30) days and that the other related deadlines be concomitantly extended. There will be no substantial prejudice and/or delay in the administration of this case as a result of this requested extension and it will enable the parties to fully investigate their respective claims and defenses.

>Respectfully submitted,
>Plaintiff,
>Barry M. Cohen
>By his attorney,
>
>/s/ Christopher W. McHallam
>Christopher W. McHallam
>BBO # 637464
>500 Commercial Street
>Suite 4R
>Boston, Massachusetts 02109
>(617) 523-4552

City of Newton Defendants,
By their Attorney

/s/ Angela Buchanan Smagula
Angela Buchanan Smagula, Esq.
City Solicitor's Office
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459