UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## CERTIFICATION OF RETURNS OF SERVICE

I, Angela Buchanan Smagula, hereby certify that on April 24, 2007, I caused service to be made upon David Kasman, Julia Abbott and Julius Kritzman, M.D., via in-hand service and first class mail, deposition subpoenae regarding the captioned matter. Attached hereto are copies of the respective returns of service.

DEFENDANTS,

THE CITY OF NEWTON, THE
NEWTON POLICE DEPARTMENT,
POLICE CHIEF JOSE M. CORDERO,

NEWTON POLICE OFFICER ROCCO
MARINI, CITY OF NEWTON, NEWTON
POLICE DETECTIVE ROBERT E.
SAMPSON, NEWTON POLICE
POLICE DETECTIVE, NEWTON
POLICE DETECTIVE SERGEANT
GEORGE MCMAINS, NEWTON
POLICE OFFICER ZACHARY
RAYMOND AND NEWTON POLICE
OFFICER JOSEPH T. MCLAUGHLIN

By their attorneys,

/s/ Angela Buchanan Smagula
Angela Buchanan Smagula (BBO #643764)
Donnalyn B. Lynch Kahn (BBO #556609)
Assistant City Solicitors
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: 617-796-1240

Dated: June 18, 2007

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON **APRIL 24,** 2007, I HAD SERVED AN "ATTESTED" COPY OF THE WITHIN "NOTICE OF TAKING DEPOSITION" UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING **"LAST + USUAL"** TO **DAVID KASMAN** PERSON AT **65 PRENTICE ROAD** IN THE **CITY** OF **NEWTON**, AS INSTRUCTED

COPY MAILED VIA FIRST CLASS U.S. MAIL ON 4/25/07. CERTIFICATE OF MAILING ON FILE.

SERVICE AND TRAVEL   $40.00
COPIES
MAILED COPY   $1.34
~~MOTOR VEHICLE~~
WITNESS FEE   —

TOTAL:   $41.34

*Jeffrey D.*

CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658



U.S. POSTAL SERVICE  CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Newton Constable Service
PO Box 600254
NEWTON, MA 02460-000

One piece of ordinary mail addressed to:

MR. DAN P KASMAN
62 PRENTICE ROAD
NEWTON, MA 02459-134

PS Form 3817, January 2001

5-cv-11727-DPW   Document 71   Filed 06/18/2007

APR 09 8878-14
NEWTONVILLE, MA
APR 25, '07
$0.95
AMOUNT

**MIDDLESEX SS**

I HEREBY CERTIFY AND RETURN THAT ON __APRIL 24__ 2007, I HAD SERVED AN "ATTESTED" COPY OF THE WITHIN "NOTICE OF TAKING DEPOSITION" UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING __"LAST +USUAL"__ TO __JULIA ABBOTT__ PERSON AT __55 MALLINET ROAD__ IN THE __CITY__ OF __NEWTON__, AS INSTRUCTED

COPY MAILED VIA FIRST CLASS U.S. MAIL ON 4/25/07. CERTIFICATE OF MAILING ON FILE.

SERVICE AND TRAVEL   $40.00
COPIES
~~MOTOR VEHICLE~~ MAILED COPY   $1.34
WITNESS FEE
TOTAL:   $41.34

*Jeffrey B. Silton*
CONSTABLE JEFFREY B. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Newton Constable Services
PO BOX 600254
Newton, MA 02460-0003

One piece of ordinary mail addressed to:
Ms. Julia Abbott
55 Wauwinet Road
Newton, MA 02465-2923

PS Form 3817, January 2001

## MIDDLESEX SS

I HEREBY CERTIFY AND RETURN THAT ON __APRIL 24__ 2007, I HAD SERVED AN "ATTESTED" COPY OF THE WITHIN "NOTICE OF TAKING DEPOSITION" UPON THE WITHIN NAMED PARTY IN THE FOLLOWING MANNER BY SERVING __IN HAND__ TO __for DR JULIUS KRITZMAN__ PERSON AT __786 CHESTNUT ST__ (ELINOR KRITZMAN) IN THE __CITY__ OF __NEWTON__, AS INSTRUCTED

SERVICE AND TRAVEL   $40
COPIES               —
MOTOR VEHICLE        —
WITNESS FEE          —

TOTAL:               $40

_____
CONSTABLE JEFFREY D. SILTON
120 CHERRY STREET
W. NEWTON, MA 02465-1239

TEL: (617) 527-7447
FAX: (617) 527-4658