UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

Barry M. Cohen,

    Plaintiff,

v.

The City of Newton, The Newton
Police Department,
Police Chief Jose M. Cordero,
Newton Police Officer Rocky Marini
(Badge No. 13963),
Newton Police Detective Robert F.
Sampson, Newton Police Detective
Sergeant George McMains,
Newton Police Officer Zachary
Raymond, and Newton Police Officer
Joseph T. McLaughlin,

    Defendants.

---

Civil Action No.:
05-11727-DPW

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and the Defendants in the above-captioned matter, who hereby move this Honorable Court to extend the deadline for the completion of fact discovery until September 30, 2007 to allow a few additional outstanding discovery matters, including but not limited to the taking of certain depositions, which have already been noticed by the parties but have not occurred due to scheduling and availability issues.  As reason for the within motion, the parties state as follows:  certain depositions have not

been completed due to delays associated with scheduling conflicts and the lack of availability of certain third-party witnesses.

Specifically, the Plaintiff wishes to take the deposition of one party and three third-party witnesses and has been attempting to schedule their depositions prior to the July 2, 2007 discovery schedule. The non-party witnesses are as follows: Newton District Court Magistrate Schultz; Assistant Magistrate McEvoy; and Newton Police Officer John Daly. The Plaintiff also scheduled the deposition of a party, former Chief Jose M. Cordero to take place on June 28, 2007, in Florham Park, New Jersey.

The Magistrates and their counsel are not available until July 10, 2007, due to trial schedules and vacations and Officer Daly and his counsel are not available until July 3, 2007. Former Chief Cordero has indicated that he will make himself available at some time over the course of the next few weeks for deposition in New Jersey, but he was not able to attend the June 28, 2007, scheduled deposition.

The Defendants seek to depose Plaintiff's siblings David and Ann Cohen, both of whom reside outside of the Commonwealth of Massachusetts. Plaintiff has indicated that his siblings would be willing to appear for deposition in conjunction with a visit to Newton, Massachusetts. It

2

is uncertain, however, precisely when either Cohen sibling plans to return to Newton during the summer. Thus, Plaintiff has indicated that once David and Ann Cohen have established firm travel plans, he will advise Defendants.

In addition, the Defendants have not concluded Plaintiff's deposition. At this time, the Plaintiff is attempting to obtain some additional medical records that have been requested by Defendants. The Plaintiff has suggested that the Defendants wait to hold any further deposition of Plaintiff until it is ascertained what medical records will be available.

Therefore, it is requested that the deadline for the completion of fact discovery be extended until September 30, 2007. There will be no substantial prejudice and/or delay in the administration of this case as a result of this requested extension and it will enable the parties to complete the investigation of their respective claims and defenses.

Respectfully submitted,
Plaintiff,
Barry M. Cohen
By his attorney,


/s/ Christopher W. McHallam
Christopher W. McHallam
BBO # 637464
500 Commercial Street
Suite 4R
Boston, Massachusetts 02109
(617) 523-4552



City of Newton Defendants,
By their Attorney


/s/ Angela Buchanan Smagula
Angela Buchanan Smagula, Esq.
City Solicitor's Office
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459