UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

**DEFENDANTS' FILING CONCERNING SCHEDULE**
**OF PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION**

On July 17, 2007, this Court requested counsel provide dates, times and locations for Plaintiff's Independent Medical Examination. Counsel for both parties have agreed to the following schedule for Plaintiff's Independent Medical Examination with Dr. Martin Kelly:

- **Tuesday, September 25, 2007 at 10:30 a.m.**

    **and**

- **Tuesday, October 2, 2007 at 10:30 a.m.**

The examination will take place at 850 Boylston Street (Route 9), Suite 303, Chestnut Hill, MA 02467 (tel: 617-731-6750), and only Plaintiff and Mr. Cohen will be present.

Respectfully submitted,

DEFENDANTS,

THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT E. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN

By their attorneys,

*/s/ Angela Buchanan Smagula*

_____
Angela Buchanan Smagula (BBO #643764)
Assistant City Solicitor
Donnalyn B. Lynch Kahn (BBO #556609)
Associate City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA  02459
Tel: 617-796-1240

Dated:   August 23, 2007

CERTIFICATE OF SERVICE

I, Angela Buchanan Smagula, hereby certify that on this date I filed this document through the United States District Court of Massachusetts Electronic Case Filing System, and it will thus be sent electronically to Plaintiff's counsel, Christopher McHallam, a registered participant identified on the Notice of Electronic filing.

Signed under the pains and penalties of perjury this 23rd day of August 2007.

*/s/ Angela Buchanan Smagula*
_____
Angela Buchanan Smagula, Esq.
Assistant City Solicitor