# United States District Court
# District of Massachusetts

BARRY M. COHEN,
    Plaintiff,

        v.                               CIVIL ACTION NO. 05-11727-DPW

THE CITY OF NEWTON, ET AL.,
    Defendants.

# ORDER RE:
# INDEPENDENT MEDICAL EXAMINATION

COLLINGS, U.S.M.J.

    The plaintiff, Barry M. Cohen, ORDERED, pursuant to Rule 35(a), Fed.R.Civ.P., to submit to a mental examination by **MARTIN KELLEY, M.D. on Tuesday, September 25, 2007 at 10:30 A.M. and Tuesday, October 2, 2007** at **10:30 A.M. at Suite 303, 850 Boylston Street, Suite 303, Chestnut Hill, Massachusetts 02167 (tel: 617-731-6750.**

    Only the plaintiff and Dr. Kelley shall be present for the examination. The cost of the examination shall be borne by the defendant. After the examination,

defendant's counsel shall comply with Rule 35(b), Fed.R.Civ.P.

Failure to the plaintiff to report for and submit to mental examination at the time and place specified herein may result in a dismissal of this case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 26, 2007.