UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| Barry M. Cohen, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 05-11727-DPW |
| The City of Newton, The Newton ) | |
| Police Department, ) | |
| Police Chief Jose M. Cordero, ) | |
| Newton Police Officer Rocky Marini ) | |
| (Badge No. 13963), ) | |
| Newton Police Detective Robert F. ) | |
| Sampson, Newton Police Detective ) | |
| Sergeant George McMains, ) | |
| Newton Police Officer Zachary ) | |
| Raymond, and Newton Police Officer ) | |
| Joseph T. McLaughlin, ) | |
| ) | |
| Defendants. ) | |

---

**ASSENTED TO MOTION TO EXTEND STATUS CONFERENCE**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and the Defendants in the above-captioned matter, who hereby move this Honorable Court to continue a status conference presently scheduled for October 25, 2007, at 11:00 A.M. for a brief period of at least two weeks. As reason for the request for continuance, the Plaintiff's counsel has to attend an evidentiary hearing on the morning of October 25, 2007 in another matter which involves parties from other states and thus cannot be re-scheduled.

Thereafter, Plaintiff's counsel has a trial commencing on Monday, October 29, 2007.

The following dates are suggested as mutually convenient for both parties for the continued hearing date: November 5th, 7th, 16th and 20th.

WHEREFORE, it is respectfully requested that this Honorable Court grant a continuance of the status conference scheduled for October 25, 2007 and for such other and further relief as is deemed just and proper.

    Respectfully submitted,
    Plaintiff,
    Barry M. Cohen
    By his attorney,

    /s/ Christopher W. McHallam
    Christopher W. McHallam
    BBO # 637464
    500 Commercial Street
    Suite 4R
    Boston, Massachusetts 02109
    (617) 523-4552


City of Newton Defendants,
By their Attorney


/s/ Donnalyn Lynch Kahn
Donnalyn Lynch Kahn, Esq.
City Solicitor's Office
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459

2