# United States District Court
# District of Massachusetts

BARRY COHEN,
      Plaintiffs ,

      v.                    CIVIL ACTION NO. 2005-11727-DPW

CITY OF NEWTON, ET AL.,
      Defendants

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

COLLINGS, U.S.M.J.

After consideration of the various alternative dispute resolution programs (ADR) available, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

### MEDIATION

Upon notification of the time and place designated for the mediation proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary,

the provider of the ADR program and other counsel should be advised of the conflict immediately.

*COUNSEL REQUEST THAT THE MEDIATION SESSION BE HELD ON OR AFTER JANUARY 18, 2008.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 5, 2007.

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | X | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | _____ | FTCA | X |