UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARRY M. COHEN,<br>       Plaintiff | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION<br>NO. 05-11727 DPW |
| THE CITY OF NEWTON, THE NEWTON<br>POLICE DEPARTMENT, POLICE CHIEF<br>JOSE M. CORDERO, NEWTON POLICE<br>OFFICER ROCCO MARINI, (BADGE NO.<br>13963) NEWTON POLICE DETECTIVE<br>ROBERT F. SAMPSON,  NEWTON POLICE<br>POLICE DETECTIVE, NEWTON POLICE<br>DETECTIVE SERGEANT GEORGE<br>MCMAINS, NEWTON POLICE OFFICER<br>ZACHARY RAYMOND, NEWTON<br>POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>THE NEWTON DIVISION OF THE DISTRICT<br>COURT DEPARTMENT OF THE TRIAL<br>COURT, HENRY H. SCHULTZ, CLERK<br>MAGISTRATE, WILLIAM A. MCEVOY, JR.,<br>ASSISTANT CLERK MAGISTRATE,<br>MIDDLESEX DISTRICT ATTORNEY'S<br>OFFICE, AND THE COMMONWEALTH<br>OF MASSACHUSETTS,<br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, Donnalyn B. Lynch Kahn, hereby certify that on this date I have mailed via first class

postage prepaid a copy of the within document to Christopher W. McHallam, Esq., Borchers,

Ware & Guglielmo, P.C., 77 Main Street, Medway, MA  02053.


Signed under the pains and penalties of perjury this 13th day of December, 2007.


/s/  Donnalyn B. Lynch Kahn
Donnalyn B. Lynch Kahn
Assistant City Solicitor