```
                    UNITED STATES OF AMERICA
                    DISTRICT OF MASSACHUSETTS

-----------------------------------
                                   )
Barry M. Cohen,                    )
                                   )
     Plaintiff,                    )
                                   )
     v.                            )    Civil Action No.:
                                   )    05-11727-DPW
The City of Newton, The Newton     )
Police Department,                 )
Police Chief Jose M. Cordero,      )
Newton Police Officer Rocky Marini )
(Badge No. 13963),                 )
Newton Police Detective Robert F.  )
Sampson, Newton Police Detective   )
Sergeant George McMains,           )
Newton Police Officer Zachary      )
Raymond and Newton Police Officer  )
Joseph T. McLaughlin,              )
                                   )
     Defendants.                   )
-----------------------------------
```

**<u>PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO SUBMIT EXPERT REPORT</u>**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen"), and hereby moves the Plaintiff's deadline to submit an expert report for thirty (30) days to February 14, 2008.

As reasons for the within motion, the Plaintiff submits that he did not receive Defendant's expert report until on or about December 17, 2008, and thus has not had sufficient time to arrange for an expert to review the

Defendant's report and prepare a report to be used in conjunction with this matter.

At the time the parties set the schedule for exchange of expert reports, it was anticipated that Plaintiff would receive Defendant's report in mid-November, 2007.  As stated, Plaintiff did not receive said report until approximately December 17, 2007 and thus the requested extension is not due to Plaintiff's neglect or delay.

WHEREFORE, it is respectfully requested that Plaintiff's deadline to serve an expert report upon the Plaintiff be extended for thirty (30) days and that the other following deadlines be concomitantly extended.

>                             Respectfully submitted,
>                             Plaintiff,
>                             Barry M. Cohen,
>                             By his attorney,
>
>
>                             /s/ Christopher W. McHallam
>                             Christopher W. McHallam
>                             BBO # 637464
>                             500 Commercial Street
>                             Suite 4R
>                             Boston, Massachusetts 02109
>                             (617) 523-4552

ASSENTED TO:

Newton Defendants,


_/s/ Donnalyn Lynch Kahn_
Donnalyn Lynch Kahn, Esq.
Assistant City Solicitor
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459
(617) 796-1000