UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON<br>POLICE DEPARTMENT, POLICE CHIEF<br>JOSE M. CORDERO, NEWTON POLICE<br>OFFICER ROCKY MARINI, (BADGE NO.<br>13963) NEWTON POLICE DETECTIVE<br>ROBERT F. SAMPSON, NEWTON POLICE<br>POLICE DETECTIVE, NEWTON POLICE<br>DETECTIVE SERGEANT GEORGE<br>MCMAINS, NEWTON POLICE OFFICER<br>ZACHARY RAYMOND, AND NEWTON<br>POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

**JOINT MOTION TO RESCHEDULE MEDIATION**

Defendants hereby respectfully request that the above-reference case, scheduled for Mediation with the Honorable Judge Lasker be continued and rescheduled to a date in early April 2008 acceptable to the Court. The parties make this request for the reasons stated below:

- All Counsel are not available on February 6, 2008 due to other work and/or court commitments.

- All Counsel have trials set at various points during the month of March.

- There remains certain outstanding discovery, thus this case will be ripe for mediation after the remaining discovery matters have been completed.

- All parties are available in early April to participate in the Mediation for the above-referenced case.

WHEREFORE, Defendants respectfully request that the Mediation in this matter be rescheduled at a time of day convenient to the Court during the beginning of April 2008.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| BARRY COHEN | THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT E. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN |
| By his attorney, | |
| /s/ *Christopher McHallam* | |
| Christopher McHallam | |
| | By its attorneys, |
| | /s/ *Angela Buchanan Smagula* |
| | Donnalyn B. Lynch Kahn (BB#556609) |
| | Angela Buchanan Smagula (BBO #643764) |
| | Assistant City Solicitors |
| | City of Newton Law Department |
| | 1000 Commonwealth Avenue |
| | Newton Centre, MA 02459 |
| | Tel: (617) 796-1240 |

Dated:   January 17, 2008

CERTIFICATE OF SERVICE

I, Angela Buchanan Smagula, hereby certify that on this date I have electronically filed a copy of the Joint Motion to Reschedule Mediation, and that counsel for Plaintiff is on the record/docket as receiving electronic notice and a copy of the same.

Signed under the pains and penalties of perjury this 17th day of January, 2008.

/s/ *Angela Buchanan Smagula*
_____
Angela Buchanan Smagula
Assistant City Solicitor