UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>      Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCCO MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN, THE NEWTON DIVISION OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, HENRY H. SCHULTZ, CLERK MAGISTRATE, WILLIAM A. MCEVOY, JR., ASSISTANT CLERK MAGISTRATE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND THE COMMONWEALTH OF MASSACHUSETTS,<br>      Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## **MOTION FOR RECONSIDERATION**

Defendants, City of Newton, Newton Police Department, Police Chief Jose M. Cordero, Police Officer Rocco Marini, Detective Robert F. Sampson, Detective Sergeant George McMains, Police Officer Zachary Rayond, and Police Officer Joseph McLaughlin, hereby move this Court to reconsider its February 18, 2007 Order granting Plaintiff's Motion to Compel.

This Court granted the Motion based upon Plaintiff's certification that Defendants had failed to confer pursuant to Local Rule 7.1. Through a series of events explained below,

Defendants just became aware of this Order and were unaware that attempts to confer had been made. For the reasons stated below, Defendants now request reconsideration:

- Defendant' counsel has no recollection or record of having received either any e-mails from Plaintiff's counsel during the month of November 2007. (Aff. Kahn, ¶4).

- Counsel for both parties in this matter have a history of sending and responding to e-mails regarding scheduling and discovery issues. (Aff. Kahn ¶3). E-mails from December 2007 to date show the typical interchanges between counsel for the parties, including their ability to work out discovery issues. (Aff. Kahn ¶5).

- Defendants' counsel received the Motion to Compel and supporting Memorandum electronically via the ECF system. (Aff. Kahn ¶6). Counsel did not review the Motion, but only reviewed the Memorandum, and based Defendants' response upon the arguments therein. (Aff. Kahn, ¶6). The Memorandum makes no reference whatsoever to Defendants' failure to confer. (Aff. Kahn, ¶6).

- Defendants' counsel remained unaware at the time their Opposition was filed that Plaintiff had alleged a failure to confer. (Aff. Kahn, ¶7).

- Defendants' counsel did not receive an electronic notice that the Court had issued an Order compelling documents. (Aff. Kahn, ¶8). From time to time, Defendants' counsel have encountered difficulties receiving ECF notices. (Aff. Kahn ¶8).

- Defendants' counsel just became aware that the Motion had been granted on a recent check of the docket. (Aff. Kahn, ¶9).

- Upon review of the Order, Defendants' counsel finally became aware of the allegations concerning Local Rule 7.1, and viewed for the first time the Motion and the attached exhibits. (Aff. Kahn ¶10).

- Had Defendants' counsel been aware of Plaintiff's counsel's desire to conference, they would have responded to it. (Aff. Kahn ¶11).

WHEREFORE, in light of the above unusual circumstances, Defendants now request that the Court reconsider its ruling on the motion to compel and order the parties to confer on the topics in the Motion to Compel immediately. If there remain outstanding discovery issues, Plaintiff may refile a Motion on any such remaining issues.

>DEFENDANTS,
>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDER, NEWTON POLICE OFFICER ROCCO MARINI, NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,
>By their attorneys,
>
>/s/ *Donnalyn B. Lynch Kahn*
>Donnalyn B. Lynch Kahn (BBO #556609)
>Associate City Solicitor
>Angela Buchanan Smagula (BBO #643764)
>Assistant City Solicitor
>City of Newton Law Department
>1000 Commonwealth Avenue
>Newton Centre, MA 02459
>Tel: (617) 796-1240

Dated: March 20, 2008