UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
)
BARRY M. COHEN,                                  )
          Plaintiff                        )
                           )
v.                                                              )        CIVIL ACTION
                           )        NO. 05-11727 DPW
THE CITY OF NEWTON, THE NEWTON       )
POLICE DEPARTMENT, POLICE CHIEF       )
JOSE M. CORDERO, NEWTON POLICE        )
OFFICER ROCCO MARINI, (BADGE NO.      )
13963) NEWTON POLICE DETECTIVE         )
ROBERT F. SAMPSON,  NEWTON POLICE    )
POLICE DETECTIVE, NEWTON POLICE       )
DETECTIVE SERGEANT GEORGE               )
MCMAINS, NEWTON POLICE OFFICER        )
ZACHARY RAYMOND, NEWTON                   )
POLICE OFFICER JOSEPH T. MCLAUGHLIN, )
THE NEWTON DIVISION OF THE DISTRICT  )
COURT DEPARTMENT OF THE TRIAL         )
COURT, HENRY H. SCHULTZ, CLERK          )
MAGISTRATE, WILLIAM A. MCEVOY, JR.,   )
ASSISTANT CLERK MAGISTRATE,              )
MIDDLESEX DISTRICT ATTORNEY'S          )
OFFICE, AND THE COMMONWEALTH          )
OF MASSACHUSETTS,                                  )
          Defendants                    )
———————————————————————)

## <u>AFFIDAVIT OF DONNALYN B. LYNCH KAHN</u>

I, Donnalyn B. Lynch Kahn, Esq., on oath, do hereby depose and say as follows:

1.      I am the attorney of record for Defendants in the above-captioned matter.

2.      I am making this Affidavit in support of Defendants' Motion for Reconsideration as to facts of my own personal knowledge.

3.      Counsel for both parties in this matter have a history of sending and responding to e-mails regarding scheduling and discovery issues.

4.    Defendants' counsel has no recollection or record of having received any e-mails from Plaintiff's counsel during the month of November 2007.

5.    E-mails from December 2007 to date show the typical interchanges between counsel for the parties, including their ability to work out discovery issues.  See e-mails attached hereto as Exhibit "A".

6.    Defendants' counsel received the Motion to Compel and supporting Memorandum electronically via the ECF system.  Counsel did not review the Motion, but only the Memorandum, and based Defendants' response upon the arguments therein.  The Memorandum makes no reference whatsoever to Defendants' failure to confer.

7.    Defendants' counsel remained unaware at the time our Opposition was filed that Plaintiff had alleged a failure to confer.

8.    Defendants' counsel did not receive an electronic notice that the Court had issued an Order compelling documents.  From time to time, Defendants' counsel have encountered difficulties in not receiving ECF notices.

9.    Defendants' counsel just became aware that the Motion had been granted on a recent check of the docket.

10.    Upon review of the Order, Defendants' counsel finally became aware of the allegations concerning Local Rule 7.1, and viewed for the first time the Motion and the attached exhibits.

11.    Had Defendants' counsel been aware of Plaintiff's counsel's desire to conference, we would have responded to it.

Signed under the pains and penalties of perjury this 20th day of March, 2008.

/s/  *Donnalyn B. Lynch Kahn*
Donnalyn B. Lynch Kahn

# EXHIBIT A

newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so1181831mue
        for <dkahn@newtonma.gov>; Tue, 04 Dec 2007 08:25:35 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=gamma;
        h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-
to:mime-version:content-type:references;
        bh=OBfBkhZC8Idr5PcIimyR94xQk8w14w+cRcc0ic3lzk0=;

b=mqOTApOfLKaWZSvxyYZVXgfpkVS6Yq1UYCaNhzNWS68JJZrgcXUIhbYd5hYh
dUvWNdnEGpFAXdxp84n0QltWPcfjD/+G0FQcLpAZL7WCYWqMMuYkDpJi/rS09IJ
+TmiNIBJnq+x1V72ruuQyiqRGwPyiXiIZiKfW9PBJjhlYj/c=
DomainKey-Signature: a=rsa-sha1; c=nofws;
        d=gmail.com; s=gamma;
        h=received:message-id:date:from:to:subject:in-reply-to:mime-version:content-
type:references;

b=SZojr6X5FhSozkwi89Ul6Coqfas3c5ErGpJql+6PGgEUyxrUFZBbWZWq34wc0WYv
1PC56rkGe5wXoTdYkmZjnuVXoS8GtdWiZn0eMLAVQam+yC/OLsnz7jUuVaI4qzG
MVbUsUJZaSfiswZp3pqcDkbPIZFv1iM7I1xHrLwdpIPk=
Received: by 10.82.105.13 with SMTP id d13mr2231042buc.1196785532521;
        Tue, 04 Dec 2007 08:25:32 -0800 (PST)
Received: by 10.82.141.14 with HTTP; Tue, 4 Dec 2007 08:25:32 -0800 (PST)
Message-ID: <db165db80712040825q37db2875w69549d65e3b92096@mail.gmail.com>
Date: Tue, 4 Dec 2007 11:25:32 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Re: Cordero Deposition
In-Reply-To: <4755466A.14370.744B5C@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;

boundary="----=_Part_569_32335903.1196785535"
References: <4755466A.14370.744B5C@localhost>

------=_Part_569_32335903.1196785535
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

I appreciate your efforts to make that deposition as convenient as possible
for the parties.  I stand in admiration of your powers of persuasion.  The
only bad dates for me are December 12, January 10, and January 14.

Thanks again.

Chris McHallam

On Dec 4, 2007 12:22 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

> Chris,
> After much discussion, Cordero will be coming to the Newton-area for his
> deposition.  Sorry it took so long, but it just did.  In any event, I will
> contact
> you shortly with potential dates in December and early January.
>
> -Donnalyn
>

------=_Part_569_32335903.1196785535
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
I appreciate your efforts to make that deposition as convenient as possible for the
parties.  I stand in admiration of your powers of persuasion.  The only bad
dates for me are December 12, January 10, and January 14.

 
Thanks again.
 
Chris McHallam
<div class="gmail_quote">On Dec 4, 2007 12:22 PM, Donnalyn Kahn &lt;<a
href="mailto:dkahn@newtonma.gov">dkahn@newtonma.gov</a> wrote:

<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px 0.8ex; BORDER-LEFT: #ccc 1px solid">Chris,After much discussion, Cordero will be coming to the Newton-area for hisdeposition.  Sorry it took so long, but it just did.  In any event, I will contact
you shortly with potential dates in December and early January.<font color="#888888">-Donnalyn</font></blockquote>

------=_Part_569_32335903.1196785535--
.

-- End --
Connection from 192.9.200.144, Tue Dec 04 11:20:27 2007<lf>
 newtonma.gov ESMTP server ready.
EHLO DLKAHN
-newtonma.gov Hello DLKAHN; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<dkahn@newtonma.gov> SIZE=800
 Sender and size (800) OK - send RCPTs.
RCPT TO:<mchallamlaw@gmail.com>
 Recipient OK - send RCPT or DATA.
RCPT TO:<angela.smagula@gmail.com>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
From: "Donnalyn Kahn" <dkahn@newtonma.gov>
To: christopher McHallam <mchallamlaw@gmail.com>
Date: Tue, 04 Dec 2007 12:22:02 -0500
MIME-Version: 1.0
Subject: Cordero Deposition
CC: angela smagula <angela.smagula@gmail.com>
Message-ID: <4755466A.14370.744B5C@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
After much discussion, Cordero will be coming to the Newton-area for his deposition.  Sorry it took so long, but it just did.  In any event, I will contact you shortly with potential dates in December and early January.

-Donnalyn

.

-- End --
Connection from 209.85.134.190, Wed Dec 05 13:55:42 2007<lf>
<<  newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so1087089mue
     for <dkahn@newtonma.gov>; Wed, 05 Dec 2007 10:55:45 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-
to:mime-version:content-type:references;
     bh=ct8Fly5OqXUwSRuvXdlckvTj15TiqviEIm9oqTZqeSw=;

b=L8Mp3HtrnJHtNZLHVtr5/TS8liUmZfMRsvE17AKqSEUGA5mfYU4YEKVEc3PZO
GYrJE9x/gyWQr2cAbb3dvROT7Pqt1IRkw0poKJcIvXnkcRciO0Oj3HmLn06nWaJvMu
Om6bA1ZLNyYWV8udD9jlk4E8yKHC4hoOn4cQCgJBddqY=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=received:message-id:date:from:to:subject:in-reply-to:mime-version:content-
type:references;

b=MZ9DbJmEza03XuztlPzGk/vK+LIPbgqTk2A2cbfVuorbaYWQmDepYpFraoKZKaxp
EPlJUD8yw/iCINS4QDOs6tsWNeTo2iaKNsvHjBQGYQUEmdebWizZd0s8VUQszXge
MZxhgMklVa4Om63Pa+GLQthhkBZ8CsIjnXaUIXbixbQ=
Received: by 10.82.184.2 with SMTP id h2mr5345726buf.1196880940267;
     Wed, 05 Dec 2007 10:55:40 -0800 (PST)
Received: by 10.82.141.14 with HTTP; Wed, 5 Dec 2007 10:55:40 -0800 (PST)
Message-ID: <db165db80712051055x12bd59ces87db0ad1ed80e2cd@mail.gmail.com>
Date: Wed, 5 Dec 2007 13:55:40 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Re: Cordero Deposition
In-Reply-To: <4755466A.14370.744B5C@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;

boundary="----=_Part_5415_30472460.1196880940251"
References: <4755466A.14370.744B5C@localhost>

------=_Part_5415_30472460.1196880940251
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Any word on the IME report?  We may need to adjust the schedule as it was
originally thought we would have the report in early November.

Please let me know.

Thanks.

Chris McHallam

On Dec 4, 2007 12:22 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

> Chris,
> After much discussion, Cordero will be coming to the Newton-area for his
> deposition.  Sorry it took so long, but it just did.  In any event, I will
> contact
> you shortly with potential dates in December and early January.
>
> -Donnalyn
>

------=_Part_5415_30472460.1196880940251
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Any word on the IME report?  We may need to adjust the schedule as it was
originally thought we would have the report in early November.
 
Please let me know.
 
Thanks.
 
Chris McHallam 

&lt;div class="gmail_quote"&gt;On Dec 4, 2007 12:22 PM, Donnalyn Kahn &lt;&lt;a
href="mailto:dkahn@newtonma.gov"&gt;dkahn@newtonma.gov&lt;/a&gt; wrote:
&lt;blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid"&gt;Chris,After much discussion, Cordero will be
coming to the Newton-area for hisdeposition. &amp;nbsp;Sorry it took so long, but it just did.
&amp;nbsp;In any event, I will contact
you shortly with potential dates in December and early January.&lt;font color="#888888"&gt;-
Donnalyn&lt;/font&gt;&lt;/blockquote&gt;


------=_Part_5415_30472460.1196880940251--
.


-- End --
Connection from 209.85.128.187, Mon Jan 07 09:30:16 2008&lt;lf&gt;
 newtonma.gov ESMTP server ready.
EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:&lt;mchallamlaw@gmail.com&gt;
 Sender OK - send RCPTs.
RCPT TO:&lt;dkahn@newtonma.gov&gt;
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so9312718fke.15
    for &lt;dkahn@newtonma.gov&gt;; Mon, 07 Jan 2008 06:30:17 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=gamma;
    h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
    bh=Vs87+a7RdWbsE40tKHqzF34CUWbs3vhFqIGI/5EnTQw=;

b=iy6GBP4KgJQv3GW1W0qyRO+ci8Q33+GHF0fbugwT8o6O5xv2fRDkNURxqq2SO
PezQndaGNba438oUUTMj633C/fEzWEi8Eh9nFh7Ligfy2i6z7oVaPdo1kXbHvPIIXhO2
8zr3YIvFfMOmxM2IQVkcjJT2LAumSQ4g+C8e6JdRlQ=
DomainKey-Signature: a=rsa-sha1; c=nofws;
    d=gmail.com; s=gamma;
    h=message-id:date:from:to:subject:mime-version:content-type;

b=naiQKS0Le5jziLQwjFk+MrQ9DIyyh2xMpGDxiAfPofHdG7moxlQnYL21jxaX3cayQ
ro8xbz2TzRXAgLk2Ywo2z99WouBmA0lXcPImRJBBU7e+K1s5+0QdMSZFhKL6VJZ
N3E1yT5VG/IrD5DFXaITAe9BrlyYKSOA80wbMYA6sGQ=
Received: by 10.82.181.7 with SMTP id d7mr27310338buf.8.1199716217315;
    Mon, 07 Jan 2008 06:30:17 -0800 (PST)

Received: by 10.82.136.9 with HTTP; Mon, 7 Jan 2008 06:30:17 -0800 (PST)
Message-ID: <db165db80801070630q6c896473m1bea72f453233996@mail.gmail.com>
Date: Mon, 7 Jan 2008 09:30:17 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Cordero
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_42523_20182116.1199716217310"

------=_Part_42523_20182116.1199716217310
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Any word on the Cordero deposition?  We need to get moving on this and get
things completed.

I will be sending you a draft motion to extend my time to respond to Dr.
Kelly's report this week.

Thanks.

Chris McHallam

------=_Part_42523_20182116.1199716217310
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Any word on the Cordero deposition?  We need to get moving on this and get
things completed.
 
I will be sending you a draft motion to extend my time to respond to Dr. Kelly&#39;s
report this week.
 
Thanks.
 
Chris McHallam

------=_Part_42523_20182116.1199716217310--
.

-- End --
onnection from 209.85.134.188, Mon Jan 07 16:44:02 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so5143449mue.1
     for <dkahn@newtonma.gov>; Mon, 07 Jan 2008 13:44:03 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
     bh=A7C5MTIntRxWZyoxQfh9xnLZzH2/MmGB3EK3IkI7nKg=;

     b=AId3w0/JPninnQD/HMASPuqC0N3dqWg0AsXcpT3Mkebcqu/dBwMJxKjaP4UujKR
OgKDguT4lBHD8HysOIhfwClnimCfnQgefd4YyngSvbBXvTEwVmdNebiNo+/AaYs2fI
EN6Ojwee9a2G5OOua0TK2fD5MUu7IdjkAo+66l1ZUk=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=message-id:date:from:to:subject:mime-version:content-type;

     b=sdlpVoKZ9JP/debLth032V8PZza3w7agPQIID7ZEG8UZO8589ZyooyJsDzmJt2s1KQ
4BMtMp/Xc+QjxxY6DbUGDXhkohkmwPW2RyTh9QOdSN6AdVBEaU5ezIwrF9cBJ
NZEqPIjg8qpkpz6troZuMS+BwHFNro0xRT76M8dUC+hI=
Received: by 10.82.167.5 with SMTP id p5mr36358692bue.2.1199742242329;
     Mon, 07 Jan 2008 13:44:02 -0800 (PST)
Received: by 10.82.136.9 with HTTP; Mon, 7 Jan 2008 13:44:02 -0800 (PST)
Message-ID: <db165db80801071344w4c41376v2b9d32e7c857bc81@mail.gmail.com>
Date: Mon, 7 Jan 2008 16:44:02 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Motion to Extend
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----=_Part_44410_18950297.1199742242321"

------=_Part_44410_18950297.1199742242321
Content-Type: multipart/alternative;

boundary="----=_Part_44411_15259719.1199742242321"

------=_Part_44411_15259719.1199742242321
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Attached please find a draft motion to extend expert report deadline.
Please review and advise if your assent can be indicated.

Chris McHallam

------=_Part_44411_15259719.1199742242321
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Attached please find a draft motion to extend expert report deadline.  Please
review and advise if your assent can be indicated.
 
Chris McHallam

-
------=_Part_44410_18950297.1199742242321--
.

-- End --
--- Thu Jan 10 11:37:32 2008 ---
Connect to '64.233.185.114', timeout 60.
 mx.google.com ESMTP 14si3130108wrl.27
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<dkahn@newtonma.gov> SIZE=1302
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead

Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO0054AA;    10 Jan
2008 11:37:35 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 10 Jan 2008 11:37:25 -
0500
Received: from DLKAHN (192.9.200.144) by newtonma.gov (Mercury/32 v4.52) with
ESMTP ID MG0054A6;
    10 Jan 2008 11:37:15 -0500
From: "Donnalyn Kahn" <dkahn@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 10 Jan 2008 12:38:51 -0500
MIME-Version: 1.0
Subject: Re: Cordero
Message-ID: <478611DB.15054.4118332@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
In-reply-to: <db165db80801070630q6c896473m1bea72f453233996@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
Finally just heard this am.  How does either Jan 18 or Jan 25 sound?
Those are the potential dates I just received.  The depo would be here at
City Hall.  Sorry this has taken so long.

-Donnalyn


On 7 Jan 2008 at 9:30, Christopher McHallam wrote:

>
> Donnalyn:
>
> Any word on the Cordero deposition? We need to get moving on this and get things
completed.
>
> I will be sending you a draft motion to extend my time to respond to Dr. Kelly's report
this week.
>
> Thanks.
>
> Chris McHallam

.

-- End --
--- Thu Jan 10 11:38:37 2008 ---
Connect to '64.233.185.27', timeout 60.
 mx.google.com ESMTP 8si4125786wra.28
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<dkahn@newtonma.gov> SIZE=1073
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO0054C0;    10 Jan
2008 11:38:40 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 10 Jan 2008 11:38:29 -
0500
Received: from DLKAHN (192.9.200.144) by newtonma.gov (Mercury/32 v4.52) with
ESMTP ID MG0054B9;
   10 Jan 2008 11:38:19 -0500
From: "Donnalyn Kahn" <dkahn@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 10 Jan 2008 12:39:54 -0500
MIME-Version: 1.0
Subject: Re: Motion to Extend
Message-ID: <4786121A.23078.4127C57@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
In-reply-to: <db165db80801071344w4c41376v2b9d32e7c857bc81@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
This is fine.  You have my assent.
-Donnalyn

On 7 Jan 2008 at 16:44, Christopher McHallam wrote:

>
> Donnalyn:
>
> Attached please find a draft motion to extend expert report deadline. Please review and advise if
> your assent can be indicated.
>
> Chris McHallam


.

-- End --
Connection from 209.85.128.187, Thu Jan 10 14:51:12 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so647131fke.15
     for <dkahn@newtonma.gov>; Thu, 10 Jan 2008 11:51:10 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-to:mime-version:content-type:references;
     bh=kAUqB45t9ySY1BUbJ9Gc3PEZNCjlihoZPOtH4pDJrGc=;

b=K/ATwRCTigqUlFw3W5F1aYtxmlCSVt7xrkXC8IoSrhg4IxJd3sqR6vB3gJYxAN8m
NBr1VpQKjfoRtBuPkPhKKv3y8an7eTZp5TErdaKjFpSsWmaHufccVn6sTTquxjZ0Mkb
CFOK0/hE9VblL6iLXIEiWwe0SybNlZAU0nKlR/KY=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=message-id:date:from:to:subject:in-reply-to:mime-version:content-type:references;

b=NVMSb53aNWUKinFMw9vX/TEpKCMCHjsLn1nyq6qdAyAxlUCP0z/fMpCi2goE7
ORg1GWFpHaLJZYXYNwOo8afR4zY80WgBB+mwsJ14N2C1qIyIDyMtKGsUEEuxG
WUBzKay7F+THXz5r/HWIjghwrDilVcLOU3OZxaM5Y9PAd4txk=

Received: by 10.82.106.14 with SMTP id e14mr3805280buc.38.1199994670359;
    Thu, 10 Jan 2008 11:51:10 -0800 (PST)
Received: by 10.82.136.9 with HTTP; Thu, 10 Jan 2008 11:51:10 -0800 (PST)
Message-ID: <db165db80801101151w672daef2i3764c451dc71c924@mail.gmail.com>
Date: Thu, 10 Jan 2008 14:51:10 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Re: Cordero
In-Reply-To: <478611DB.15054.4118332@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_Part_10163_15854492.1199994670355"
References: <db165db80801070630q6c896473m1bea72f453233996@mail.gmail.com>
    <478611DB.15054.4118332@localhost>


------=_Part_10163_15854492.1199994670355
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Let's do the 25th at 10:00 A.M. at City Hall.....Thanks again for arranging
for the witness to come to us.

Chris McHallam

On Jan 10, 2008 12:38 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

> Chris,
> Finally just heard this am.  How does either Jan 18 or Jan 25 sound?
> Those are the potential dates I just received.  The depo would be here at
> City Hall.  Sorry this has taken so long.
>
> -Donnalyn
>
>
> On 7 Jan 2008 at 9:30, Christopher McHallam wrote:
>
> >
> > Donnalyn:
> >
> > Any word on the Cordero deposition? We need to get moving on this and
> get things completed.
> >
> > I will be sending you a draft motion to extend my time to respond to Dr.

> Kelly's report this week.
> >
> > Thanks.
> >
> > Chris McHallam
>
>
>

------=_Part_10163_15854492.1199994670355
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Let&#39;s do the 25th at 10:00 A.M. at City Hall.....Thanks again for arranging for the
witness to come to us.
 
Chris McHallam
<div class="gmail_quote">On Jan 10, 2008 12:38 PM, Donnalyn Kahn &lt;<a
href="mailto:dkahn@newtonma.gov">dkahn@newtonma.gov</a> wrote:
<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid">Chris,Finally just heard this am.  How
does either Jan 18 or Jan 25 sound?Those are the potential dates I just received.
 The depo would be here at
City Hall.  Sorry this has taken so long.<font color="#888888">-Donnalyn</font>


<div class="Wj3C7c">On 7 Jan 2008 at 9:30, Christopher McHallam wrote: Donnalyn:
Any word on the Cordero deposition? We need to get moving on this and get things
completed.
 I will be sending you a draft motion to extend my time to respond to Dr. Kelly&#39;s
report this week. Thanks. Chris McHallam</blockquote>

------=_Part_10163_15854492.1199994670355--
.

-- End --
--- Tue Jan 15 16:02:13 2008 ---
Connect to '64.233.171.27', timeout 60.
 mx.google.com ESMTP a30si9107218rnb.16
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME

ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=1423
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO007AE5;    15 Jan
2008 16:02:15 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 15 Jan 2008 16:02:08 -
0500
Received: from mbn (192.9.200.24) by newtonma.gov (Mercury/32 v4.52) with ESMTP
ID MG007AE1;
   15 Jan 2008 16:02:00 -0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Tue, 15 Jan 2008 16:00:56 -0500
MIME-Version: 1.0
Subject: Re: Cohen
CC: donnalyn Kahn <dkahn@newtonma.gov>
Message-ID: <478CD8B8.23667.D3AE3F@localhost>
Priority: normal
In-reply-to: <db165db80708230517x63fc2e06x5bc31196d0dfab93@mail.gmail.com>
References: <46CC0E66.32483.391161F@localhost>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Hi Chris,
Happy New Year.  I hope you are well.  I am back in the proverbial saddle, having
returned from my maternity leave this week....

I see that we have a mediation date of February 6, 2008.  We have a conflict with
that date and would request your assent to a later date.  Moreover, you would agree
that the  case is likely not ripe for mediation until we have your expert report (now
due Feb 14) and likewise our expert's response.

Will you assent (or join) my motion to move the mediation date?  Let me know as
soon as possible as I would like to file something this week.

Thanks!  Talk you soon.
Angela

.

-- End --
--- Thu Jan 17 10:58:31 2008 ---
Connect to '64.233.171.27', timeout 60.
 mx.google.com ESMTP j13si3290319rne.9
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=1992
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO00EB86;    17 Jan
2008 10:58:33 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 17 Jan 2008 10:57:50 -
0500
Received: from mbn (192.9.200.24) by newtonma.gov (Mercury/32 v4.52) with ESMTP
ID MG00EB85;
   17 Jan 2008 10:57:44 -0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 17 Jan 2008 10:56:47 -0500
MIME-Version: 1.0
Subject: Re: Cohen
Message-ID: <478F346F.4077.3DB0ACC@localhost>
Priority: normal
In-reply-to: <db165db80801151426v40365a1do4233eec1635c8a03@mail.gmail.com>
References: <478CD8B8.23667.D3AE3F@localhost>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Hi
Since Donnalyn and I both have trials in mid-march for much of March, I am going to
suggest April in the motion.  Are you down with that?

Thanks.  I plan to file today.
Angela


On 15 Jan 2008 at 17:26, Christopher McHallam wrote:

>
> Angela:
>
> Welcome back...I hope you and your growing family are well.
>
> That's fine, I actually now have a conflict as well. Let's shoot for March, 2008.
>
> Chris McHallam
>
> On Jan 15, 2008 4:00 PM, Angela Smagula <asmagula@newtonma.gov> wrote:
>    Hi Chris,
>    Happy New Year. I hope you are well. I am back in the proverbial saddle, having
>    returned from my maternity leave this week....
>
>    I see that we have a mediation date of February 6, 2008. We have a conflict with
>    that date and would request your assent to a later date. Moreover, you would agree
>    that the case is likely not ripe for mediation until we have your expert report (now
>    due Feb 14) and likewise our expert's response.
>
>    Will you assent (or join) my motion to move the mediation date? Let me know as
>    soon as possible as I would like to file something this week.
>
>    Thanks! Talk you soon.
>    Angela
>
>
>
>


.


-- End --
Connection from 209.85.134.190, Thu Jan 24 12:22:16 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA

354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so211708mue.1
        for <dkahn@newtonma.gov>; Thu, 24 Jan 2008 09:22:23 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=gamma;
        h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
        bh=XgrSpVI8IKsBaOZyunbRt0Esoxu7vCL7PxOpkiCnFLk=;

b=Tpd5zfC2oE+YNuaX9ETbXxuYQz0j/PnXkutrdh0CM6rY4OZRv2pbnNSkGzM2+W
cKBjzay2c0yqcniVdG86ygbCv4f0wz1azWkUKca3Cx29IbHwkKwQOLuYD3VVr+4+1
raPo+6sp8PsGP1a+k+/QRJH+JvIhjLPPsUeAH2VyPrVQ=
DomainKey-Signature: a=rsa-sha1; c=nofws;
        d=gmail.com; s=gamma;
        h=message-id:date:from:to:subject:mime-version:content-type;

b=NBK4R2t/JE6568mRYZh4yu7CjVG5vdG09Mu3rZAMhgsB78Cr9kG2A0i6isAbI4hn
YEK8lndAietH9wvZoQmbxqziJKvZ6kEmziR3WMg7+jNCC/h+1sLcOfJ3nhHqDlkW8
LIYAKXp8XX8ArS/rVO1I3Yps3Kn0FI0wC5Gs9vfrnk=
Received: by 10.82.121.15 with SMTP id t15mr1658430buc.26.1201195343341;
        Thu, 24 Jan 2008 09:22:23 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Thu, 24 Jan 2008 09:22:23 -0800 (PST)
Message-ID:
<db165db80801240922m502e9385w35276e8aa2182257@mail.gmail.com>
Date: Thu, 24 Jan 2008 12:22:23 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
        "Angela Smagula" <asmagula@newtonma.gov>
Subject: Tomorrow's deposition
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_29465_17879765.1201195343329"

------=_Part_29465_17879765.1201195343329
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and/or Angela:

Please confirm tomorrow's deposition of Jose Cordero at City Hall beginning
at 10:00 A.M.  Let me know what room we will be in (I hope we will not be in
the basement and would ask that we not be required to set up shop there) so
I can let the Court reporter know.

Thanks.

Chris McHallam

------=_Part_29465_17879765.1201195343329
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and/or Angela:
 
Please confirm tomorrow&#39;s deposition of Jose Cordero at City Hall beginning at
10:00 A.M.  Let me know what room we will be in (I hope we will not be in the
basement and would ask that we not be required to set up shop there) so I can let the
Court reporter know.

 
Thanks.
 
Chris McHallam

------=_Part_29465_17879765.1201195343329--
.


-- End --
Connection from 72.14..154, Thu Jan 24 13:07:26 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO fg-out-1718.google.com
-newtonma.gov Hello fg-out-1718.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fg-out-1718.google.com with SMTP id 16so311450fgg.41
      for <dkahn@newtonma.gov>; Thu, 24 Jan 2008 10:07:33 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=gamma;
      h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-
to:mime-version:content-type:references;
      bh=k6cBIbj++Tk61sMQEqMHxmNr0HJNWuut9rgv88rTiA0=;

b=c+0RB/DRAze/0F/VSINikfeMM6xsQRcNH05Y0pKbBLYBD7j+/kCflpuF982Q1Oz

D1CZBKAoPEvzZ/fOK4TLAvVIxGoXBO68cPn8CiYKYsdwpzGYcSrZBPbebR4D+P
QrMobemYa/p7p4D2LOx/BQBpssukCC4/eI0uHTVJ8vXTDA=
DomainKey-Signature: a=rsa-sha1; c=nofws;
    d=gmail.com; s=gamma;
    h=message-id:date:from:to:subject:in-reply-to:mime-version:content-
type:references;

b=OoqfRGA0Lo30BaaJE6EAMrm61ETAcuMw4OSvgxFd11wey1khuJARiiZP4IWQDi
YIj92VV/7hxr6sfnsYugxH0GSLCjwMUc+EcZzAJwYhQn9MKzZJ6BDVUX53avD+F
KTNHI9N0AxQJa3SQXRXPFu+VQGMwg+k2i1Kc1uZC90ic2s=
Received: by 10.82.116.15 with SMTP id o15mr1794515buc.3.1201198053022;
    Thu, 24 Jan 2008 10:07:33 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Thu, 24 Jan 2008 10:07:33 -0800 (PST)
Message-ID: <db165db80801241007l53d9a1b9nea0b366ce1f86@mail.gmail.com>
Date: Thu, 24 Jan 2008 13:07:33 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Re: Tomorrow's deposition
In-Reply-To: <479897B7.1049.24D5B530@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_Part_29656_22783497.1201198053017"
References: <db165db80801240922m502e9385w35276e8aa2182257@mail.gmail.com>
    <479897B7.1049.24D5B530@localhost>

------=_Part_29656_22783497.1201198053017
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Please let me know by 4:00 so that I can call the Court reporter.  I am
getting nervous that he will not show up at any point.  Thus, If he is not
coming tomorrow, we need to set a final fixed date by which he either makes
himself available or we go back to the Court.  I trust you understand our
position.

Let me know as soon as possible.

Thanks,


Chris McHallam

On Jan 24, 2008 1:50 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

> Chris,
> I haven't received my confirmation from Cordero which makes me
> nervous about tomorrow.  We may be off until next Friday.  I will make
> sure we are not in the basement and I will let you know when I hear today.
> Sorry if there is another delay.
>
> -Donnalyn Kahn
>
>
> On 24 Jan 2008 at 12:22, Christopher McHallam wrote:
>
> >
> > Donnalyn and/or Angela:
> >
> > Please confirm tomorrow's deposition of Jose Cordero at City Hall
> beginning at 10:00 A.M. Let
> > me know what room we will be in (I hope we will not be in the basement
> and would ask that we
> > not be required to set up shop there) so I can let the Court reporter
> know.
> >
> > Thanks.
> >
> > Chris McHallam
>
>
>

------=_Part_29656_22783497.1201198053017
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Please let me know by 4:00 so that I can call the Court reporter.  I am getting
nervous that he will not show up at any point.  Thus, If he is not coming tomorrow,
we need to set a final fixed date by which he either makes himself available or we go
back to the Court.  I trust you understand our position.

 
Let me know as soon as possible.
 
Thanks,
 

 
Chris McHallam
<div class="gmail_quote">On Jan 24, 2008 1:50 PM, Donnalyn Kahn &lt;<a
href="mailto:dkahn@newtonma.gov">dkahn@newtonma.gov</a> wrote:
<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid">Chris,I haven&#39;t received my confirmation
from Cordero which makes menervous about tomorrow.  We may be off until next
Friday.  I will make
sure we are not in the basement and I will let you know when I hear today.Sorry if there
is another delay.<font color="#888888">-Donnalyn Kahn</font>


<div class="Wj3C7c">On 24 Jan 2008 at 12:22, Christopher McHallam wrote: Donnalyn
and/or Angela: Please confirm tomorrow&#39;s deposition of Jose Cordero at City Hall
beginning at 10:00
A.M. Let me know what room we will be in (I hope we will not be in the basement and
would ask that we not be required to set up shop there) so I can let the Court reporter
know. Thanks.
Chris McHallam</blockquote>

------=_Part_29656_22783497.1201198053017--

-- End --
Connection from 192.9.200.144, Thu Jan 24 12:49:03 2008<lf>
newtonma.gov ESMTP server ready.
EHLO DLKAHN
-newtonma.gov Hello DLKAHN; ESMTPs are:-TIME
-SIZE 0
HELP
MAIL FROM:<dkahn@newtonma.gov> SIZE=1280
Sender and size (1280) OK - send RCPTs.
RCPT TO:<mchallamlaw@gmail.com>
Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
From: "Donnalyn Kahn" <dkahn@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 24 Jan 2008 13:50:47 -0500
MIME-Version: 1.0
Subject: Re: Tomorrow's deposition
Message-ID: <479897B7.1049.24D5B530@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
In-reply-to: <db165db80801240922m502e9385w35276e8aa2182257@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)

Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
I haven't received my confirmation from Cordero which makes me
nervous about tomorrow.  We may be off until next Friday.  I will make
sure we are not in the basement and I will let you know when I hear today.
Sorry if there is another delay.

-Donnalyn Kahn


On 24 Jan 2008 at 12:22, Christopher McHallam wrote:

>
> Donnalyn and/or Angela:
>
> Please confirm tomorrow's deposition of Jose Cordero at City Hall beginning at 10:00
A.M. Let
> me know what room we will be in (I hope we will not be in the basement and would
ask that we
> not be required to set up shop there) so I can let the Court reporter know.
>
> Thanks.
>
> Chris McHallam


.

-- End --
Connection from 209.85.128.186, Thu Jan 24 16:27:46 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so378209fke.15
    for <dkahn@newtonma.gov>; Thu, 24 Jan 2008 13:27:54 -0800 (PST)

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=gamma;
    h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-to:mime-version:content-type:references;
    bh=pH/4jtQmjqycbBen5MMI5ELSkAB6F2oUxrfXtLziwbc=;

b=GuGVmdv5rf/YtyQ4sSaJ6iaAMTNfKwRQT+Zld1WY+iND9Om2Bu9RNrJggnqhC
WeGTl3I2X0vYo0kw2YYc4fkKIg2zDLhfXDv4MugFkwsZMTsTXyM0ex999fl+w6xgI
p9RdmVpdkSOxZ0/fckf+4s/3krXApIhhnuMGLIQVpoRsI=
DomainKey-Signature: a=rsa-sha1; c=nofws;
    d=gmail.com; s=gamma;
    h=message-id:date:from:to:subject:in-reply-to:mime-version:content-type:references;

b=bmzak6mX5eOL5YBLVAnhaldTVQRp+UnccfGTyms2MfmEDE1eTMDQjZ95XoS4
2tuKpArh+e/ZVg6UglQstL1xj21iEsj0hiojaR0AMwCTfTNYNrzUPuds3I0s9c5mK6tKk
PzNLOelc9ulofIbw3/qwt8GlPRYPoiJ49bk6MaiOnk=
Received: by 10.82.121.15 with SMTP id t15mr2128842buc.26.1201210074243;
    Thu, 24 Jan 2008 13:27:54 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Thu, 24 Jan 2008 13:27:54 -0800 (PST)
Message-ID: <db165db80801241327l73a144d0g1314658d3173efaf@mail.gmail.com>
Date: Thu, 24 Jan 2008 16:27:54 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: Re: Tomorrow's deposition
In-Reply-To: <4798BD6C.13794.2568FEE0@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_Part_128_27817149.1201210074232"
References: <479897B7.1049.24D5B530@localhost>
    <db165db80801241007l53d9a1b9nea0b366ce1f86@mail.gmail.com>
    <4798BD6C.13794.2568FEE0@localhost>

------=_Part_128_27817149.1201210074232
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

Call me tomorrow and let's follow that plan of action.  I am cancelling the
court reporter and will not be there.

Chris McHallam

On Jan 24, 2008 4:31 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

> Chris,
> I still haven't heard.  I don't want us to show up with no deponent.  I do
> understand your position.  I hope to call you tomorrow with the final date
> ... or back to court.
> -Donnalyn
>
>
> On 24 Jan 2008 at 13:07, Christopher McHallam wrote:
>
> >
> > Donnalyn:
> >
> > Please let me know by 4:00 so that I can call the Court reporter. I am
> getting nervous that he will
> > not show up at any point. Thus, If he is not coming tomorrow, we need to
> set a final fixed date by
> > which he either makes himself available or we go back to the Court. I
> trust you understand our
> > position.
> >
> > Let me know as soon as possible.
> >
> > Thanks,
> >
> >
> > Chris McHallam
> >
> > On Jan 24, 2008 1:50 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:
> >   Chris,
> >   I haven't received my confirmation from Cordero which makes me
> >   nervous about tomorrow. We may be off until next Friday. I will make
> >   sure we are not in the basement and I will let you know when I hear
> today.
> >   Sorry if there is another delay.
> >
> >   -Donnalyn Kahn
> >
> >
> >   On 24 Jan 2008 at 12:22, Christopher McHallam wrote:
> >
> >   >
> >   > Donnalyn and/or Angela:
> >   >
> >   > Please confirm tomorrow's deposition of Jose Cordero at City Hall
> beginning at 10:00

> >    A.M. Let
> >    > me know what room we will be in (I hope we will not be in the
> basement and would ask
> >    that we
> >    > not be required to set up shop there) so I can let the Court
> reporter know.
> >    >
> >    > Thanks.
> >    >
> >    > Chris McHallam
> >
> >
> >
> >
> 
> 
> 

------=_Part_128_27817149.1201210074232
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
Call me tomorrow and let&#39;s follow that plan of action.  I am cancelling the
court reporter and will not be there.
 
Chris McHallam
<div class="gmail_quote">On Jan 24, 2008 4:31 PM, Donnalyn Kahn &lt;<a
href="mailto:dkahn@newtonma.gov">dkahn@newtonma.gov</a> wrote:
<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid">Chris,I still haven&#39;t heard.  I
don&#39;t want us to show up with no deponent.  I dounderstand your position.
 I hope to call you tomorrow with the final date
... or back to court.<font color="#888888">-Donnalyn</font>


<div class="Wj3C7c">On 24 Jan 2008 at 13:07, Christopher McHallam wrote:
Donnalyn: Please let me know by 4:00 so that I can call the Court reporter. I am getting
nervous that he will
 not show up at any point. Thus, If he is not coming tomorrow, we need to set a final
fixed date by which he either makes himself available or we go back to the Court. I trust
you understand our position.
 Let me know as soon as possible. Thanks, Chris McHallam On Jan 24, 2008 1:50 PM,
Donnalyn Kahn &lt;<a href="mailto:dkahn@newtonma.gov">dkahn@newtonma.gov

&lt;/a&gt; wrote: &amp;nbsp; &amp;nbsp; Chris, &amp;nbsp; &amp;nbsp; I haven&amp;#39;t received my confirmation from Cordero which makes me &amp;nbsp; &amp;nbsp; nervous about tomorrow. We may be off until next Friday. I will make &amp;nbsp; &amp;nbsp; sure we are not in the basement and I will let you know when I hear today.
&amp;nbsp; &amp;nbsp; Sorry if there is another delay. &amp;nbsp; &amp;nbsp; -Donnalyn Kahn &amp;nbsp; &amp;nbsp; On 24 Jan 2008 at 12:22, Christopher McHallam wrote: &amp;nbsp; &amp;nbsp; &amp;nbsp; &amp;nbsp; Donnalyn and/or Angela:
&amp;nbsp; &amp;nbsp; &amp;nbsp; &amp;nbsp; Please confirm tomorrow&amp;#39;s deposition of Jose Cordero at City Hall beginning at 10:00 &amp;nbsp; &amp;nbsp; A.M. Let &amp;nbsp; &amp;nbsp; me know what room we will be in (I hope we will not be in the basement and would ask &amp;nbsp; &amp;nbsp; that we &amp;nbsp; &amp;nbsp; not be required to set up shop there) so I can let the Court reporter know. &amp;nbsp; &amp;nbsp; &amp;nbsp; &amp;nbsp; Thanks. &amp;nbsp; &amp;nbsp; &amp;nbsp; &amp;nbsp; Chris McHallam
&lt;/blockquote&gt;

------=_Part_128_27817149.1201210074232--
.


-- End --
--- Thu Jan 24 15:30:19 2008 ---
Connect to '64.233.185.114', timeout 60.
 mx.google.com ESMTP 3si663997wrs.35
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:&lt;dkahn@newtonma.gov&gt; SIZE=2421
 2.1.0 OK
RCPT TO:&lt;mchallamlaw@gmail.com&gt;
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO01EE0A;   24 Jan 2008 15:30:22 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 24 Jan 2008 15:30:07 -0500
Received: from DLKAHN (192.9.200.144) by newtonma.gov (Mercury/32 v4.52) with ESMTP ID MG01EE02;
   24 Jan 2008 15:29:55 -0500
From: "Donnalyn Kahn" &lt;dkahn@newtonma.gov&gt;
To: "Christopher McHallam" &lt;mchallamlaw@gmail.com&gt;
Date: Thu, 24 Jan 2008 16:31:40 -0500
MIME-Version: 1.0
Subject: Re: Tomorrow's deposition

Message-ID: <4798BD6C.13794.2568FEE0@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
In-reply-to: <db165db80801241007l53d9a1b9nea0b366ce1f86@mail.gmail.com>
References: <479897B7.1049.24D5B530@localhost>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
I still haven't heard.  I don't want us to show up with no deponent.  I do
understand your position.  I hope to call you tomorrow with the final date
.... or back to court.
-Donnalyn


On 24 Jan 2008 at 13:07, Christopher McHallam wrote:

>
> Donnalyn:
>
> Please let me know by 4:00 so that I can call the Court reporter. I am getting nervous that he will
> not show up at any point. Thus, If he is not coming tomorrow, we need to set a final fixed date by
> which he either makes himself available or we go back to the Court. I trust you understand our
> position.
>
> Let me know as soon as possible.
>
> Thanks,
>
>
> Chris McHallam
>
> On Jan 24, 2008 1:50 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:
>    Chris,
>    I haven't received my confirmation from Cordero which makes me
>    nervous about tomorrow. We may be off until next Friday. I will make
>    sure we are not in the basement and I will let you know when I hear today.
>    Sorry if there is another delay.
>
>    -Donnalyn Kahn

```
>
>
>    On 24 Jan 2008 at 12:22, Christopher McHallam wrote:
>
>    >
>    > Donnalyn and/or Angela:
>    >
>    > Please confirm tomorrow's deposition of Jose Cordero at City Hall beginning at
10:00
>    A.M. Let
>    > me know what room we will be in (I hope we will not be in the basement and
would ask
>    that we
>    > not be required to set up shop there) so I can let the Court reporter know.
>    >
>    > Thanks.
>    >
>    > Chris McHallam
>
>
>
>
```

.

```
-- End --
Connection from 72.14..153, Mon Jan 28 14:25:44 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO fg-out-1718.google.com
-newtonma.gov Hello fg-out-1718.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fg-out-1718.google.com with SMTP id 16so1832182fgg.41
      for <dkahn@newtonma.gov>; Mon, 28 Jan 2008 11:25:48 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=gamma;
      h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
      bh=hi0edJxXSj9X3480JNqpisrEUGLhIcZVR4UIJnv17rE=;
```

b=TrpW6LxyFk5i0r64MH0fzlInDwtssaWdNK12fS9cQWbczfN2Ei3o6XcEJ+C7vvOsw
4q5BPPIeE+r/mQtp2jD3LtLVHOZjAjZdje7tPvzm0MDpaGx6aMAYz6JSb6BpXnyjw2
Xcvlt3miww5jicHwSkSbuT/cPZjr/WqoDLDSGJC4=
DomainKey-Signature: a=rsa-sha1; c=nofws;
        d=gmail.com; s=gamma;
        h=message-id:date:from:to:subject:mime-version:content-type;

b=v1afa1CKK4Z56SVwcFUcuBx4CwN8UUQlXV9sU0yyUBDY9BU7Hc1rXBIAqffB5
L2k1UGKpt62CfRPuHMayE7QXgpru2ebXW9Q2pIHzI4SS2ccNuFFJmSihRYCg4iFMf
TttUsSgFLGxL2tzNj4OckXZ0l/rIXtJKwze5ssrt3f80A=
Received: by 10.82.118.2 with SMTP id q2mr10455400buc.23.1201548347923;
        Mon, 28 Jan 2008 11:25:47 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Mon, 28 Jan 2008 11:25:47 -0800 (PST)
Message-ID: <db165db80801281125r523055f6i54259fd5dc39ebd3@mail.gmail.com>
Date: Mon, 28 Jan 2008 14:25:47 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
        "Angela Smagula" <asmagula@newtonma.gov>
Subject: Cordero Deposition
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_9310_11877491.1201548347884"

------=_Part_9310_11877491.1201548347884
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and Angela:

Please advise as to the status of the re-scheduling of the deposition of
Chief Cordero.  I am no longer available next Friday and thus would suggest
some time during the two following weeks.

Chris McHallam

------=_Part_9310_11877491.1201548347884
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and Angela:
 

Please advise as to the status of the re-scheduling of the deposition of Chief
Cordero.  I am no longer available next Friday and thus would suggest some time
during the two following weeks.
 
Chris McHallam

------=_Part_9310_11877491.1201548347884--
.

-- End --
Connection from 209.85.128.189, Thu Jan 31 12:43:41 2008<lf>
<<  newtonma.gov ESMTP server ready.
EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so698061fke.15
     for <dkahn@newtonma.gov>; Thu, 31 Jan 2008 09:43:45 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
     bh=EluPJmqGjAOf8mlLfaW3Pcj3uQYcm844q+FiBovXv+k=;

b=XzyZXNrC1G08r7DxfmAD8gl6ZFwnKHx1ontDmpFvS381/Z/c/vGUoG9catVZ+7ba
YsUBoXAscZwvicN9YWNkiUBs+K670W5Q6Blo8p7FNzqLhMPZLbeshGPtwGvhzGS
giIXQglYEKRlrs5AUYEyV+y/fHlQSkZlzVuhuBXl8EcQ=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=message-id:date:from:to:subject:mime-version:content-type;

b=Qp8/XJkk3qDgyOWuSZ0mGiiybgcq1iTjEGB19M3aQM2rwpcDibenbKqTJoGG9wj
NL6Ptf0Ge6NhPe2/0r6W6qDKmiLghI9l+iTX3aX+KMtx88Ux3DVmWY3kBGI+D6kE
KcZGXlpM6gZuGVCRgNt9TJ3sfkcZ7RsLrTR73lGGieB8=
Received: by 10.82.145.7 with SMTP id s7mr4301859bud.6.1201801425481;
     Thu, 31 Jan 2008 09:43:45 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Thu, 31 Jan 2008 09:43:45 -0800 (PST)
Message-ID: <db165db80801310943o3a89bf5ap58f133718ef12bdb@mail.gmail.com>
Date: Thu, 31 Jan 2008 12:43:45 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>

To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
      "Angela Smagula" <asmagula@newtonma.gov>
Subject: Codero Deposition
MIME-Version: 1.0
Content-Type: multipart/alternative;
      boundary="----=_Part_23439_23045487.1201801425473"

------=_Part_23439_23045487.1201801425473
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

I have emailed you and called your office and left a voicemail with respect
to determining a firm date for the Cordero deposition, which was originally
scheduled for January 25, 2008, and was cancelled due to your inability to
communicate with Mr. Codero and/or confirm that he would attend as had been
previously agreed.

As I have previously noted, I am growing increasinly concerned that Mr.
Cordero is not going to attend a scheduled and agreed upon deposition.
Thus, consider this email the initiation of a discovery conference pursuant
to Local Rule 37.1.  If we cannot set a firm and final agreed upon date for
the Cordero deposition, Mr. Cohen will seek to compel same.  In so doing,
Mr. Cohen will seek his reasonable attorney's fees in connection with such a
motion.

It is hoped that we can have a dialog with respect to this issue and resolve
it without resort to court intervention.

Chris McHallam

------=_Part_23439_23045487.1201801425473
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
I have emailed you and called your office and left a voicemail with respect to
determining a firm date for the Cordero deposition, which was originally scheduled for
January 25, 2008, and was cancelled due to your inability to communicate with Mr.
Codero and/or confirm that he would attend as had been previously agreed.

 

As I have previously noted, I am growing increasinly concerned that Mr. Cordero is not going to attend a scheduled and agreed upon deposition.  Thus, consider this email the initiation of a discovery conference pursuant to Local Rule 37.1.  If we cannot set a firm and final agreed upon date for the Cordero deposition, Mr. Cohen will seek to compel same.  In so doing, Mr. Cohen will seek his reasonable attorney&#39;s fees in connection with such a motion. 

 
It is hoped that we can have a dialog with respect to this issue and resolve it without resort to court intervention.
 
Chris McHallam

------=_Part_23439_23045487.1201801425473--
.

-- End --
--- Thu Jan 31 14:31:37 2008 ---
Connect to '64.233.185.27', timeout 60.
 mx.google.com ESMTP 66si3400714wra.10
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=1928
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO02E955;    31 Jan 2008 14:31:39 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 31 Jan 2008 14:31:35 -0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
        "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 31 Jan 2008 14:30:34 -0500
MIME-Version: 1.0
Subject: Re: Codero Deposition
Message-ID: <47A1DB8A.5517.1238F67@localhost>
Priority: normal
In-reply-to: <db165db80801310943o3a89bf5ap58f133718ef12bdb@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII

Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
I just left you a detailed voicemail, but this email re-iterates that Cordero is available on Feb 15th or Feb 29th.  These are hard dates.  Please call and confirm which works best and we will confirm immediately.

Thanks
Angela

On 31 Jan 2008 at 12:43, Christopher McHallam wrote:

>
> Donnalyn:
>
> I have emailed you and called your office and left a voicemail with respect to determining a firm
> date for the Cordero deposition, which was originally scheduled for January 25, 2008, and was
> cancelled due to your inability to communicate with Mr. Codero and/or confirm that he would
> attend as had been previously agreed.
>
> As I have previously noted, I am growing increasinly concerned that Mr. Cordero is not going to
> attend a scheduled and agreed upon deposition. Thus, consider this email the initiation of a
> discovery conference pursuant to Local Rule 37.1. If we cannot set a firm and final agreed upon
> date for the Cordero deposition, Mr. Cohen will seek to compel same. In so doing, Mr. Cohen will
> seek his reasonable attorney's fees in connection with such a motion.
>
> It is hoped that we can have a dialog with respect to this issue and resolve it without resort to
> court intervention.
>
> Chris McHallam


.


-- End --
Connection from 209.85.128.189, Thu Jan 31 14:38:56 2008<lf>
 newtonma.gov ESMTP server ready.

EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<asmagula@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so747388fke.15
      for <asmagula@newtonma.gov>; Thu, 31 Jan 2008 11:39:00 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=gamma;
      h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-
to:mime-version:content-type:references;
      bh=b2kDYkIhwdMUeSp3hW3vi57o7Dj6zQZ9R4aQr/r+pZs=;

b=UTSfzk8Zu46P2zUjgES9iv+3N9C/Shu9j17Ur0thLaFvQBZvdAPFyFUvKqPp9s5a1Y
9I4gQslzh6EhNgI5AeZ5RSW698TK52gpV2+/A3qehzKkFWNlZGGGMY/aHuZBX3R
n4Nfhvr6ptfn/t2BSp5tA9N5eU51kFr6rHMqG639HA=
DomainKey-Signature: a=rsa-sha1; c=nofws;
      d=gmail.com; s=gamma;
      h=message-id:date:from:to:subject:in-reply-to:mime-version:content-
type:references;

b=tix03wMdUchtikWEd9VKzfcnAzFT2YIi7aDUxGcC5pN7kPlNAGwONhqR0nGHxil
VNwom2ux27LHRQckzNcABG3oxGsezJXnH1AqFb9GnwY2CUzbgC1XAjQrwWM5
Vb5yANrXohfMUGmqV1dAleQJnpDsL/fU8edQuOVnbYMIzec8=
Received: by 10.82.121.15 with SMTP id t15mr4542045buc.26.1201808340207;
      Thu, 31 Jan 2008 11:39:00 -0800 (PST)
Received: by 10.82.141.5 with HTTP; Thu, 31 Jan 2008 11:39:00 -0800 (PST)
Message-ID: <db165db80801311139x3918brc43153c2ce686614@mail.gmail.com>
Date: Thu, 31 Jan 2008 14:39:00 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Angela Smagula" <asmagula@newtonma.gov>
Subject: Re: Codero Deposition
In-Reply-To: <47A1DB8A.5517.1238F67@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;
      boundary="----=_Part_23972_1342714.1201808340202"
References: <db165db80801310943o3a89bf5ap58f133718ef12bdb@mail.gmail.com>
      <47A1DB8A.5517.1238F67@localhost>

------=_Part_23972_1342714.1201808340202
Content-Type: text/plain; charset=ISO-8859-1

Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Angela:

Let's do the 29th as a "firm" date because I have a day long commitment on
the 15th.  I am presuming that will be here in Newton, correct?  Please
confirm that location and I would suggest starting at 10:00 A.M.


Chris McHallam

On Jan 31, 2008 2:30 PM, Angela Smagula <asmagula@newtonma.gov> wrote:

> Chris,
> I just left you a detailed voicemail, but this email re-iterates that
> Cordero is available
> on Feb 15th or Feb 29th.  These are hard dates.  Please call and confirm
> which
> works best and we will confirm immediately.
>
> Thanks
> Angela
>
> On 31 Jan 2008 at 12:43, Christopher McHallam wrote:
>
> >
> > Donnalyn:
> >
> > I have emailed you and called your office and left a voicemail with
> respect to determining a firm
> > date for the Cordero deposition, which was originally scheduled for
> January 25, 2008, and was
> > cancelled due to your inability to communicate with Mr. Codero and/or
> confirm that he would
> > attend as had been previously agreed.
> >
> > As I have previously noted, I am growing increasinly concerned that Mr.
> Cordero is not going to
> > attend a scheduled and agreed upon deposition. Thus, consider this email
> the initiation of a
> > discovery conference pursuant to Local Rule 37.1. If we cannot set a
> firm and final agreed upon
> > date for the Cordero deposition, Mr. Cohen will seek to compel same. In
> so doing, Mr. Cohen will
> > seek his reasonable attorney's fees in connection with such a motion.

> >
> > It is hoped that we can have a dialog with respect to this issue and
> resolve it without resort to
> > court intervention.
> >
> > Chris McHallam
>
>
>

------=_Part_23972_1342714.1201808340202
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Angela:
 
Let&#39;s do the 29th as a &quot;firm&quot; date because I have a day long
commitment on the 15th.  I am presuming that will be here in Newton,
correct?  Please confirm that location and I would suggest starting at 10:00
A.M.

 
 
Chris McHallam
<div class="gmail_quote">On Jan 31, 2008 2:30 PM, Angela Smagula &lt;<a
href="mailto:asmagula@newtonma.gov">asmagula@newtonma.gov</a> wrote:
<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid">Chris,I just left you a detailed voicemail, but
this email re-iterates that Cordero is availableon Feb 15th or Feb 29th.  These are
hard dates.  Please call and confirm which
works best and we will confirm immediately.Thanks<font
color="#888888">Angela</font>


<div class="Wj3C7c">On 31 Jan 2008 at 12:43, Christopher McHallam wrote:
Donnalyn: I have emailed you and called your office and left a voicemail with respect to
determining a firm
 date for the Cordero deposition, which was originally scheduled for January 25, 2008,
and was cancelled due to your inability to communicate with Mr. Codero and/or confirm
that he would attend as had been previously agreed.
 As I have previously noted, I am growing increasinly concerned that Mr. Cordero is not
going to attend a scheduled and agreed upon deposition. Thus, consider this email the
initiation of a discovery conference pursuant to Local Rule 37.1. If we cannot set a firm
and final agreed upon

date for the Cordero deposition, Mr. Cohen will seek to compel same. In so doing, Mr.
Cohen will seek his reasonable attorney&#39;s fees in connection with such a motion. It
is hoped that we can have a dialog with respect to this issue and resolve it without resort
to
 court intervention. Chris McHallam</blockquote>

------=_Part_23972_1342714.1201808340202--
.


-- End --
--- Thu Jan 31 16:09:21 2008 ---
Connect to '64.233.185.27', timeout 60.
 mx.google.com ESMTP 7si3634680wrh.22
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=2731
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO02ED9F;   31 Jan
2008 16:09:24 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 31 Jan 2008 16:09:07 -
0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Thu, 31 Jan 2008 16:07:57 -0500
MIME-Version: 1.0
Subject: Re: Codero Deposition
CC: donnalyn Kahn <dkahn@newtonma.gov>
Message-ID: <47A1F25D.3037.17CBA10@localhost>
Priority: normal
In-reply-to: <db165db80801311139x3918brc43153c2ce686614@mail.gmail.com>
References: <47A1DB8A.5517.1238F67@localhost>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
Yes, here at City Hall and a 10:00 start. I will have final confirmation Monday on the

29th and email then. Thanks.
Angela

On 31 Jan 2008 at 14:39, Christopher McHallam wrote:

>
> Angela:
>
> Let's do the 29th as a "firm" date because I have a day long commitment on the 15th. I am
> presuming that will be here in Newton, correct? Please confirm that location and I would
> suggeststarting at 10:00 A.M.
>
>
> Chris McHallam
>
> On Jan 31, 2008 2:30 PM, Angela Smagula <asmagula@newtonma.gov> wrote:
>    Chris,
>    I just left you a detailed voicemail, but this email re-iterates that Cordero is available
>    on Feb 15th or Feb 29th. These are hard dates. Please call and confirm which
>    works best and we will confirm immediately.
>
>    Thanks
>    Angela
>
>    On 31 Jan 2008 at 12:43, Christopher McHallam wrote:
>
>    >
>    > Donnalyn:
>    >
>    > I have emailed you and called your office and left a voicemail with respect to determining
>    a firm
>    > date for the Cordero deposition, which was originally scheduled for January 25, 2008,
>    and was
>    > cancelled due to your inability to communicate with Mr. Codero and/or confirm that he
>    would
>    > attend as had been previously agreed.
>    >
>    > As I have previously noted, I am growing increasinly concerned that Mr. Cordero is not
>    going to

>    > attend a scheduled and agreed upon deposition. Thus, consider this email the initiation of
>    a
>    > discovery conference pursuant to Local Rule 37.1. If we cannot set a firm and final
>    agreed upon
>    > date for the Cordero deposition, Mr. Cohen will seek to compel same. In so doing, Mr.
>    Cohen will
>    > seek his reasonable attorney's fees in connection with such a motion.
>    >
>    > It is hoped that we can have a dialog with respect to this issue and resolve it without
>    resort to
>    > court intervention.
>    >
>    > Chris McHallam
>
>
>
>

.


-- End --
--- Tue Feb 05 14:39:55 2008 ---
Connect to '72.14.221.114', timeout 60.
 mx.google.com ESMTP l12si6811120fgb.8
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=2765
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO0392E8;   5 Feb
2008 14:39:56 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 5 Feb 2008 14:39:51 -
0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>

Date: Tue, 05 Feb 2008 14:38:40 -0500
MIME-Version: 1.0
Subject: Re: Codero Deposition
Message-ID: <47A874F0.3099.60B3CE5@localhost>
Priority: normal
In-reply-to: <db165db80801311139x3918brc43153c2ce686614@mail.gmail.com>
References: <47A1DB8A.5517.1238F67@localhost>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
We are confirmed for the 29th here at City Hall.   You are arranging for court
reporter.  Also, can we do a 11:00 am start.  Cordero will be flying in that morning.
Please confirm.
Thanks
Angela

On 31 Jan 2008 at 14:39, Christopher McHallam wrote:

>
> Angela:
>
> Let's do the 29th as a "firm" date because I have a day long commitment on the 15th. I
am
> presuming that will be here in Newton, correct? Please confirm that location and I
would
> suggeststarting at 10:00 A.M.
>
>
> Chris McHallam
>
> On Jan 31, 2008 2:30 PM, Angela Smagula <asmagula@newtonma.gov> wrote:
>    Chris,
>    I just left you a detailed voicemail, but this email re-iterates that Cordero is available
>    on Feb 15th or Feb 29th. These are hard dates. Please call and confirm which
>    works best and we will confirm immediately.
>
>    Thanks
>    Angela
>
>    On 31 Jan 2008 at 12:43, Christopher McHallam wrote:
>
>    >
>    > Donnalyn:

>    >
>    > I have emailed you and called your office and left a voicemail with respect to determining
>    a firm
>    > date for the Cordero deposition, which was originally scheduled for January 25, 2008,
>    and was
>    > cancelled due to your inability to communicate with Mr. Codero and/or confirm that he
>    would
>    > attend as had been previously agreed.
>    >
>    > As I have previously noted, I am growing increasingly concerned that Mr. Cordero is not
>    going to
>    > attend a scheduled and agreed upon deposition. Thus, consider this email the initiation of
>    a
>    > discovery conference pursuant to Local Rule 37.1. If we cannot set a firm and final
>    agreed upon
>    > date for the Cordero deposition, Mr. Cohen will seek to compel same. In so doing, Mr.
>    Cohen will
>    > seek his reasonable attorney's fees in connection with such a motion.
>    >
>    > It is hoped that we can have a dialog with respect to this issue and resolve it without
>    resort to
>    > court intervention.
>    >
>    > Chris McHallam
>
>
>
>


.

-- End --
Connection from 209.85.128.190, Mon Feb 11 18:41:30 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO fk-out-0910.google.com
-newtonma.gov Hello fk-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP

MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by fk-out-0910.google.com with SMTP id e30so4850834fke.15
     for <dkahn@newtonma.gov>; Mon, 11 Feb 2008 15:41:32 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-
version:content-type;
     bh=JJI0C/zi6dicjsxW9vWfjGYvFhCpEe8Ucep+hcVP1+M=;

b=NcZLdIU2EHE858R6mnfo8s8kmTRh2Jao457yTHZnfOMon/j2WXdl78xYfuoNaOW
4k5Taz2WlZI0L2PA877z59Ifw2GmJ6dfYwx/MLhI9LgSmbrnSXDvpFJ6lIVAfKg79QL
HBnCaX+xwG1I0JXQJ5GQbpdFMGzyiRSX2trTEbYEQ=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=message-id:date:from:to:subject:mime-version:content-type;

b=jFyZkDjGdfYR3q5JEgDRnaieelT3gW//eteBVoMFoXKRrmm6ukbUDQM+UkmkSA
ySSjZwh41OPjOKbuUNCaT66yWdlx79vNfbntUMe4dQvFBBoTCE0hM9v0PZGxINcS
4cgfxLfmV+6Kj0CWO7UvajUYZbsiPjXxTjfhPnrbYIMnE=
Received: by 10.82.174.20 with SMTP id w20mr1083833bue.28.1202773292065;
     Mon, 11 Feb 2008 15:41:32 -0800 (PST)
Received: by 10.82.141.12 with HTTP; Mon, 11 Feb 2008 15:41:32 -0800 (PST)
Message-ID: <db165db80802111541h6461d3f0t43c7334fc6797b35@mail.gmail.com>
Date: Mon, 11 Feb 2008 18:41:32 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
     "Angela Smagula" <asmagula@newtonma.gov>
Subject: expert report
MIME-Version: 1.0
Content-Type: multipart/alternative;
     boundary="----=_Part_7939_23086741.1202773292059"

------=_Part_7939_23086741.1202773292059
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and Angela:

I am still awaiting the expert's response to Dr. Kelly's report and am
concerned that I might not have it by the February 14, 2008, deadline.  It

may take an additional few days to get the report, would you be willing to
informally extend the deadline to the 21st or should I prepare a motion?
Let me know so I can proceed accordingly.  Thanks.

--
Christopher W. McHallam, Esq.
103 North Street
Medfield, Massachusetts 02052
Tel:  (617) 406-9751

------=_Part_7939_23086741.1202773292059
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn and Angela:
 
I am still awaiting the expert&#39;s response to Dr. Kelly&#39;s report and am
concerned that I might not have it by the February 14, 2008, deadline.  It may take
an additional few days to get the report, would you be willing to informally extend the
deadline to the 21st or should I prepare a motion?  Let me know so I can proceed
accordingly.  Thanks.<br clear="all">
-- Christopher W. McHallam, Esq.103 North StreetMedfield, Massachusetts 02052Tel:
 (617) 406-9751

------=_Part_7939_23086741.1202773292059--
.

-- End --
--- Tue Feb 12 09:32:18 2008 ---
Connect to '66.249.83.114', timeout 60.
 mx.google.com ESMTP i18si500361wxd.0
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<dkahn@newtonma.gov> SIZE=1480
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO000630;   12 Feb
2008 09:32:20 -0500

Received: from spooler by newtonma.gov (Mercury/32 v4.52); 12 Feb 2008 09:32:03 -0500
Received: from DLKAHN (192.9.200.144) by newtonma.gov (Mercury/32 v4.52) with ESMTP ID MG00062E;
   12 Feb 2008 09:32:02 -0500
From: "Donnalyn Kahn" <dkahn@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>
Date: Tue, 12 Feb 2008 10:33:34 -0500
MIME-Version: 1.0
Subject: Re: expert report
CC: asmagula@newtonma.gov
Message-ID: <47B175FE.6644.85F9F7F7@localhost>
X-Confirm-Reading-To: "Donnalyn Kahn" <dkahn@newtonma.gov>
X-pmrqc: 1
Priority: normal
In-reply-to: <db165db80802111541h6461d3f0t43c7334fc6797b35@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Chris,
You have our assent to any extension of time for submitting the expert
report.

-Donnalyn


On 11 Feb 2008 at 18:41, Christopher McHallam wrote:

>
> Donnalyn and Angela:
>
> I am still awaiting the expert's response to Dr. Kelly's report and am concerned that I might not
> have it by the February 14, 2008, deadline. It may take an additional few days to get the report,
> would you be willing to informally extend the deadline to the 21st or should I prepare a motion?
> Let me know so I can proceed accordingly. Thanks.
> --
> Christopher W. McHallam, Esq.
> 103 North Street
> Medfield, Massachusetts 02052
> Tel: (617) 406-9751

.

-- End --
Connection from 209.85.134.184, Thu Feb 21 17:38:42 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<asmagula@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so271095mue.1
      for <asmagula@newtonma.gov>; Thu, 21 Feb 2008 14:38:50 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=gamma;
      h=domainkey-signature:received:received:message-id:date:from:to:subject:cc:mime-
version:content-type;
      bh=pKEd+oSYMo5QnTnsPzZc69X/Zp/GNrPkLYttMTEgJWg=;

b=AmEn+hSAx7cglAxhUH+1kWhIX148BbrUMVKCCq/qA2o2LG3hOPcnyITbWU6ue
wBVX2tKtnGj+lpVgi0hE7OJWLscKmKnuKO4ycG38/YnZ6kScwNipMraAvPNIQzHJ
pkRnI+fNTBqFoBdli6Ko7nij2nwpXpr203kJfH99Eqt1kM=
DomainKey-Signature: a=rsa-sha1; c=nofws;
      d=gmail.com; s=gamma;
      h=message-id:date:from:to:subject:cc:mime-version:content-type;

b=arC/ZjmwfaUn/vAVTx9CZnlWQk0nACXXMmWBt3W9v+l0ZsSyYFnX2CqXu4mp
xmROQ+Cz3eavZoM23154fECpOEoYxLMr9uL9glDsWv+uXXlrtdQa7b2bPpQ2AoEJ
wlzyQ8lO46bshVhDVHKdNXbD/qXTszCfIx6OL3S6+MGB8TQ=
Received: by 10.82.105.13 with SMTP id d13mr18048847buc.36.1203633530285;
      Thu, 21 Feb 2008 14:38:50 -0800 (PST)
Received: by 10.82.141.12 with HTTP; Thu, 21 Feb 2008 14:38:50 -0800 (PST)
Message-ID: <db165db80802211438v3cb13311n9f385d6b1450bfe5@mail.gmail.com>
Date: Thu, 21 Feb 2008 17:38:50 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>
Subject: expert response
Cc: "Angela Smagula" <asmagula@newtonma.gov>
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_5848_6703859.1203633530290"

------=_Part_5848_6703859.1203633530290
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

The documents relating to the response to Dr. Kelly's report were mailed to
you today in accordance with our agreement.  Our telephone and fax lines
have been down, so I was not able to fax them to you as well.  If possible,
I will send them to you tomorrow by fax.  Do not hesitate to contact me with
any questions and I will see you next week on the 29th for the Cordero
deposition.
--
Christopher W. McHallam, Esq.
103 North Street
Medfield, Massachusetts 02052
Tel: (617) 406-9751

------=_Part_5848_6703859.1203633530290
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

<br clear="all">Donnalyn:
 
The documents relating to the response to Dr. Kelly&#39;s report were mailed to you
today in accordance with our agreement.  Our telephone and fax lines have been
down, so I was not able to fax them to you as well.  If possible, I will send them to
you tomorrow by fax.  Do not hesitate to contact me with any questions and I will
see you next week on the 29th for the Cordero deposition. 
-- Christopher W. McHallam, Esq.103 North StreetMedfield, Massachusetts 02052Tel:
(617) 406-9751

------=_Part_5848_6703859.1203633530290--
.

-- End --
Connection from 209.85.134.188, Thu Feb 28 10:08:38 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO mu-out-0910.google.com
-newtonma.gov Hello mu-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP
MAIL FROM:<mchallamlaw@gmail.com>

 Sender OK - send RCPTs.
RCPT TO:<dkahn@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by mu-out-0910.google.com with SMTP id w8so4411001mue.1
     for <dkahn@newtonma.gov>; Thu, 28 Feb 2008 07:08:40 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:received:received:message-id:date:from:to:subject:mime-version:content-type;
     bh=O5jkK1z8sMrKaRAHBRytSkq2aZTZcTHmMEbTgxxJLwc=;

b=mmJ6+mTN64tR77DCvdDt17U6A8d9FXca2v97TijqrtDu1r9UjFttg1gCWWS8uKwY
wLyy3WN5UzUiJNFRGTiy9XLLh46fcHA4ymeo85KGqgYeV/0WU0uXnNLDvHLJrC
ioTFU8ohdTR/HZMpfZ0A5pDq1KtA58zQplmH9MBsbBIhg=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=message-id:date:from:to:subject:mime-version:content-type;

b=DBj9rDcwBbFOLcOGdzk9Y/01p9OJ+UrccBYvtlnn5VDTtHIy2yTFfb2jEbQSXhFjX
aogLH8Ag9k4TCcDltx1KWYcbW8/eB3SOZsMS0e1TPJlj1LIvivI8WT3j43rGGvYHch1
or+Vky2w0SZvcKVRD395iWdeNFoCngDKqeH3i3A=
Received: by 10.82.107.15 with SMTP id f15mr5224858buc.39.1204211320192;
     Thu, 28 Feb 2008 07:08:40 -0800 (PST)
Received: by 10.82.136.9 with HTTP; Thu, 28 Feb 2008 07:08:40 -0800 (PST)
Message-ID: <db165db80802280708u3745c95ejf0b23123a35de1fe@mail.gmail.com>
Date: Thu, 28 Feb 2008 10:08:40 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Donnalyn Kahn" <dkahn@newtonma.gov>,
     "Angela Smagula" <asmagula@newtonma.gov>
Subject: Cordero deposition
MIME-Version: 1.0
Content-Type: multipart/alternative;
     boundary="----=_Part_4520_13010643.1204211320185"

------=_Part_4520_13010643.1204211320185
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:

I presume that we are on for tomorrow's deposition of Chief Cordero at City
Hall at 10:00 A.M.  Please let me know what room we will be in so that I may
inform the court reporter where to go.

Thanks.

Christopher W. McHallam, Esq.
103 North Street
Medfield, Massachusetts 02052
Tel:  (617) 406-9751

------=_Part_4520_13010643.1204211320185
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Donnalyn:
 
I presume that we are on for tomorrow&#39;s deposition of Chief Cordero at City Hall at
10:00 A.M.  Please let me know what room we will be in so that I may inform the
court reporter where to go.
 
Thanks.Christopher W. McHallam, Esq.103 North StreetMedfield, Massachusetts
02052Tel:  (617) 406-9751

------=_Part_4520_13010643.1204211320185--
.

-- End --
--- Thu Feb 28 11:00:50 2008 ---
Connect to '64.233.185.27', timeout 60.
 mx.google.com ESMTP g7si11370738wra.33
EHLO newtonma.gov
-mx.google.com at your service, [206.40.172.82]
-SIZE 28311552
-8BITMIME
 ENHANCEDSTATUSCODES
MAIL FROM:<asmagula@newtonma.gov> SIZE=1194
 2.1.0 OK
RCPT TO:<mchallamlaw@gmail.com>
 2.1.5 OK
DATA
354 Go ahead
Received: from Spooler by newtonma.gov (Mercury/32 v4.52) ID MO02DB9A;   28 Feb
2008 11:00:52 -0500
Received: from spooler by newtonma.gov (Mercury/32 v4.52); 28 Feb 2008 11:00:49 -
0500
From: "Angela Smagula" <asmagula@newtonma.gov>
To: "Christopher McHallam" <mchallamlaw@gmail.com>

Date: Thu, 28 Feb 2008 10:59:24 -0500
MIME-Version: 1.0
Subject: Re: Cordero deposition
CC: donnalyn Kahn <dkahn@newtonma.gov>
Message-ID: <47C6940C.21782.FACFF54@localhost>
Priority: normal
In-reply-to: <db165db80802280708u3745c95ejf0b23123a35de1fe@mail.gmail.com>
X-mailer: Pegasus Mail for Windows (4.21c)
Content-type: text/plain; charset=US-ASCII
Content-transfer-encoding: 7BIT
Content-description: Mail message body

Hi Chris,
I believe we agreed to start the depo at 11:00 am.  Cordero is flying in tomorrow
morning.  The room is 222 on the second floor.

Thanks
Angela

On 28 Feb 2008 at 10:08, Christopher McHallam wrote:

>
> Donnalyn:
>
> I presume that we are on for tomorrow's deposition of Chief Cordero at City Hall at
10:00 A.M.
> Please let me know what room we will be in so that I may inform the court reporter
where to go.
>
> Thanks.
>
> Christopher W. McHallam, Esq.
> 103 North Street
> Medfield, Massachusetts 02052
> Tel: (617) 406-9751


.

-- End --
Connection from 64.233.182.188, Thu Feb 28 11:12:11 2008<lf>
 newtonma.gov ESMTP server ready.
EHLO nf-out-0910.google.com
-newtonma.gov Hello nf-out-0910.google.com; ESMTPs are:-TIME
-SIZE 0
 HELP

MAIL FROM:<mchallamlaw@gmail.com>
 Sender OK - send RCPTs.
RCPT TO:<asmagula@newtonma.gov>
 Recipient OK - send RCPT or DATA.
DATA
354 OK, send data, end with CRLF.CRLF
Received: by nf-out-0910.google.com with SMTP id d3so1971645nfc.15
      for <asmagula@newtonma.gov>; Thu, 28 Feb 2008 08:12:15 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=gamma;
      h=domainkey-signature:received:received:message-id:date:from:to:subject:in-reply-
to:mime-version:content-type:references;
      bh=EAipMf/I3nDpJ3l997DCbZhQ8gJjqffHc8OgLwaSAeA=;

b=dMKXuzOugjvrRCKOPjGR5a+3OTv0h1g8mEqeZ2pj/VjHO+p/QiBEgJT0X4pXTp9
nt0/yqYKnLVTeluczvsLwp9gpjPtJl01aHDLiziOGEs3RZBWB+a2sEEGzmK8uaMzrG/9
A2lqEQ2ADcbzbdJA2/aG2TfGHNkIdw7ZF50mI0PM=
DomainKey-Signature: a=rsa-sha1; c=nofws;
      d=gmail.com; s=gamma;
      h=message-id:date:from:to:subject:in-reply-to:mime-version:content-
type:references;

b=xYWX/Ak1YA9EOYY+NZAdH3v8ZV64Ix48JFMq5+2jEZV5hJZXteflGY3BcRhRr
h177ZXVsntiY8FuV9ZC+BxSr8W7+AW1wQD3DERzEn/5ZBF7Pi3w5f12CSb+uqP/D
XaFo7zCaQrgRdeboBEK1ioDQYRCoKCeu+22oL+NqL9kALY=
Received: by 10.82.140.20 with SMTP id n20mr5427170bud.25.1204215134961;
      Thu, 28 Feb 2008 08:12:14 -0800 (PST)
Received: by 10.82.136.9 with HTTP; Thu, 28 Feb 2008 08:12:14 -0800 (PST)
Message-ID: <db165db80802280812q64379989i747ba816354c163d@mail.gmail.com>
Date: Thu, 28 Feb 2008 11:12:14 -0500
From: "Christopher McHallam" <mchallamlaw@gmail.com>
To: "Angela Smagula" <asmagula@newtonma.gov>
Subject: Re: Cordero deposition
In-Reply-To: <47C6940C.21782.FACFF54@localhost>
MIME-Version: 1.0
Content-Type: multipart/alternative;
      boundary="----=_Part_5189_1923293.1204215134958"
References: <db165db80802280708u3745c95ejf0b23123a35de1fe@mail.gmail.com>
       <47C6940C.21782.FACFF54@localhost>

------=_Part_5189_1923293.1204215134958
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Angela:

That's fine, I forgot that we pushed back the time.  I will see you then.

Chris McHallam

On Thu, Feb 28, 2008 at 10:59 AM, Angela Smagula <asmagula@newtonma.gov>
wrote:

> Hi Chris,
> I believe we agreed to start the depo at 11:00 am.  Cordero is flying in
> tomorrow
> morning.  The room is 222 on the second floor.
>
> Thanks
> Angela
>
> On 28 Feb 2008 at 10:08, Christopher McHallam wrote:
>
> >
> > Donnalyn:
> >
> > I presume that we are on for tomorrow's deposition of Chief Cordero at
> City Hall at 10:00 A.M.
> > Please let me know what room we will be in so that I may inform the
> court reporter where to go.
> >
> > Thanks.
> >
> > Christopher W. McHallam, Esq.
> > 103 North Street
> > Medfield, Massachusetts 02052
> > Tel: (617) 406-9751
>
>
>


--
Christopher W. McHallam, Esq.
103 North Street
Medfield, Massachusetts 02052
Tel:  (617) 406-9751

------=_Part_5189_1923293.1204215134958
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

Content-Disposition: inline

Angela:
 
That&#39;s fine, I forgot that we pushed back the time.  I will see you then.
 
Chris McHallam
<div class="gmail_quote">On Thu, Feb 28, 2008 at 10:59 AM, Angela Smagula &lt;<a
href="mailto:asmagula@newtonma.gov">asmagula@newtonma.gov</a> wrote:
<blockquote class="gmail_quote" style="PADDING-LEFT: 1ex; MARGIN: 0px 0px 0px
0.8ex; BORDER-LEFT: #ccc 1px solid">Hi Chris,I believe we agreed to start the depo at
11:00 am.  Cordero is flying in tomorrowmorning.  The room is 222 on the
second floor.
Thanks<font color="#888888">Angela</font>


<div class="Wj3C7c">On 28 Feb 2008 at 10:08, Christopher McHallam wrote:
Donnalyn: I presume that we are on for tomorrow&#39;s deposition of Chief Cordero at
City Hall at 10:00 A.M.
 Please let me know what room we will be in so that I may inform the court reporter
where to go. Thanks. Christopher W. McHallam, Esq. 103 North Street Medfield,
Massachusetts 02052
 Tel: (617) 406-9751</blockquote><br clear="all">-- Christopher W. McHallam,
Esq.103 North StreetMedfield, Massachusetts 02052Tel:  (617) 406-9751

------=_Part_5189_1923293.1204215134958--
.

-- End --