UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

```
Barry M. Cohen,                    )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   Civil Action No.:
                                   )   05-11727-DPW
The City of Newton, The Newton     )
Police Department,                 )
Police Chief Jose M. Cordero,      )
Newton Police Officer Rocky Marini )
(Badge No. 13963),                 )
Newton Police Detective Robert F.  )
Sampson, Newton Police Detective   )
Sergeant George McMains,           )
Newton Police Officer Zachary      )
Raymond and Newton Police Officer  )
Joseph T. McLaughlin,              )
                                   )
         Defendants.               )
```

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and seeks leave to submit within opposition to Defendants' Motion for Reconsideration of this Honorable Court's Order of February 18, 2008. This Honorable Court had granted automatic allowance of Plaintiff's Motion to Compel in said Order of February 18, 2008, which order required Defendants to produce all documents sought by Plaintiff in said Motion to Compel on or before the close

of business on March 21, 2008.

Defendants' Motion for Reconsideration appears to be nothing more than attempt to delay and possibly avoid the production of documents as ordered by this Honorable Court on February 18, 2008. The documents that Plaintiff sought to be compelled were documents that would fall well within the scope of discovery as defined by Fed.R.Civ.P. Rule 26(a), yet Defendants seek to continue to engage in an obstructionist perpetuation of non-disclosure and dilatory motion practice. Moreover, the Defendants apparently wish to prejudice the Plaintiff by delaying the production of the ordered documents until after the parties' mediation which is scheduled for April 8, 2008.

It is particularly disturbing that the Defendants, a municipality and its employees, are obstinately reluctant to disclose germane and relevant information, properly requested, to one of its own citizens, who claims to have been mistreated by the municipality in its exercise of its police powers. One can infer from Defendants' Motion for Reconsideration that Defendants may be in possession of documents which they wish to keep to themselves. Such discovery tactics are particularly abhorrent in a civil rights case wherein a citizen challenges a governmental agency and possesses no independent power to obtain

information from the municipality.

As reasons for the within opposition, Mr. Cohen states as follows:

Defendants' reasoning for its Motion for Reconsideration is without any credibility and defies logic and thus should not be countenanced. Specifically, Mr. Cohen points out the following:

a. A party cannot submit a motion to compel discovery without first initiating a discovery conference pursuant to Local Rule 37.1. Thus, if Defendants were truly unaware of Plaintiff's counsel's efforts to initiate such a conference, Defendants should have contemporaneously raised the claimed failure to initiate a discovery conference in its December, 2007, opposition to Plaintiff's Motion to Compel. Defendants' failure to raise a dispostive and critical issue in its December, 2007, opposition suggests that Defendants' were contemporaneously aware of Plaintiff's requests for a discovery conference; or Defendants were wholly ignorant of the dictates of the applicable rules of this Court.

b. As shown by the attached copies of emails sent on November 19, 2007, and November 28, 2007, Plaintiff's counsel sent emails to Defendants' counsel at the same

address (dkhan@newtonma.gov) as all the December, 2007, emails attached to Defendants' Motion for Reconsideration. See Exhibit 1. Also attached as Exhibit 2 is Plaintiff's counsel's December 7, 2007, email to Defendants' counsel, which email was acknowledged to have been received and which were sent to the same address as the November, 2007, emails of which Defendants' claim to have no awareness.

Moreover, the emails were not returned to Plaintiff's counsel as undeliverable or not received. It should be noted that Defendants' did not include any emails from Plaintiffs' counsel that were sent during the month of November, 2007, in their submission of the attached Exhibit 3, Plaintiff's counsel sent an email to Defendants' counsel on November 20, 2007, as well. As can be seen from the Motion for Reconsideration.

There is no objective indicia that would suggest that there was any reason why Defendants' did not receive the November, 2007, emails which were sent in an attempt to initiate a discovery conference and thus Defendants' claimed unawareness of the operative emails seems far-fetched.

c.  Defendants' Motion for Reconsideration is dated March 20, 2008, but was not filed until March 24, 2008

(after this Court's ordered March 21, 2008, deadline to produce documents). Defendants did not confer, or even advise, Plaintiff, of their intention to file their Motion for Reconsideration, in clear violation of Local Rule 7.1.

d. The Defendants' Motion for Reconsideration is curiously vague with regard to the exact time that Defendants' allegedly discovered the existence of this Court's February 18, 2008, order or the identity of who made this purported discovery. Clearly, the Defendants discovered the existence of the order at some time prior to March 20, 2008 (the date of the Motion for Reconsideration). It is noteworthy that Defendants were aware of this Court's order on March 20, 2008, and perhaps sooner, and yet made no effort to comply with the Court's order. Rather, Defendants waited until March 24, 2008, to file their Motion for Reconsideration, which includes no precise explanation or excuse for non-performance.

e. It is clear from the Motion for Reconsideration that the main reason for the Defendants' claimed ignorance of Plaintiff's counsel's attempt to initiate a discovery conference is Defendants' counsel's admitted failure to read or review Plaintiff's Motion

to Compel and/or the attached exhibits (which motion and exhibits Defendants' counsel admits to receiving). No relief should be granted under such circumstances and Defendants' counsel has no one to blame but themselves for their claimed unawareness of Plaintiff's counsel's attempts to initiate a discovery conference.

f.  At no time after receiving Plaintiff's Motion to Compel and the accompanying Memorandum in November, 2007, did Defendants make any efforts to conference or limit by agreement the issues raised in Plaintiff's Motion to Compel. Instead, the Defendants filed an opposition detailing their objections to the Plaintiff's specific requests to compel the various requested documents and indicated an unwillingness to produce the requested documents. Therefore, the Defendants claim that they would now be willing to conference the same matters they have opposed in writing seems disingenuous and meaningless. The Defendants also cannot claim to have been prejudiced by a lack of a discovery conference inasmuch as Defendants have detailed in writing an express opposition to the production of the requested documents.

g. Plaintiff believes the Defendant's Motion for Reconsideration to be an effort to prejudice the Plaintiff and impair the parties' mediation session scheduled for April 8, 2008. Thus, it is requested that Plaintiff be awarded his reasonable attorney's fees related to opposing the Defendants' vague and apparently meritless Motion for Reconsideration. It is also suggested that the upcoming mediation be postponed inasmuch as same may be ineffective if the ordered production of document is not made and discovery issues are finally resolved.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion for Reconsideration in its entirety; require immediate production of all documents and full compliance with its Order of February 18, 2008; award Plaintiff his reasonable attorney's fees for defending against the Defendants' Motion for Reconsideration; postpone the upcoming mediation until the document production issues are resolved; and for such other and further relief as may be just and appropriate.

Respectfully submitted,
Plaintiff,
Barry M. Cohen,

/s/ Christopher W. McHallam
Christopher W. McHallam
BBO# 637464
500 Commercial Street
Boston, Massachusetts 02109
(617) 406-9751

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes counsel for all parties in this matter.

/s/ Christopher W. McHallam
Christopher W. McHallam

Gmail Calendar Documents Photos Reader Web more ▼    mchallamlaw@gmail.com | Settings | Help | Sign Out

Gmail
by Google BETA

donnalyn                                                                    Search Mail    Search the Web    Show search opti
                                                                                                            Create a filter

Compose Mail

Inbox (302)         Discovery News Top Stories : Discover... - Oldest Human Ancestor Fossil Found...  ‹ Newer 24 of 76 Older ›
Starred ☆
Chats ♡           « Back to Search results    Report Spam    Delete    More actions...    ‹ Newer 24 of 76 Older ›
Sent Mail
Drafts (10)        Cordero deposition
All Mail
Spam (1201)            from   Christopher McHallam <mchallamlaw@gmail.com>    hide details 11/19/0
Trash                    to   Donnalyn Kahn <dkahn@newtonma.gov>
Contacts              date   Nov 19, 2007 7:43 PM
                   subject   Cordero deposition
▼ Quick Contacts  mailed-by  gmail.com
Search, add, or invite
● Christopher McHalla    Donnalyn:
Set status here ▼
Ann Anslem              Please advise as to the status of scheduling the Cordero deposition.
Beck, James C., ...
Mary Feldman            Also, let's schedule a time next week for a discovery conference.
Nancy Stone             There are several items that I would revisit in terms of compelling
Patti Draper            discovery. We should set aside a time early next week to review those
Paula Nolan             issues.
PaulSOUPCampbel
Rikki Saksik            Thanks,
RSWETNICK@ao...
Timothy Borchers        Chris McHallam

▼ Labels              ↩ Reply  ➔ Forward
Edit labels
                     ● Christopher McHallam to Donnalyn                                        show details 11/28/0
▼ Invite a friend
Give Gmail to:          Donnalyn:

[          ]            Any progress on these issues? What about the IME report? I have not seen it as of y
Send Invite  50 left    advise.
preview invite
                        Chris McHallam

                        - Show quoted text -

                      ↩ Reply  ➔ Forward

« Back to Search results    Report Spam    Delete    More actions...    ‹ Newer 24 of 76 Older ›

See whether the messages you receive were sent to a mailing list or sent only to you. Learn more

http://mail.google.com/mail/?ui=1&ik=a710bef781&view=cv&search=query&q=donnalyn...    3/27/2008

EXHIBIT 1

You are currently using **383 MB (5%)** of your **6562 MB**.
Gmail view: **standard with chat** | standard without chat | basic HTML
Learn more

©2007 Google - Terms - Gmail Blog - Google Home

Gmail Calendar Documents Photos Reader Web more ▼          mchallamlaw@gmail.com | Settings | Help | Sign out

# Gmail
BETA

donnalyn

[Search Mail] [Search the Web]   Show search opti
                                 Create a filter

**Compose Mail**

**Inbox (302)**
**Starred** ☆
**Chats** ○
**Sent Mail**
**Drafts (10)**
**All Mail**
**Spam (1201)**
**Trash**

**Contacts**

« Back to Search results   [Report Spam] [Delete]  More actions...   ‹ Newer 21 of 76 Older ›

Yahoo! News: Entertainment News - TI pleads guilty to weapons charges (AP)

## Cordero Deposition  Inbox

☆  Donnalyn Kahn to me, angela                                    show details 12/4/07

Chris,
After much discussion, Cordero will be coming to the Newton-area for his
deposition. Sorry it took so long, but it just did. In any event, I will contact
you shortly with potential dates in December and early January.

-Donnalyn

↩ Reply  ↩ Reply to all  ↪ Forward  Invite Donnalyn to Gmail

☆  **Christopher McHallam** <mchallamlaw@gmail.com>  hide details 12/4/07
   to        Donnalyn Kahn <dkahn@newtonma.gov>
   date      Dec 4, 2007 12:25 PM
   subject   Re: Cordero Deposition
   mailed-by gmail.com

Donnalyn:

I appreciate your efforts to make that deposition as convenient as possible for the part
in admiration of your powers of persuasion. The only bad dates for me are December
10, and January 14.

Thanks again.

Chris McHallam

- Show quoted text -

▼ Quick Contacts
Search, add, or invite
● Christopher McHalla
  Set status here ▼
  Ann Anslem
  Beck, James C.,...
  Mary Feldman
  Nancy Stone
  Patti Draper
  Paula Nolan
  PaulSOUPCampbel
  Rikki Saksik
  RSWETNICK@ao...
  Timothy Borchers

▼ Labels
  Edit labels

▼ Invite a friend
Give Gmail to:

[          ]
[Send Invite] 50 left
preview invite

↩ Reply  ↪ Forward

☆  ● **Christopher McHallam** to Donnalyn                          show details 12/5/07

Donnalyn:

Any word on the IME report? We may need to adjust the schedule as it was originally
would have the report in early November.

Please let me know.

Thanks.

Chris McHallam

On Dec 4, 2007 12:22 PM, Donnalyn Kahn <dkahn@newtonma.gov> wrote:

EXHIBIT 2

Case 1:05-cv-11727-DPW    Document 88    Filed 04/01/2008    Page 12 of 13

**Compose Mail**

Inbox (302)
Starred ☆
Chats ♡
Sent Mail
**Drafts (10)**
All Mail
**Spam (1201)**
Trash

▼ **Contacts**

Quick Contacts

Search, add, or invite

● Christopher McHalla
Set status here ▼

Ann Anslem
Beck, James C. ...
Mary Feldman
Nancy Stone
Patti Draper
Paula Nolan
PaulSOUPCampbel
Rikki Saksik
RSWETNICK@ao...
Timothy Borchers

▼ Labels

Edit labels

▶ Invite a friend
Give Gmail to:

[Send Invite]  50 left
preview invite

- Show quoted text -

↩ Reply  → Forward

« Back to Search results    [Report Spam]  [Delete]    More actions...    ‹ Newer 21 of 76 Older ›

Compose a message in a new window by pressing "Shift" while clicking Compose Mail or Reply.

You are currently using **383 MB (5%)** of your **6562 MB.**
Gmail view: **standard with chat** | standard without chat | basic HTML
Learn more

©2007 Google - Terms - Gmail Blog - Google Home



http://mail.google.com/mail/?ui=1&view=page&name=gp&ver=sh3fib53pgpk    3/27/2008

Page 2 of 2

**Gmail Calendar Documents Photos Reader Web more ▼**  mchallamlaw@gmail.com | Settings | Help | Sign out

# Gmail
by Google BETA

Google Mini - google.com/mini - Search over 220 different file formats at once.  Show search opti | Create a filter

donnalyn  [Search Mail] [Search the Web]

**Compose Mail**

Inbox (302)
Starred ☆
Chats ⊙
Sent Mail
Drafts (10)
All Mail
Spam (1202)
Trash

**Contacts**

« Back to Search results  [Report Spam] [Delete]  More actions...  ‹ Newer 26 of 76 Older ›

### IME Report

from  Christopher McHallam <mchallamlaw@gmail.com>  hide details 11/20/0
to      Donnalyn Kahn <dkahn@newtonma.gov>
date    Nov 20, 2007 6:30 PM
subject IME Report
mailed-by gmail.com

Donnalyn:

Any word on when we'll be seeing Dr. Kelly's report? Let me know.

Thanks.

Chris McHallam

↩ Reply  → Forward

« Back to Search results  [Report Spam] [Delete]  More actions...  ‹ Newer 26 of 76 Older ›

▼ Quick Contacts
Search, add, or invite
● Christopher McHalla
  Set status here ▼
  Ann Anslem
  Beck, James C, ...
  Mary Feldman
  Nancy Stone
  Patti Draper
  Paula Nolan
  PaulSOUPCampbel
  Rikki Saksik
  RSWETNICK@ao...
  Timothy Borchers

▼ Labels
Edit labels

▼ Invite a friend
Give Gmail to:
[                    ]
[Send Invite] 50 left
preview invite

Search accurately with operators including from: to: subject:

You are currently using **383 MB** (5%) of your **6562 MB**.
Gmail view: **standard with chat** | standard without chat | basic HTML
Learn more

©2007 Google - Terms - Gmail Blog - Google Home

http://mail.google.com/mail/?ui=1&ik=a710bef781&view=cv&search=query&q=donnalyn...  3/27/2008


EXHIBIT 3