UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cohen
_____
        Plaintiff(s)

V.

City of Newton, et al
_____
        Defendant(s)

CIVIL ACTION
NO. 05-11727-DPW

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Woodlock

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 5/14/08 I held the following ADR proceeding:

☐ SCREENING CONFERENCE        ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                   ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                  ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☑ There was progress. A further conference has been scheduled for 6/2/08 unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


5/14/08
_____
     DATE

Honorable Morris E. Lasker
_____
     ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)