UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

```
------------------------------------
                                    )
Barry M. Cohen,                     )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No.:
                                    )   05-11727-DPW
The City of Newton, The Newton      )
Police Department,                  )
Police Chief Jose M. Cordero,       )
Newton Police Officer Rocky Marini  )
(Badge No. 13963),                  )
Newton Police Detective Robert F.   )
Sampson, Newton Police Detective    )
Sergeant George McMains,            )
Newton Police Officer Zachary       )
Raymond and Newton Police Officer   )
Joseph T. McLaughlin,               )
                                    )
    Defendants.                     )
------------------------------------
```

**<u>JOINT MOTION TO CONTINUE MEDIATION</u>**

NOW COMES the Plaintiff, Barry M. Cohen (hereinafter "Mr. Cohen") and the Defendants, by and through their respective counsel, and hereby move to continue the mediation session presently scheduled for Tuesday, June 10, 2008, for a two week period.

As reasons for the within motion, the parties state that they continue to work on the possible settlement of this matter and are in the process of exchanging settlement proposals and engaging in discussions. Moreover, Plaintiff's counsel has a deposition on June 10, 2008 at

10:00 A.M. which cannot be rescheduled and which must go forward as it has been delayed several times by prior conflicts. This most recent date for the mediation, June 10th, was selected unilaterally by the Court and Plaintiff's counsel is unable to change the said already scheduled deposition. Therefore, it is respectfully requested that the upcoming mediation session be continued for approximately two weeks.

          Respectfully submitted,
          Plaintiff,
          Barry M. Cohen,
          By his attorney,

          /s/ Christopher W. McHallam
          Christopher W. McHallam
          BBO # 637464
          500 Commercial Street
          Suite 4R
          Boston, Massachusetts 02109
          (617) 523-4552

ASSENTED TO:

Newton Defendants,


_/s/ Donnalyn Lynch Kahn_
Donnalyn Lynch Kahn, Esq.
Assistant City Solicitor
City of Newton
City Hall
1000 Commonwealth Avenue
Newton, Massachusetts 02459
(617) 796-1000

3