# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Cohen
_____
Plaintiff(s)

V.

City of Newton, et al
_____
Defendant(s)

CIVIL ACTION

NO. 05-11727-DPW

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Woodlock

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On  6/25/08  2d ADR cancelled  I held the following ADR proceeding:

☐ SCREENING CONFERENCE         ☐ EARLY NEUTRAL EVALUATION
☐ MEDIATION                    ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                   ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐  present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

6/25/08
DATE

Honorable Morris E. Lasker
ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)