UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY M. COHEN,<br>    Plaintiff<br><br>v.<br><br>THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, POLICE CHIEF JOSE M. CORDERO, NEWTON POLICE OFFICER ROCKY MARINI, (BADGE NO. 13963) NEWTON POLICE DETECTIVE ROBERT F. SAMPSON, NEWTON POLICE POLICE DETECTIVE, NEWTON POLICE DETECTIVE SERGEANT GEORGE MCMAINS, NEWTON POLICE OFFICER ZACHARY RAYMOND, AND NEWTON POLICE OFFICER JOSEPH T. MCLAUGHLIN,<br>    Defendants | CIVIL ACTION<br>NO. 05-11727 DPW |

## **DEFENDANTS' MOTION TO CONTINUE FURTHER STATUS CONFERENCE**

Defendants hereby respectfully request that the pending Further Status Conference in the above-referenced case set for July 21, 2008, be continued and rescheduled to a date in September 2008. Defendants make this request for the reasons stated below:

- Counsel for Defendants have a pre-trial conference in Middlesex Superior Court on July 21, 2008, in <u>Facella v. City of Newton</u>, docket number MICV2002-02847. Trial is set to begin on Friday, July 25, 2008. This case is almost six years old and has been continued a number of times. It is thus very likely that trial will go forward as scheduled.

- Due to other scheduled court dates, as well as summer vacation schedules, counsel for Defendants request this Further Status Conference be rescheduled to a date in September, convenient to the Court.

WHEREFORE, Defendants respectfully request that the Further Status Conference in this case be continued to a date in September 2008, at a time and day convenient to the Court.

Respectfully submitted,

DEFENDANTS,

THE CITY OF NEWTON, THE
NEWTON POLICE DEPARTMENT,
POLICE CHIEF JOSE M. CORDERO,
NEWTON POLICE OFFICER ROCCO
MARINI, (BADGE NO. 13963) NEWTON
POLICE DETECTIVE ROBERT E.
SAMPSON, NEWTON POLICE
POLICE DETECTIVE, NEWTON
POLICE DETECTIVE SERGEANT
GEORGE MCMAINS, NEWTON
POLICE OFFICER ZACHARY
RAYMOND AND NEWTON POLICE
OFFICER JOSEPH T. MCLAUGHLIN

By its attorneys,

*/s/ Angela Buchanan Smagula*
_____
Donnalyn B. Lynch Kahn (BB#556609)
Associate City Solicitor
Angela Buchanan Smagula (BBO #643764)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: (617) 796-1240

Dated: July 1, 2008

CERTIFICATE OF SERVICE

I, Angela Buchanan Smagula, hereby certify that on this date I have electronically filed a copy of the Defendants' Motion to Continue Further Status Conference, and that counsel for Plaintiff is on the record/docket as receiving electronic notice and a copy of the same.

Signed under the pains and penalties of perjury this 1st day of July, 2008.

/s/ *Angela Buchanan Smagula*
_____
Angela Buchanan Smagula
Assistant City Solicitor