UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| BARRY M. COHEN, ) | |
|      Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-11727 DPW |
| THE CITY OF NEWTON, THE NEWTON ) | |
| POLICE DEPARTMENT, POLICE CHIEF ) | |
| JOSE M. CORDERO, NEWTON POLICE ) | |
| OFFICER ROCCO MARINI, (BADGE NO. ) | |
| 13963) NEWTON POLICE DETECTIVE ) | |
| ROBERT F. SAMPSON, NEWTON POLICE ) | |
| POLICE DETECTIVE, NEWTON POLICE ) | |
| DETECTIVE SERGEANT GEORGE ) | |
| MCMAINS, NEWTON POLICE OFFICER ) | |
| ZACHARY RAYMOND, NEWTON ) | |
| POLICE OFFICER JOSEPH T. MCLAUGHLIN, ) | |
| THE NEWTON DIVISION OF THE DISTRICT ) | |
| COURT DEPARTMENT OF THE TRIAL ) | |
| COURT, HENRY H. SCHULTZ, CLERK ) | |
| MAGISTRATE, WILLIAM A. MCEVOY, JR., ) | |
| ASSISTANT CLERK MAGISTRATE, ) | |
| MIDDLESEX DISTRICT ATTORNEY'S ) | |
| OFFICE, AND THE COMMONWEALTH ) | |
| OF MASSACHUSETTS, ) | |
|      Defendants ) | |
| ) | |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), Defendants' counsel conferred with Plaintiff's counsel

regarding the requested continuance. Plaintiff's counsel has assented. Defendants have thus

filed its Assented to Motion to Continue Further Status Conference.

Dated: July 1, 2008           */s/ Angela Buchanan Smagula*
                                    Angela Buchanan Smagula
                                    Assistant City Solicitor
                                    City of Newton